ELLEN F. ROSENBLUM
Attorney General
BRIAN SIMMONDS MARSHALL #196129
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Brian.S.Marshall@doj.state.or.us

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC. an Oregon public benefit corporation; BRAD LOHREY, Sherman County Sheriff; CODY BOWEN, Union County Sheriff; BRIAN WOLFE, Malheur County Sheriff; HAROLD RICHARD HADEN, JR., an individual; and ADAM JOHNSON, an individual, | Case No. 2:22-cv-01815-IM

DECLARATION OF BRIAN SIMMONDS MARSHALL |
| Plaintiffs, | |
| v. | |
| KATE BROWN, GOVERNOR OF THE STATE OF OREGON, in her official capacity; and ELLEN ROSENBLUM, ATTORNEY GENERAL OF THE STATE OF OREGON, in her official capacity, | |
| Defendants. | |

I, Brian Simmonds Marshall, declare under penalty of perjury as follows:

1.		I am employed as a Senior Assistant Attorney General with the Oregon Department of Justice. I represent the defendants, Governor Kate Brown, and Attorney General Ellen Rosenblum, in this case.

2.		Attachment 1 to this declaration is the Supplemental Declaration of Lucy Allen filed by the California Attorney General as ECF 118-1 in *Duncan v. Bonta*, Case No. 17-cv-1017-BEN-JLB (S.D. Cal.) on November 10, 2022.

3.		Attachment 2 to this declaration is the Declaration of Professor Robert Spitzer filed by the California Attorney General as ECF 118-9 in *Duncan v. Bonta*, Case No. 17-cv-1017-BEN-JLB (S.D. Cal.) on November 10, 2022.

4.		Attachment 3 to this declaration is the Declaration of Professor Saul Cornell filed by the California Attorney General as ECF 118-10 in *Duncan v. Bonta*, Case No. 17-cv-1017-BEN-JLB (S.D. Cal.) on November 10, 2022.

5.		Attachment 4 to this declaration is the Declaration of Professor Michael Vorenberg filed by the California Attorney General as ECF 118-4 in *Duncan v. Bonta*, Case No. 17-cv-1017-BEN-JLB (S.D. Cal.) on November 10, 2022.

6.		Attachment 5 to this declaration is the Supplemental Declaration of Professor Louis Klarevas filed by the California Attorney General as ECF 118-6 in *Duncan v. Bonta*, Case No. 17-cv-1017-BEN-JLB (S.D. Cal.) on November 10, 2022.

7.		Attachment 6 to this declaration is a chart of FICS Background Requests from the Oregon State Police Firearms Instant Check System (FICS) Update (Dec. 16, 2022), available at http://www.flashalertnewswire.net/images/news/2022-11/1002/159191/FICS__Backlog_Request_-_Daily_Average_2018-2022.png.

8.		Attachment 7 to this declaration is an excerpt of the Oregon Health Authority's Oregon Vital Statistics 2020 Annual Report, available from the Injuries Dashboard at https://www.oregon.gov/oha/PH/BIRTHDEATHCERTIFICATES/VITALSTATISTICS/ANNUALREPORTS/Pages/index.aspx.

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

9.      Attachment 8 to this declaration is Daniel W. Webster, et al., "Evidence concerning the regulation of firearms design, sale, and carrying on fatal mass shootings in the United States," 19 *Criminology & Public Policy* 171 (2020), available at https://onlinelibrary.wiley.com/doi/10.1111/1745-9133.12487.

10.     Attachment 9 to this declaration is Alexander D. McCourt, et al., "Purchaser Licensing, Point-of-Sale Background Check Laws, and Firearm Homicide and Suicide in 4 US States, 1985–2017," 110(10) *American Journal of Public Health* 1546 (Oct. 2020).

11.     Attachment 10 to this declaration is the transcript of proceedings on September 17, 2021 (ECF 125) in *United States v. Earnest*, Case No. 3:19-cr-01850-AJB (S.D. Cal.).

12.     Attachment 11 to this declaration is Pauline Repard, "'There was chaos': Witnesses in court hearing recall Poway synagogue shooting," *San Diego Union-Tribune* (Sept. 19, 2019), which I obtained from https://www.sandiegouniontribune.com/news/courts/story/2019-09-19/hearing-opens-for-suspect-in-poway-synagogue-shooting.

13.     The defendants intend to retain the authors of Attachments 1-5 and 8 (or other witnesses with similar expertise) as expert witnesses in this case, but they are unable to do so in time for them to execute declarations before the defendants' response to the motion for a preliminary injunction is due.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED at Portland, Oregon, on November  30 , 2022.

*/s/ Brian Simmonds Marshall*
BRIAN SIMMONDS MARSHALL
Senior Assistant Attorney General

BM2/jt3/

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000