# Injury deaths and rates, by manner, sex, age, and race

*Click on any category to filter. Click again to clear filter.*
*Reload page to reset all filters.*

Center fo

**Now showing:**

2020 resident deaths
Number of deaths
Firearm injuries, all manners
Males and females, all ages, all races and ethnicities

**Manner**



Legend: Accident, Homicide, Legal/war, Suicide, Undetermined

Suicide 455

## Injury
**(Select an injury bar to reveal its details below)**

| Injury | Count |
|---|---|
| Poisoning/overdose | 900 |
| Fall | 832 |
| Firearm | 593 |
| Transportation | 579 |
| Suffocation | 286 |
| Other and unspecified | 130 |
| Drowning | 85 |
| Medical care complications | 80 |
| Contact with object | 64 |
| Fire/hot object or substance | 49 |
| Natural exposure | 25 |
| Man-made environmental exposure | 4 |

**Sex**

| Sex | Count |
|---|---|
| Female | 82 |
| Male | 511 |

## Injury detail
**(Select an injury type above)**

| Injury detail | Count |
|---|---|
| Handguns | 368 |
| Other and unspecified guns | 148 |
| Long guns | 77 |

**Age group**

| Age | Count |
|---|---|
| <1 | 0 |
| 1-4 | 1 |
| 5-9 | 0 |
| 10-14 | 3 |
| 15-17 | 12 |
| 18-19 | 23 |
| 20-24 | 46 |
| 25-34 | 110 |
| 35-44 | 83 |
| 45-54 | 74 |
| 55-64 | 84 |
| 65-74 | 86 |
| 75+ | 71 |

**Race and ethnicity**

| Race/ethnicity | Count |
|---|---|
| White | 489 |
| Black | 26 |
| American Indian | 4 |
| Asian | 4 |
| Native Hawaiian and Pacific Islander | 2 |
| Other and unknown | 1 |
| Multiple races | 16 |
| Hispanic | 51 |