John Kaempf, OSB #925391
KAEMPF LAW FIRM PC
2021 SW Main Street, Suite 64
Portland, Oregon 97205
Telephone: (503) 224-5006
Email: john@kaempflawfirm.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., an Oregon public benefit corporation; BRAD LOHREY, Sherman County Sheriff; CODY BOWEN, Union County Sheriff; BRIAN WOLFE, Malheur County Sheriff; HAROLD RICHARD HADEN, JR., an individual; and ADAM JOHNSON, an individual, <br><br>       Plaintiffs, <br><br>  v. <br><br> KATE BROWN, GOVERNOR OF THE STATE OF OREGON, and ELLEN ROSENBLUM, ATTORNEY GENERAL OF THE STATE OF OREGON, in both their official and personal capacities, <br><br>       Defendants. | Civil No. 2:22-cv-01815-IM <br><br> **NOTICE OF ASSOCIATION OF PLAINTIFFS' COUNSEL** |

PLEASE TAKE NOTICE that John Kaempf, attorney of record for Plaintiffs, hereby associates Van Ness Williamson LLP and attorney Leonard W. Williamson as co-counsel for Plaintiffs in this matter.

The name, office address, telephone number, and e-mail address of the associated counsel are as follows:

>Leonard W. Williamson, OSB # 910020
>VAN NESS WILLIAMSON LLP
>960 Liberty St SE, Suite 100
>Salem, OR 97302
>503-365-8800
>l.williamson@vwllp.com

Respectfully submitted: December 1, 2022.

>KAEMPF LAW FIRM PC
>
>/s John Kaempf
>John Kaempf, OSB #925391
>john@kaempflawfirm.com
>
>Attorney for Plaintiffs

# CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2022, I caused to be electronically filed the foregoing paper with the Clerk of the Court by using the CM/ECF system. The following participant in the case who is a registered CM/ECF user will be served by the CM/ECF system.

Brian Simmonds Marshall
Oregon Department of Justice
Trial Division, Special Litigation Unit
100 SW Market Street
Portland, OR 97201
971-673-1880
Email: brian.s.marshall@doj.state.or.us

Attorney for Defendants

Harry B. Wilson
Markowitz Herbold PC
1455 SW Broadway
Suite 1900
Portland, OR 97201
503-295-3085
Email: harrywilson@markowitzherbold.com

Attorney for Defendants

DATED: December 1, 2022.

/s John Kaempf
John Kaempf, OSB #925391

KAEMPF LAW FIRM PC
2021 SW Main Street, Suite 64
Portland, Oregon 97205
Telephone: 503-224-5006
john@kaempflawfirm.com

Attorney for Plaintiffs