Jessica A. Skelton, OSB #102714
jessica.skelton@pacificalawgroup.com
PACIFICA LAW GROUP LLP
1191 2nd Avenue, Suite 2000
Seattle, WA 98101-3404
206-245-1700

*Attorneys for Proposed Intervenor-Defendant*
*Oregon Alliance for Gun Safety*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC. an Oregon public benefit corporation; BRAD LOHREY, SHERMAN COUNTY SHERIFF; and ADAM JOHNSON, an individual,<br><br>          Plaintiffs,<br><br>v.<br><br>KATE BROWN, Governor of the State of Oregon, in her official capacity; and ELLEN ROSENBLUM, Attorney General of the State of Oregon, in her official capacity,<br><br>          Defendants. | No. 2:22-cv-01815-IM<br><br>NOTICE OF APPEARANCE OF JESSICA SKELTON ON BEHALF OF PROPOSED INTERVENOR-DEFENDANT OREGON ALLIANCE FOR GUN SAFETY |

TO:        CLERK OF THE COURT

AND TO:    ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that Proposed Intervenor-Defendant Oregon Alliance for Gun

Safety, without waiving any objections including those as to improper service or jurisdiction,

hereby enters an appearance in the above-entitled action by the attorney undersigned.  You are

NOTICE OF APPEARANCE OF JESSICA SKELTON
ON BEHALF OF PROPOSED INTERVENOR-DEFENDANT
OREGON ALLIANCE FOR GUN SAFETY - 1

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

hereby requested to serve all further papers and proceedings in said cause, except original process,

upon said attorney at their address below stated.

DATED this 6th day of December, 2022.

*s/Jessica A. Skelton*
Jessica A. Skelton, OSB #102714

*Attorneys for Proposed Intervenor-Defendant*
*Oregon Alliance for Gun Safety*

NOTICE OF APPEARANCE OF JESSICA SKELTON
ON BEHALF OF PROPOSED INTERVENOR-DEFENDANT
OREGON ALLIANCE FOR GUN SAFETY - 2

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of December, 2022, I electronically filed the

foregoing document with the Clerk of the United States District Court using the CM/ECF system

which will send notification of such filing to all parties who are registered with the CM/ECF

system.


DATED this 6th day of December, 2022.



_____
Erica Knerr



NOTICE OF APPEARANCE OF JESSICA SKELTON
ON BEHALF OF PROPOSED INTERVENOR-DEFENDANT
OREGON ALLIANCE FOR GUN SAFETY - 3

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750