John Kaempf, OSB #925391
KAEMPF LAW FIRM PC
2021 SW Main Street, Suite 64
Portland, Oregon 97204
Telephone: (503) 224-5006
Email: john@kaempflawfirm.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., an Oregon public benefit corporation; BRAD LOHREY, Sherman County Sheriff; CODY BOWEN, Union County Sheriff; BRIAN WOLFE, Malheur County Sheriff; HAROLD RICHARD HADEN, JR., an individual; and ADAM JOHNSON, an individual, | Civil No. 2:22-cv-01815-IM<br><br>**PLAINTIFFS' NOTICE OF APPEAL**<br><br>Judge: Hon. Karin Immergut<br>Room: 1307 |
|                     Plaintiffs,<br><br>  v. | |
| KATE BROWN, GOVERNOR OF THE STATE OF OREGON, and ELLEN ROSENBLUM, ATTORNEY GENERAL OF THE STATE OF OREGON, in both their official and personal capacities, | |
|                   Defendants. | |

Notice is hereby given that Plaintiffs hereby appeal to the United States Court of

Appeals for the Ninth Circuit from the December 6, 2022 Order of the U.S. District Court,

District of Oregon, entered on December 6, 2022 (ECF No. 39), denying Plaintiffs'

Emergency Motion for a Preliminary Injunction and Temporary Restraining.  A

representation statement is attached.

      Respectfully submitted on December 7, 2022.

                      KAEMPF LAW FIRM PC


                      /s/ John Kaempf

                      John Kaempf, OSB #925391

                      john@kaempflawfirm.com

                      Attorney for Plaintiffs

John Kaempf, OSB #925391
KAEMPF LAW FIRM PC
2021 SW Main Street, Suite 64
Portland, Oregon 97204
Telephone: (503) 224-5006
Email: john@kaempflawfirm.com

Attorney for Plaintiffs


UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., an Oregon public benefit corporation; BRAD LOHREY, Sherman County Sheriff; CODY BOWEN, Union County Sheriff; BRIAN WOLFE, Malheur County Sheriff; HAROLD RICHARD HADEN, JR., an individual; and ADAM JOHNSON, an individual,<br><br>                           Plaintiffs,<br><br>    v.<br><br>KATE BROWN, GOVERNOR OF THE STATE OF OREGON, and ELLEN ROSENBLUM, ATTORNEY GENERAL OF THE STATE OF OREGON, in both their official and personal capacities,<br><br>                           Defendants. | Civil No. 2:22-cv-01815-IM<br><br>**PLAINTIFFS' REPRESENTATION STATEMENT**<br><br><br>Judge: Hon. Karin Immergut<br>Room: 1307 |

Pursuant to Federal Rule of Appellate Procedure 12(b), Circuit Rule 3-2(b), and

Circuit Rule 12-2, Plaintiffs hereby file this Representation Statement.  All parties in the

underlying action are parties to the appeal.

Page 1 - Plaintiffs' Representation Statement

**Plaintiffs are represented by the following counsel:**

John Kaempf, OSB No. 925391
KAEMPF LAW FIRM PC
2021 S. W. Main St. Suite 64
Portland, Oregon 97205
Telephone: (503) 224-5006
E-mail: john@kaempflawfirm.com

**Defendants are represented by the following counsel:**

Assistant Attorney-in-Charge
Brian Simmonds Marshall, OSB No. 196129
Senior Assistant Attorney General
OREGON DEPARTMENT OF JUSTICE
100 SW Market Street
Portland, OR 97201
Phone: (971) 673-1880
E-mail: brian.s.marshall@doj.state.or.us

Harry B. Wilson, OSB No. 077214
MARKOWITZ HERBOLD PC
1455 SW Broadway
Suite 1900
Portland, OR 97201
Phone: (503) 295-3085
Email: harrywilson@markowitzherbold.com

Respectfully submitted on December 7, 2022.

KAEMPF LAW FIRM PC

/s/ John Kaempf
John Kaempf, OSB #925391
john@kaempflawfirm.com

Attorney for Plaintiffs

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 7, 2022, I caused the foregoing PLAINTIFFS'

NOTICE OF APPEAL and PLAINTIFFS' REPRESENTATION STATEMENT, to be filed

with the Clerk of the Court using the ECF system, which will provide electronic copies to

counsel of record.

In addition, the foregoing documents were served via email as follows:


Assistant Attorney-in-Charge
Brian Simmonds Marshall, OSB No. 196129
Senior Assistant Attorney General
OREGON DEPARTMENT OF JUSTICE
100 SW Market Street
Portland, OR 97201
Phone: (971) 673-1880
E-mail: brian.s.marshall@doj.state.or.us

Attorneys for Defendants


Harry B. Wilson, OSB No. 077214
MARKOWITZ HERBOLD PC
1455 SW Broadway
Suite 1900
Portland, OR 97201
Phone: (503) 295-3085
Email: harrywilson@markowitzherbold.com

Attorneys for Defendants


KAEMPF LAW FIRM PC


/s/ John Kaempf
John Kaempf, OSB #925391
john@kaempflawfirm.com


Attorney for Plaintiffs

Page 1 - Certificate of Service