**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Hannah K. Hoffman, OSB #183641**
HannahHoffman@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201-3412
(503) 295-3085

Special Assistant Attorneys General for Defendants
Additional Counsel of Record Listed on Signature Page

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., an Oregon public benefit corporation; BRAD LOHREY, Sherman County Sheriff; BRIAN WOLFE, Malheur County Sheriff; HAROLD RICHARD HADEN, JR., an individual; and ADAM JOHNSON, an individual,<br><br>        Plaintiffs,<br><br>        v.<br><br>KATE BROWN, GOVERNOR OF THE STATE OF OREGON, and ELLEN ROSENBLUM, ATTORNEY GENERAL OF THE STATE OF OREGON, in both their official and personal capacities,<br><br>        Defendants. | Case No. 2:22-cv-01815-IM<br><br>**NOTICE OF APPEARANCE OF HANNAH HOFFMAN** |

Hannah K. Hoffman of Markowitz Herbold PC hereby enters her appearance as an

attorney for defendants Kate Brown and Ellen Rosenblum in both their official and personal

Page 1 -   NOTICE OF APPEARANCE OF HANNAH HOFFMAN

capacities.  Harry B. Wilson and Brian Simmonds Marshall remain as counsel of record for defendants.  Defendants' attorneys contact information is as follows:

>Harry B. Wilson, OSB #077214
>HarryWilson@MarkowitzHerbold.com
>Hannah K. Hoffman, OSB #183641
>HannahHoffman@MarkowitzHerbold.com
>MARKOWITZ HERBOLD PC
>1455 SW Broadway, Suite 1900
>Portland, OR  97201
>Telephone: (503) 295-3085
>
>Brian Simmonds Marshall
>brian.s.marshall@doj.state.or.us
>OREGON DEPARTMENT OF JUSTICE
>Trial Division, Special Litigation Unit
>100 SW Market Street
>Portland, OR 97201
>Telephone: (971) 673-1880

DATED this 7th day of December, 2022.

>ELLEN ROSENBLUM
>ATTORNEY GENERAL
>FOR THE STATE OF OREGON
>
>By: *s/ Hannah K. Hoffman*
>―――――――――――――――――
>Harry B. Wilson, OSB #077214
>HarryWilson@MarkowitzHerbold.com
>Hannah K. Hoffman, OSB #183641
>HannahHoffman@MarkowitzHerbold.com
>
>*Special Assistant Attorney General for Defendants*
>
>Brian Simmonds Marshall
>brian.s.marshall@doj.state.or.us
>*Of Attorney for Defendants*

1377757

**Page 2 -   NOTICE OF APPEARANCE OF HANNAH HOFFMAN**