John Kaempf, OSB #925391
KAEMPF LAW FIRM PC
2021 SW Main Street, Suite 64
Portland, Oregon 97204
Telephone: (503) 224-5006
Email: john@kaempflawfirm.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., an Oregon public benefit corporation; BRAD LOHREY, Sherman County Sheriff; CODY BOWEN, Union County Sheriff; BRIAN WOLFE, Malheur County Sheriff; HAROLD RICHARD HADEN, JR., an individual; and ADAM JOHNSON, an individual,<br><br>                         Plaintiffs,<br><br>   v.<br><br>KATE BROWN, GOVERNOR OF THE STATE OF OREGON, and ELLEN ROSENBLUM, ATTORNEY GENERAL OF THE STATE OF OREGON, in both their official and personal capacities,<br><br>                        Defendants. | Civil No. 2:22-cv-01815-IM<br><br>**PLAINTIFFS' REQUEST TO WITHDRAW NOTICE**<br><br>Judge: Honorable Karin Immergut<br>Room: 1307 |

      Under its inherent authority, Plaintiffs respectfully ask the Court to withdraw their notice of appeal filed today (ECF 45).

Respectfully submitted on December 7, 2022.

                        KAEMPF LAW FIRM PC

                        /s/ John Kaempf
                        John Kaempf, OSB #925391
                        john@kaempflawfirm.com

                        Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2022, I caused the foregoing to be filed with the Clerk of the Court using the ECF system, which will provide electronic copies to counsel of record.

In addition, the foregoing was served by email as follows:

Brian Simmonds Marshall, OSB No. 196129
Senior Assistant Attorney General
OREGON DEPARTMENT OF JUSTICE
100 SW Market Street
Portland, OR 97201
Phone: (971) 673-1880
E-mail: brian.s.marshall@doj.state.or.us

Harry B. Wilson, OSB No. 077214
MARKOWITZ HERBOLD PC
1455 SW Broadway
Suite 1900
Portland, OR 97201
Phone: (503) 295-3085
Email: harrywilson@markowitzherbold.com

Attorneys for Defendants

KAEMPF LAW FIRM PC

/s/ John Kaempf
John Kaempf, OSB #925391
john@kaempflawfirm.com

Attorney for Plaintiffs