Stephen J. Joncus, OSB No. 013072
JONCUS LAW P.C.
13203 SE 172nd Ave Ste 166 #344
Happy Valley, Oregon 97086
Telephone: (971) 236-1200
steve@joncus.net

Leonard W. Williamson, OSB No. 910020
VAN NESS, WILLIAMSON LLP
960 Liberty Road S., Ste 100
Salem, Oregon 97302
Telephone: (503) 365-8800
l.williamson@vwllp.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **Oregon Firearms Federation, Inc.** an Oregon public benefit corporation; **Brad Lohrey**, Sherman County Sheriff; **Adam Johnson**, **Cody Bowen**, Union County Sheriff, **Brian Wolfe**, Malheur County Sheriff, **Harold Richard Haden, Jr.**, <br><br>                                                             Plaintiffs, <br><br> v. <br><br> **Governor Kate Brown**, Governor of Oregon, **Attorney General Ellen Rosenblum**, Attorney General of Oregon, and **Terri Davie**, Superintendent of the Oregon State Police, <br><br>                                                             Defendants. | Civil No. 3:22-cv-01815-IM <br><br><br> **NOTICE OF SUBSTITUTION OF COUNSEL** |

Stephen J. Joncus hereby files this Notice of Substitution of Counsel for Plaintiffs pursuant to LR 83-11(d). Stephen J. Joncus is appearing as counsel of record on behalf of Plaintiffs. John T. Kaempf is withdrawing as counsel of record on behalf of Plaintiffs.

Respectfully submitted,

Dated:  December 9, 2022   By:   s/ *Stephen J. Joncus*
Stephen J. Joncus, OSB No. 013072
JONCUS LAW P.C.
13203 SE 172nd Ave Ste 166 #344
Happy Valley, Oregon 97086
Telephone: (971) 236-1200
steve@joncus.net

Leonard W. Williamson, OSB No. 910020
VAN NESS, WILLIAMSON LLP
960 Liberty Road S., Ste 100
Salem, Oregon 97302
Telephone: (503) 365-8800
l.williamson@vwllp.com

*Attorneys for Plaintiffs*

Concurrence:   s/ *John Kaempf*
John Kaempf, OSB No. #925391
KAEMPF LAW FIRM PC
2021 SW Main Street, Suite 64
Portland, Oregon 97205
Telephone: (503) 224-5006
Email: john@kaempflawfirm.com