**FILED**

DEC 12 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., an Oregon public benefit corporation; et al.,<br><br>        Plaintiffs-Appellants,<br><br>   v.<br><br>KATE BROWN, Governor of the State of Oregon; ELLEN ROSENBLUM, Attorney General of the State of Oregon, in both their official and personal capacities,<br><br>        Defendants-Appellees. | No.   22-36011<br><br>D.C. No. 2:22-cv-01815-IM<br>District of Oregon,<br>Pendleton<br><br>ORDER |

Appellants' motion for voluntary dismissal of this appeal (Docket Entry No. 3) is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Susan Hidalgo
Deputy Clerk
Ninth Circuit Rule 27-7

SH/MOATT