**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Hannah K. Hoffman, OSB #183641**
HannahHoffman@MarkowitzHerbold.com
**MARKOWITZ HERBOLD PC**
1455 SW Broadway, Suite 1900
Portland, OR  97201-3412
(503) 295-3085

    Special Assistant Attorneys General for Defendants
    Additional Counsel of Record Listed on Signature Page

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., an Oregon public benefit corporation; BRAD LOHREY, Sherman County Sheriff; BRIAN WOLFE, Malheur County Sheriff; HAROLD RICHARD HADEN, JR., an individual; and ADAM JOHNSON, an individual,<br><br>                    Plaintiffs,<br><br>      v.<br><br>KATE BROWN, GOVERNOR OF THE STATE OF OREGON, and ELLEN ROSENBLUM, ATTORNEY GENERAL OF THE STATE OF OREGON, in both their official and personal capacities,<br><br>                    Defendants. | Case No. 2:22-cv-01815-IM<br><br>**STIPULATED TEMPORARY RESTRAINING ORDER** |

Page 1 -   STIPULATED TEMPORARY RESTRAINING ORDER

Exhibit 1
Page 1 of 2

Based on the Court's orders in *Oregon Firearms Federation, et al. v. Brown, et al.*, No. 2:22-cv-01815-IM (Dkt. 39), *Fitz et al. v. Rosenblum et al.*, No. 3:22-cv-01859-IM (Dkt. 26), *Eyre et al. v. Rosenblum et al.*, No. 3:22-cv-01862-IM (Dkt. 27), *Azzopardi et al. v. Rosenblum et al.*, No. 3:22-cv-01869-IM (Dkt. 17), it is hereby ORDERED that defendants Kate Brown, Ellen Rosenblum, and Terri Davie, in the official capacities, are enjoined from enforcing the following sections of Measure 114 until March 7, 2023:

1. The amendments to ORS 166.412 set out in Measure 114 §§ 6(2)(a) and 6(2)(d); the addition to ORS 166.412 set out in Measure 114 § 6(13)(b) stating "and also provided that the dealer verifies that the recipient has a valid permit-to-purchase the firearm"; the addition to ORS 166.412 set out in Measure 114 § 6(14) stating "to a purchaser or transferee who does not have a valid permit-to-purchase a firearm in violation of subsection 2(d) of this section, or";

2. The addition to ORS 166.435 set out in Measure 114 § 7(3)(a);

3. The amendment to ORS 166.436 set out in Measure 114 § 8(2); and the addition to ORS 166.436 set out in Measure 114 § 8(3)(c) stating "and, within 48 hours of the completed transfer, the transferor shall notify the state that the transfer to the permit holder was completed"; and

4. The addition to ORS 166.436 set out in Measure 114 § 9(1)(a)(A).

Pursuant to Rule 65(b)(2), defendants consent to an order longer than 14 days.

Issued on December _____. 2022 at _____ a.m. / p.m.

_____
Karin Immergut, U.S. District Court Judge

1383484