**PISTOLS:**

**Berretta:**
APX; 92; 96A1; 92A1; Px4 Storm; 92X; 92A3; M9; M9A1; M9A3; M9A4

**Bersa:**
Thunder; TPRC; TPR; TPR380;

**Cannik:**
TP9; TP9SF; TP9SFX; METE; SFX Rival

**CZ:**
Accushadow; P10C; P10F; SP-01; P-01; CZ-75; CZ-75B; 75 Omega; P-07; P-09; Shadow

**FMK:**
9C1G2; Elite

**FN:**
509; FNX-9; FNX-45; High Power; Five-Seven; 502

**Glock:**
17; 19; 20; 21; 22; 23; 19x; 31; 32; 34; 35; 45; 41;

**Heckler & Koch (HK):**
P2000; MK-23; USP-9; USP-40; USP-45; P7; VP9; P30; VP40; P30SK; VP9SK

**IWI/Desert Eagle:**
Masada; Jericho 941; Baby Eagle

**Kel-Tec:**
P15; P17

**Ruger:**
P345; Max-9; Security-9; American; Ruger-5.7; LC9; P85; P90; P95

**Shadow Systems:**
CR920; MR920; XR920; DR920

**Sig Sauer:**
P226; P228; P229; P250; SP2022; P320; M17; M18; P365X; P365XL; P365 Macro; M11; M11A1; P320AXG;

**Smith & Wesson:**
5903; 5904; 5905; 5906; SW9VE; SW40VE; SD9VE; SD40VE; M&P-9C; M&P-9; M&P-40; M&P-45; M&P 2.0; CSX; Shield Plus; Equalizer;
**Springfield Armory:**
XD-9; XD-40; XD-45; XDm 9; XDm 40; Xdm 45; Hellcat, Prodigy, SA-35

**Staccato:**
CS; C2; P; XC; XL

**Taurus:**
Millennium; Millennium Pro; 24/7; GX4; G3C; G2; G2C; G3

**Walther:**
PPQ; Q4 SF; P99; PDP; Q5; WMP

**Wilson Combat:**
EDCX9; SFX9; Experior