Michael R McLane
mmclane@lynchmurphy.com
Lynch Murphy McLane LLP
Telephone: (541) 383-5857
Matthew A Wand
matt@wandlegal.com
Wand Legal LLC
Telephone: (503) 680-8180
1000 SW Disk Dr
Bend, OR 97702

*Attorneys for Amici Curiae*

Regina Lennox (applied for pro hac vice)
rlennox@safariclub.org
Safari Club International
Telephone: (202) 543-8733
501 2nd Street NE
Washington, DC 20002

*Attorneys for Amicus Curiae Safari Club International*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

| OREGON FIREARMS FEDERATION, INC., et al.,<br><br>Plaintiffs,<br>v.<br>KATE BROWN, et al.,<br><br>Defendants. | Case No. 2:22-cv-01815-IM *(Lead Case)*<br>Case No. 3:22-cv-01859-IM *(Trailing Case)*<br>Case No. 3:22-cv-01862-IM *(Trailing Case)*<br>Case No. 3:22-cv-01869-IM *(Trailing Case)*<br><br>CONSOLIDATED CASES<br><br>**CORPORATE DISCLOSURE STATEMENTS IN SUPPORT OF AMICUS BRIEF**<br><br>*(caption continued on next page)* |
|---|---|

Page 1 -    CORPORATE DISCLOSURE STATEMENT IN SUPPORT OF AMICUS BRIEF

MARK FITZ, et al.,

                      Plaintiffs,

    v.

ELLEN F. ROSENBLUM, et al.,

                      Defendants.

KATERINA B. EYRE, TIM FREEMAN, MAZAMA SPORTING GOODS, NATIONAL SHOOTING SPORTS FOUNDATION, and OREGON STATE SHOOTING ASSOCIATION,

                      Plaintiffs,

    v.

ELLEN F. ROSENBLUM, Attorney General of Oregon, and TERRI DAVIE, Superintendent of the Oregon State Police,

                      Defendants.

DANIEL AZZOPARDI, et al.,

                      Plaintiffs,

    v.

ELLEN F. ROSENBLUM, et al.,

                      Defendants.

## **CORPORATE DISCLOSURE STATEMENTS IN SUPPORT OF AMICUS BRIEF**

The proposed *Amici Curiae* submit the following disclosure statements with respect to their public ownership.

Oregon Hunters Association is an I.R.C. § 501(c)(3) organization incorporated in Oregon. Oregon Hunters Association has no parent company, and no publicly traded company owns more than 10% of its stock.

Page 2 -    CORPORATE DISCLOSURE STATEMENT IN SUPPORT OF AMICUS BRIEF

LYNCH MURPHY MCLANE LLP
ATTORNEYS AT LAW
T: (541) 383-5857 | F: (541) 383-3968
1000 SW DISK DRIVE
BEND, OREGON 97702

Congressional Sportsmen's Foundation is an I.R.C. § 501(c)(3) corporation incorporated in Washington, DC. Congressional Sportsmen's Foundation has no parent company, and no publicly traded company owns more than 10% of its stock.

The Rocky Mountain Elk Foundation is an I.R.C. § 501(c)(3) corporation incorporated in Montana. The Rocky Mountain Elk Foundation has no parent company, and no publicly traded company owns more than 10% of its stock.

Sportsmen's Alliance Foundation is an I.R.C. § 501(c)(3) corporation incorporated in Ohio. Sportsmen's Alliance Foundation has no parent company, and no publicly traded company owns more than 10% of its stock.

Oregon Wild Sheep Foundation is an I.R.C. § 501(c)(3) corporation incorporated in Oregon. Oregon Wild Sheep Foundation has no parent company, and no publicly traded company owns more than 10% of its stock.

Safari Club International is an I.R.C. § 501(c)(4) corporation incorporated in Arizona. Safari Club International has no parent company, and no publicly traded company owns more than 10% of its stock.

National Deer Association is an I.R.C. § 501(c)(3) corporation incorporated in South Carolina. National Deer Association has no parent company, and no publicly traded company owns more than 10% of its stock.

Delta Waterfowl is a non-profit corporation incorporated in Washington, DC. Delta Waterfowl has no parent company, and no publicly traded company owns more than 10% of its stock.

Page 3 -    CORPORATE DISCLOSURE STATEMENT IN SUPPORT OF AMICUS BRIEF

LYNCH MURPHY MCLANE LLP
ATTORNEYS AT LAW
T: (541) 383-5857 | F: (541) 383-3968
1000 SW DISK DRIVE
BEND, OREGON 97702

Ducks Unlimited is an I.R.C. § 501(c)(3) corporation incorporated in Washington, DC. Ducks Unlimited has no parent company, and no publicly traded company owns more than 10% of its stock.

Respectfully Submitted,

DATED this 11th day of January 2023.

> LYNCH MURPHY MCLANE LLP
>
> */s/ Michael R. McLane*
> Michael R McLane, OSB No. 904435
> 1000 SW Disk Dr
> Bend, OR 97702
> (541) 383-5857
> mmclane@lynchmurphy.com
>
> *Attorneys for Amicus*
>
> WAND LEGAL LLC
>
> */s/ Matthew A. Wand*
> Matthew A Wand, OSB No. 004189
> 1000 SW Disk Dr
> Bend, OR 97702
> (541) 383-5857
> matt@wandlegal.com
>
> *Attorneys for Amicus*
>
> Regina Lennox (applied for admission pro hac vice)
> rlennox@safariclub.org
> Safari Club International
> 501 2nd Street NE
> Washington, DC 20002
> (202) 543-8733
>
> *Attorney for Amicus Curiae*
> *Safari Club International*

Page 4 -    CORPORATE DISCLOSURE STATEMENT IN SUPPORT OF AMICUS BRIEF

LYNCH MURPHY MCLANE LLP
ATTORNEYS AT LAW
T: (541) 383-5857 | F: (541) 383-3968
1000 SW DISK DRIVE
BEND, OREGON 97702

## CERTIFICATE OF SERVICE

In accordance with Fed. R. Civ. P. 5(b)(2)(E) and LR5-1, I hereby certify that on January 11, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

DATED this 11th day of January 2023.

LYNCH MURPHY MCLANE LLP

*/s/ Michael R. McLane*
Michael R McLane, OSB No. 904435
1000 SW Disk Dr
Bend, OR 97702
(541) 383-5857
mmclane@lynchmurphy.com

*Attorneys for Amicus*

WAND LEGAL LLC

*/s/ Matthew A. Wand*
Matthew A Wand, OSB No. 004189
1000 SW Disk Dr
Bend, OR 97702
(541) 383-5857
matt@wandlegal.com

*Attorneys for Amicus*

Regina Lennox (applied for admission pro hac vice)
rlennox@safariclub.org
Safari Club International
501 2nd Street NE
Washington, DC 20002
(202) 543-8733

*Attorney for Amicus Curiae*
*Safari Club International*

Page 1 -    CERTIFICATE OF SERVICE

LYNCH MURPHY MCLANE LLP
ATTORNEYS AT LAW
T: (541) 383-5857 | F: (541) 383-3968
1000 SW DISK DRIVE
BEND, OREGON  97702