Michael R McLane
mmclane@lynchmurphy.com
Lynch Murphy McLane LLP
1000 SW Disk Dr
Bend, OR 97702
Telephone: (541) 383-5857

Matthew A Wand
matt@wandlegal.com
Wand Legal LLC
1000 SW Disk Dr
Bend, OR 97702
Telephone: (503) 680-8180

*Attorneys for Amicus*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> KATE BROWN, et al., <br><br> Defendants. | Case No. 2:22-cv-01815-IM *(Lead Case)* <br> Case No. 3:22-cv-01859-IM *(Trailing Case)* <br> Case No. 3:22-cv-01862-IM *(Trailing Case)* <br> Case No. 3:22-cv-01869-IM *(Trailing Case)* <br><br> CONSOLIDATED CASES <br><br> ***AMICUS CURIAE* OREGON HUNTERS ASSOCIATION'S CORPORATE DISCLOSURE STATEMENT** <br><br> *(caption continued on next page)* |

Page 1 -    *AMICUS CURIAE* OREGON HUNTERS ASSOCIATION'S CORPORATE DISCLOSURE STATEMENT

LYNCH MURPHY MCLANE LLP
ATTORNEYS AT LAW
T: (541) 383-5857 | F: (541) 383-3968
1000 SW DISK DRIVE
BEND, OREGON 97702

| | |
|---|---|
| MARK FITZ, et al., | |
| | Plaintiffs, |
| v. | |
| ELLEN F. ROSENBLUM, et al., | |
| | Defendants. |
| KATERINA B. EYRE, TIM FREEMAN, MAZAMA SPORTING GOODS, NATIONAL SHOOTING SPORTS FOUNDATION, and OREGON STATE SHOOTING ASSOCIATION, | |
| | Plaintiffs, |
| v. | |
| ELLEN F. ROSENBLUM, Attorney General of Oregon, and TERRI DAVIE, Superintendent of the Oregon State Police, | |
| | Defendants. |
| DANIEL AZZOPARDI, et al., | |
| | Plaintiffs, |
| v. | |
| ELLEN F. ROSENBLUM, et al., | |
| | Defendants. |

TO: THE CLERK OF THE COURT OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON, PENDLETON DIVISION:

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, OREGON HUNTERS ASSOCIATION, an Oregon corporation, recognized under section 501(c)(3) of the Internal Revenue Code, states as follows:

OREGON HUNTERS ASSOCIATION is a nonprofit, tax-exempt, non-stock corporation formed and existing under the laws of Oregon that is dedicated to educating,

Page 2 -   *AMICUS CURIAE* OREGON HUNTERS ASSOCIATION'S CORPORATE DISCLOSURE STATEMENT

preserving, and protecting Oregon Hunters in their activities legally hunting wildlife. OREGON HUNTERS ASSOCIATION has no parent corporation and no publicly traded corporation that currently owns 10% or more of its stock.

Respectfully submitted,

DATED: January 11, 2023

                          LYNCH MURPHY MCLANE LLP

                          */s/ Michael R. McLane*
                          Michael R McLane, OSB No. 904435
                          1000 SW Disk Dr
                          Bend, OR 97702
                          (541) 383-5857
                          mmclane@lynchmurphy.com

                          WAND LEGAL LLC

                          */s/ Matthew A. Wand*
                          Matthew A Wand, OSB No. 004189
                          1000 SW Disk Dr
                          Bend, OR 97702
                          (541) 383-5857
                          matt@wandlegal.com

                          *Attorneys for Amicus*

Page 3 -    *AMICUS CURIAE* OREGON HUNTERS ASSOCIATION'S CORPORATE DISCLOSURE STATEMENT

LYNCH MURPHY MCLANE LLP
ATTORNEYS AT LAW
T: (541) 383-5857 | F: (541) 383-3968
1000 SW DISK DRIVE
BEND, OREGON  97702

## CERTIFICATE OF SERVICE

In accordance with Fed. R. Civ. P. 5(b)(2)(E) and LR5-1, I hereby certify that on January 11, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

DATED this 11th day of January 2023.

        LYNCH MURPHY MCLANE LLP

        */s/ Michael R. McLane*
        Michael R McLane, OSB No. 904435
        1000 SW Disk Dr
        Bend, OR 97702
        (541) 383-5857
        mmclane@lynchmurphy.com

        WAND LEGAL LLC

        */s/ Matthew A. Wand*
        Matthew A Wand, OSB No. 004189
        1000 SW Disk Dr
        Bend, OR 97702
        (541) 383-5857
        matt@wandlegal.com

        *Attorneys for Amicus*

Page 1 -    CERTIFICATE OF SERVICE

LYNCH MURPHY MCLANE LLP
ATTORNEYS AT LAW
T: (541) 383-5857 | F: (541) 383-3968
1000 SW DISK DRIVE
BEND, OREGON  97702