Page 1 -

Michael R McLane
mmclane@lynchmurphy.com
Lynch Murphy McLane LLP
1000 SW Disk Dr
Bend, OR 97702
Telephone: (541) 383-5857

Matthew A Wand
matt@wandlegal.com
Wand Legal LLC
1000 SW Disk Dr
Bend, OR 97702
Telephone: (503) 680-8180

*Attorneys for Amicus*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., et al.,<br><br>                      Plaintiffs,<br><br>  v.<br><br>KATE BROWN, et al.,<br><br>                      Defendants. | Case No. 2:22-cv-01815-IM *(Lead Case)*<br>Case No. 3:22-cv-01859-IM *(Trailing Case)*<br>Case No. 3:22-cv-01862-IM *(Trailing Case)*<br>Case No. 3:22-cv-01869-IM *(Trailing Case)*<br><br>CONSOLIDATED CASES<br><br>**DECLARATION OF PHILIP PRESSGROVE IN SUPPORT OF *AMICUS CURIAE* NATIONAL AFRICAN AMERICAN GUN ASSOCIATION, INC., ASIAN PACIFIC AMERICAN GUN OWNERS ASSOCIATION, DC PROJECT FOUNDATION, INC., AND OPERATION BLAZING SWORD, INC.-PINK PISTOLS IN SUPPORT OF EYRE PLAINTIFFS' PRELIMINARY INJUNCTION**<br><br>*(caption continued on next page)* |

Page 1 - DECLARATION OF PHILIP PRESSGROVE IN SUPPORT OF AMICUS CURIAE NATIONAL AFRICAN AMERICAN GUN ASSOCIATION, INC., ASIAN PACIFIC AMERICAN GUN OWNERS ASSOCIATION, DC PROJECT FOUNDATION, INC., AND OPERATION BLAZING SWORD, INC.-PINK PISTOLS IN SUPPORT OF EYRE PLAINTIFFS' PRELIMINARY INJUNCTION

LYNCH MURPHY MCLANE LLP
ATTORNEYS AT LAW
T: (541) 383-5857 | F: (541) 383-3968
1000 SW DISK DRIVE
BEND, OREGON 97702

Exhibit 3
1 of 4

Page 2 -

MARK FITZ, et al.,

                Plaintiffs,

v.

ELLEN F. ROSENBLUM, et al.,

                Defendants.

KATERINA B. EYRE, TIM FREEMAN, MAZAMA SPORTING GOODS, NATIONAL SHOOTING SPORTS FOUNDATION, and OREGON STATE SHOOTING ASSOCIATION,

                Plaintiffs,

v.

ELLEN F. ROSENBLUM, Attorney General of Oregon, and TERRI DAVIE, Superintendent of the Oregon State Police,

                Defendants.

DANIEL AZZOPARDI, et al.,

                Plaintiffs,

v.

ELLEN F. ROSENBLUM, et al.,

                Defendants.

I, Philip Pressgrove, hereby declare as follows:

1. I am over the age of 18 years, and I am qualified to submit this Declaration on behalf of Amicus Curiae. I make this Declaration based on my personal knowledge.

Page 2 - DECLARATION OF PHILIP PRESSGROVE IN SUPPORT OF AMICUS CURIAE NATIONAL AFRICAN AMERICAN GUN ASSOCIATION, INC., ASIAN PACIFIC AMERICAN GUN OWNERS ASSOCIATION, DC PROJECT FOUNDATION, INC., AND OPERATION BLAZING SWORD, INC.-PINK PISTOLS IN SUPPORT OF EYRE PLAINTIFFS' PRELIMINARY INJUNCTION

LYNCH MURPHY MCLANE LLP
ATTORNEYS AT LAW
T: (541) 383-5857 | F: (541) 383-3968
1000 SW DISK DRIVE
BEND, OREGON 97702

Exhibit 3
2 of 4

2. I reside in Gladstone, Oregon with my wife and I am 46 years old. I was born with Spina Bifida, which left me confined to an electric wheelchair. I understand from the Bureau of Justice Statistics, U.S. Department of Justice, Office of Justice Programs, that as a disabled person I am almost four times more likely to be the victim of a crime. *See,* Erika Harrell, Ph.D., *BJC Statistician*, NCJ 301367, November 2021.

3. In my electric wheelchair, if my home or my person was targeted in a crime, I would not likely be able to easily flee to safety. I would have to defend myself in place. With this in mind, I decided to start carrying a concealed weapon and I chose a firearm that would allow me the greatest number of rounds to ward off an attack before needing to reload.

4. I use my left hand to fire my firearm because my right hand is used to control my wheelchair. Reloading my firearm mid-fight would be nearly impossible without leaving me exposed and vulnerable. For this reason, the magazines holding more than 10 rounds are extremely important in order for me to adequately exercise my right of self-defense.

I DECLARE UNDER PENALTY OF PERJURTY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on January 10, 2023

By: _____
Name: Philip Pressgrove

Page 3 - DECLARATION OF PHILIP PRESSGROVE IN SUPPORT OF AMICUS CURIAE NATIONAL AFRICAN AMERICAN GUN ASSOCIATION, INC., ASIAN PACIFIC AMERICAN GUN OWNERS ASSOCIATION, DC PROJECT FOUNDATION, INC., AND OPERATION BLAZING SWORD, INC.-PINK PISTOLS IN SUPPORT OF EYRE PLAINTIFFS' PRELIMINARY INJUNCTION

LYNCH MURPHY MCLANE LLP
ATTORNEYS AT LAW
T: (541) 383-5857 | F: (541) 383-3968
1000 SW DISK DRIVE
BEND, OREGON 97702

Exhibit 3
3 of 4

## CERTIFICATE OF SERVICE

In accordance with Fed. R. Civ. P. 5(b)(2)(E) and LR5-1, I hereby certify that on January 11, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

DATED this 13th day of January 2023.

>LYNCH MURPHY MCLANE LLP
>
>*/s/ Michael R. McLane*
>Michael R McLane, OSB No. 904435
>1000 SW Disk Dr
>Bend, OR 97702
>(541) 383-5857
>mmclane@lynchmurphy.com
>
>WAND LEGAL LLC
>
>*/s/ Matthew A. Wand*
>Matthew A Wand, OSB No. 004189
>1000 SW Disk Dr
>Bend, OR 97702
>(541) 383-5857
>matt@wandlegal.com
>
>*Attorneys for Amicus*

Page 4 -    CERTIFICATE OF SERVICE

LYNCH MURPHY MCLANE LLP
ATTORNEYS AT LAW
T: (541) 383-5857 | F: (541) 383-3968
1000 SW DISK DRIVE
BEND, OREGON 97702

Exhibit 3
4 of 4