**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Hannah K. Hoffman, OSB #183641**
HannahHoffman@MarkowitzHerbold.com
**Erin N. Dawson, OSB #116334**
ErinDawson@MarkowitzHerbold.com
**MARKOWITZ HERBOLD PC**
1455 SW Broadway, Suite 1900
Portland, OR  97201-3412
(503) 295-3085

    Attorneys for Defendants
    Additional Counsel of Record Listed on Signature Page

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., et al.,<br><br>                      Plaintiffs,<br><br>v.<br><br>KATE BROWN, et al.,<br><br>                      Defendants.<br>MARK FITZ, et al.,<br><br>                      Plaintiffs,<br><br>v.<br><br>ELLEN F. ROSENBLUM, et al.,<br><br>                      Defendants.<br>KATERINA B. EYRE, et al., | Case No. 2:22-cv-01815-IM (lead case)<br>         3:22-cv-01859-IM (trailing case)<br>         3:22-cv-01862-IM (trailing case)<br>         3:22-cv-01869-IM (trailing case)<br><br>**NOTICE OF APPEARANCE OF ERIN N. DAWSON** |

Page 1 -   NOTICE OF APPEARANCE OF ERIN N. DAWSON

|                                                    |
| -------------------------------------------------- |
|                                      Plaintiffs,  |
| v.                                                 |
| ELLEN F. ROSENBLUM, et al.,                        |
|                                      Defendants.  |
| DANIEL AZZOPARDI, et al.,                          |
|                                      Plaintiffs,  |
| v.                                                 |
| ELLEN F. ROSENBLUM, et al.,                        |
|                                      Defendants.  |

Erin N. Dawson of Markowitz Herbold PC hereby enters her appearance as an attorney for defendants Kate Brown, Ellen Rosenblum, and Terri Davie in their official and personal capacities. Brian Simmonds Marshall, Harry Wilson, and Hannah Hoffman remain as counsel of record for defendants. Defendants' attorneys' contact information is as follows:

> Harry B. Wilson, OSB #077214
> HarryWilson@MarkowitzHerbold.com
> Hannah K. Hoffman, OSB #183641
> HannahHoffman@MarkowitzHerbold.com
> Erin N. Dawson, OSB #116334
> ErinDawson@MarkowitzHerbold.com
> MARKOWITZ HERBOLD PC
> 1455 SW Broadway, Suite 1900
> Portland, OR  97201
> Telephone: (503) 295-3085
>
> Brian Simmonds Marshall
> brian.s.marshall@doj.state.or.us
> OREGON DEPARTMENT OF JUSTICE
> Trial Division, Special Litigation Unit
> 100 SW Market Street

Page 2 -   NOTICE OF APPEARANCE OF ERIN N. DAWSON

    Portland, OR 97201
    Telephone: (971) 673-1880

DATED this 19th day of January, 2023.

                    MARKOWITZ HERBOLD PC

By:   *s/ Erin N. Dawson*
       Harry B. Wilson, OSB #077214
       HarryWilson@MarkowitzHerbold.com
       Hannah K. Hoffman, OSB #183641
       HannahHoffman@MarkowitzHerbold.com
         *Special Assistant Attorney General for Defendants*

       Erin N. Dawson, OSB #116334
       ErinDawson@MarkowitzHerbold.com
         *Of Attorney for Defendants*

       Brian Simmonds Marshall
       brian.s.marshall@doj.state.or.us
         `*Of Attorney for Defendants*

1392926