James L. Buchal, OSB No. 921618
E-mail:  jbuchal@mbllp.com
MURPHY & BUCHAL LLP
P.O. Box 86620
Portland, OR  97286
Tel: 503-227-1011

Derek Angus Lee, OSB No. 213139
Email: angus@angusleelaw.com
ANGUS LEE LAW FIRM, PLLC
9105a NE Hwy 99, Ste. 200
Vancouver, WA  98665
Tel:  360-635-6464

Adam Kraut, *Pro Hac Vice*
Email: akraut@saf.org
SECOND AMENDMENT FOUNDATION
12500 NE Tenth Place
Bellevue, WA 98005

William Sack, *Pro Hac Vice*
Email: Wsack@FPClaw.org
FIREARMS POLICY COALITION, INC.
5550 Painted Mirage Road, Suite 320
Las Vegas, NV 89149

William V. Bergstrom, *Pro Hac Vice*
Email:  wbergstrom@cooperkirk.com
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, DC  20036

*Attorneys for Plaintiffs Fitz & Azzopardi et al.*

THE HONORABLE KARIN J. IMMERGUT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>TINA KOTEK, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:22-cv-01815-IM (Lead Case)<br>　　　　3:22-cv-01859-IM (Trailing Case)<br>　　　　3:22-cv-01862-IM (Trailing Case)<br>　　　　3:22-cv-01869-IM (Trailing Case)<br><br>**THE *FITZ* AND *AZZOPARDI* PLAINTIFFS' RENEWED, UNOPPOSED MOTION FOR A PROTECTIVE ORDER** |

1

THE *FITZ* AND *AZZOPARDI* PLAINTIFFS' RENEWED, UNOPPOSED MOTION FOR A PROTECTIVE ORDER

| |
|---|
| MARK FITZ, *et al.*, |
|         Plaintiffs, |
|         v. |
| ELLEN F. ROSENBLUM, *et al.,* |
|         Defendants. |
| KATERINA B. EYRE, *et al.*, |
|         Plaintiffs, |
|         v. |
| ELLEN F. ROSENBLUM, *et al.,* |
|         Defendants, |
|         and |
| OREGON ALLIANCE FOR GUN SAFETY, |
|         Intervenor-Defendant. |
| DANIEL AZZOPARDI, *et al.*, |
|         Plaintiffs, |
|         v. |
| ELLEN F. ROSENBLUM, *et al.*, |
|         Defendants. |

**Local Rule 7.1 Certification**

I certify that in compliance with Local Rule 7.1, the undersigned counsel has conferred with counsel for defendants and defendant-intervenors by e-mail. The *OFF* and *Eyre* plaintiffs do not object, and the defendants and defendant-intervenor Oregon Alliance for Gun Safety take no position on the request.

2

THE *FITZ* AND *AZZOPARDI* PLAINTIFFS' RENEWED, UNOPPOSED MOTION FOR A PROTECTIVE ORDER

**Motion and Memorandum**

For reasons explained in the previously-filed Declaration of Matthew French, and the initial motion, the proposed protective order attached hereto as Exhibit 1, modified consistent with the Court's statements in its Minute Order of April 14, 2023, should be filed and entered by the Court.

**Conclusion**

For the foregoing reasons, the proposed Protective Order should be entered.

Dated:  April 19, 2023.    Respectfully submitted,

<div style="margin-left:3em">

*s/  James L. Buchal*
James L. Buchal, OSB No. 921618
E-mail:  jbuchal@mbllp.com
MURPHY & BUCHAL LLP
P.O. Box 86620
Portland, OR  97286

Derek Angus Lee, OSB No. 213139
Email: angus@angusleelaw.com
ANGUS LEE LAW FIRM, PLLC
9105a NE Hwy 99, Ste. 200
Vancouver, WA  98665

William Sack, *Pro Hac Vice*
Email: Wsack@FPClaw.org
FIREARMS POLICY COALITION, INC.
5550 Painted Mirage Road, Suite 320
Las Vegas, NV 89149

Adam Kraut, *Pro Hac Vice*
Email: akraut@saf.org
SECOND AMENDMENT FOUNDATION
12500 NE Tenth Place
Bellevue, WA 98005

William V. Bergstrom, *Pro Hac Vice*
Email:  wbergstrom@cooperkirk.com
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, DC  20036

*Attorneys for Plaintiffs Fitz & Azzopardi et al.*

</div>

3
THE *FITZ* AND *AZZOPARDI* PLAINTIFFS' RENEWED, UNOPPOSED MOTION FOR A PROTECTIVE ORDER

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2023, the foregoing **THE *FITZ* AND *AZZOPARDI* PLAINTIFFS' RENEWED, UNOPPOSED MOTION FOR A PROTECTIVE ORDER** will be electronically mailed to all parties enrolled to receive such notice in lead case no. 2:22-cv-01815-IM and in the trailing consolidated case nos. Case No. 3:22-cv-01859-IM, 3:22-cv-01862-IM, and 3:22-cv-01869-IM.

*s/ James L. Buchal*
James L. Buchal, OSB No. 921618
*Attorney for Plaintiffs Fitz & Azzopardi et al.*