# Exhibit B
# Public Mass Shootings Data
# 1982 – October 2022

| | Case | Location | Date | Source | Large Capacity Mag.?[a] | Fatalities[c] | Injuries[c] | Total Fatalities & Injuries[c] | Shots Fired[d] | Gun(s) Obtained Legally?[e] | Offender(s)' Number of Guns |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) |
| 1. | Raleigh spree shooting | Hedingham, NC | 10/13/22 | MJ | - | 5 | 2 | 7 | - | - | 2 |
| 2. | Highland Park July 4 parade shooting | Highland Park, IL | 7/4/22 | MJ | Yes | 7 | 48 | 55 | 83 [ba] | Yes | 1 |
| 3. | Tulsa medical center shooting | Tulsa, OK | 6/1/22 | MJ | - | 4 | 9 [bb] | 13 [bb] | 37 [bc] | Yes | 2 |
| 4. | Robb Elementary School massacre | Uvalde, TX | 5/24/22 | MJ | Yes | 21 | 17 | 38 | 164 [bd] | Yes | 1 [be] |
| 5. | Buffalo supermarket massacre | Buffalo, NY | 5/14/22 | MJ/VP | Yes | 10 | 3 | 13 | 60 [bf] | Yes | 1 |
| 6. | Sacramento County church shooting | Sacramento, CA | 2/28/22 | MJ | Yes | 4 | 0 | 4 | - | Yes [bg] | 1 |
| 7. | Oxford High School shooting | Oxford, MI | 11/30/21 | MJ/VP | Yes | 4 | 7 | 11 | 30 [bh] | Yes [bi] | 1 |
| 8. | San Jose VTA shooting | San Jose, CA | 5/26/21 | MJ/VP | Yes | 9 | 0 | 9 | 39 [bj] | Yes [bk] | 3 |
| 9. | Canterbury Mobile Home Park shooting | Colorado Springs, CO | 5/9/21 | WaPo | Yes | 6 | 0 | 6 | 17 [bl] | - | 1 |
| 10. | FedEx warehouse shooting | Indianapolis, IN | 4/15/21 | MJ/VP/WaPo | Yes | 8 | 7 | 15 | - | Yes | 2 [bm] |
| 11. | Orange office complex shooting | Orange, CA | 3/31/21 | MJ/VP/WaPo | - | 4 | 1 | 5 | - | - | 1 |
| 12. | Essex Royal Farms shooting | Baltimore County, MD | 3/28/21 | WaPo | - | 4 | 1 | 5 | - | Yes [bn] | 1 |
| 13. | King Soopers supermarket shooting | Boulder, CO | 3/22/21 | MJ/VP/WaPo | Yes | 10 | 0 | 10 | - | Yes | 2 |
| 14. | Atlanta massage parlor shootings | Atlanta, GA | 3/16/21 | MJ/VP/WaPo | Yes | 8 | 1 | 9 | - | Yes [bo] | 1 |
| 15. | Hyde Park shooting | Chicago, IL | 1/9/21 | WaPo | - | 5 | 2 | 7 | - | - | 1 |
| 16. | Englewood block party shooting | Chicago, IL | 7/4/20 | WaPo | - | 4 | 4 | 8 | - | - | - |
| 17. | Springfield convenience store shooting | Springfield, MO | 3/15/20 | MJ/VP/WaPo | - | 4 | 2 | 6 | - | Yes [bp] | 2 |
| 18. | Molson Coors shooting | Milwaukee, WI | 2/26/20 | MJ/VP/WaPo | - | 5 | 0 | 5 | 12 [bq] | - | 2 [br] |
| 19. | Jersey City Kosher Supermarket | Jersey City, NJ | 12/10/19 | MJ/VP/WaPo | - | 4 | 3 | 7 | - | Yes | 5 |
| 20. | Football-watching party | Fresno, CA | 11/17/19 | WaPo | - | 4 | 6 | 10 | - | - | 2 |
| 21. | Halloween Party | Orinda, CA | 11/1/19 | WaPo | - | 5 | 0 | 5 | - | - | 1 |
| 22. | Tequila KC bar | Kansas City, KS | 10/6/19 | WaPo | - | 4 | 5 | 9 | - | No | 2 |
| 23. | Midland-Odessa Highways | Odessa, TX | 8/31/19 | MJ/VP/WaPo | - | 7 | 25 | 32 | - | No | 1 |
| 24. | Dayton | Dayton, OH | 8/4/19 | MJ/VP/WaPo | Yes | 9 | 27 | 36 | 41 [f] | Yes | 1/2 |
| 25. | El Paso Walmart | El Paso, TX | 8/3/19 | MJ/VP/WaPo | Yes | 22 | 26 | 48 | - | Yes | 1 |
| 26. | Casa Grande Senior Mobile Estates | Santa Maria, CA | 6/19/19 | WaPo | - | 4 | 0 | 4 | - | - | 1 |
| 27. | Virginia Beach Municipal Center | Virginia Beach, VA | 5/31/19 | MJ/VP/WaPo | Yes | 12 | 4 | 16 | - | Yes | 2 |

Page 1 of 10

Ex. B - Allen Decl.
Page 1 of 10

Exhibit B
## Public Mass Shootings Data
## 1982 – October 2022

| Case | Location | Date | Source | Large Capacity Mag.?[a] | Fatalities[c] | Injuries[c] | Total Fatalities & Injuries[c] | Shots Fired[d] | Gun(s) Obtained Legally?[e] | Offender(s)' Number of Guns |
|---|---|---|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) |
| 28. Henry Pratt Co. | Aurora, IL | 2/15/19 | MJ/VP/WaPo | - | 5 | 6 | 11 | - | No | 1 |
| 29. SunTrust Bank | Sebring, FL | 1/23/19 | MJ/VP/WaPo | - | 5 | 0 | 5 | - | Yes | 1 |
| 30. Borderline Bar & Grill | Thousand Oaks, CA | 11/7/18 | MJ/VP/WaPo | Yes | 12 | 1 | 13 | 50 [g] | Yes | 1 |
| 31. Tree of Life Synagogue | Pittsburgh, PA | 10/27/18 | MJ/VP/WaPo | - | 11 | 6 | 17 | - | Yes | 4 |
| 32. T&T Trucking | Bakersfield, CA | 9/12/18 | MJ/VP/WaPo | No | 5 | 0 | 5 | - | - | 1 |
| 33. Capital Gazette | Annapolis, MD | 6/28/18 | MJ/VP/WaPo | - | 5 | 2 | 7 | - | Yes | 1 |
| 34. Santa Fe High School | Santa Fe, TX | 5/18/18 | MJ/VP/WaPo | No | 10 | 13 | 23 | - | - | 2 |
| 35. Waffle House | Nashville, TN | 4/22/18 | MJ/VP/WaPo | - | 4 | 4 | 8 | - | Yes | 1 |
| 36. Detroit | Detroit, MI | 2/26/18 | VP | - | 4 | 0 | 4 | - | - | - |
| 37. Stoneman Douglas HS | Parkland, FL | 2/14/18 | CC/MJ/VP/WaPo | Yes | 17 | 17 | 34 | - | Yes | 1 |
| 38. Pennsylvania Carwash | Melcroft, PA | 1/28/18 | MJ/VP/WaPo | - | 4 | 1 | 5 | - | - | 3 [h] |
| 39. Rancho Tehama | Rancho Tehama, CA | 11/14/17 | MJ/VP/WaPo | Yes | 4 | 10 | 14 | 30 [i] | No | 2 |
| 40. Texas First Baptist Church | Sutherland Springs, TX | 11/5/17 | CC/MJ/VP/WaPo | Yes | 26 | 20 | 46 | 450 [j] | Yes | 1 |
| 41. Las Vegas Strip | Las Vegas, NV | 10/1/17 | CC/MJ/VP/WaPo | Yes | 58 | 422 | 480 | 1100 [k] | Yes | 23 |
| 42. Taos and Rio Arriba counties | Abiquiu, NM | 6/15/17 | WaPo | No | 5 | 0 | 5 | - | - | 1 |
| 43. Fiamma Workplace | Orlando, FL | 6/5/17 | CC/MJ/VP/WaPo | No | 5 | 0 | 5 | - | - | 1 |
| 44. Marathon Savings Bank | Rothschild, WI | 3/22/17 | VP/WaPo | - | 4 | 0 | 4 | - | - | 2 |
| 45. Club 66 | Yazoo City, MS | 2/6/17 | VP/WaPo | - | 4 | 0 | 4 | - | - | 1 |
| 46. Fort Lauderdale Airport | Fort Lauderdale, FL | 1/6/17 | CC/MJ/VP/WaPo | No | 5 | 6 | 11 | 15 [l] | Yes | 1 |
| 47. Cascade Mall | Burlington, WA | 9/23/16 | CC/MJ/VP/WaPo | Yes | 5 | 0 | 5 | - | - | 1 |
| 48. Dallas Police | Dallas, TX | 7/7/16 | CC/MJ/VP/WaPo | Yes | 5 | 11 | 16 | - | Yes | 3 |
| 49. Walgreens Parking Lot | Las Vegas, NV | 6/29/16 | WaPo | - | 4 | 0 | 4 | - | - | 1 |
| 50. Orlando Nightclub | Orlando, FL | 6/12/16 | CC/MJ/VP/WaPo | Yes | 49 | 53 | 102 | 110 [m] | Yes | 2 |
| 51. Franklin Avenue Cookout | Wilkinsburg, PA | 3/9/16 | VP/WaPo | Yes | 6 | 3 | 9 | 48 [n] | No | 2 |
| 52. Kalamazoo | Kalamazoo County, MI | 2/20/16 | MJ/VP/WaPo | Yes | 6 | 2 | 8 | - | Yes | 1 |
| 53. San Bernardino | San Bernardino, CA | 12/2/15 | CC/MJ/VP/WaPo | Yes | 14 | 22 | 36 | 150 [o] | Yes | 4 |
| 54. Tennessee Colony campsite | Anderson County, TX | 11/15/15 | VP/WaPo | - | 6 | 0 | 6 | - | - | 1 |
| 55. Umpqua Community College | Roseburg, OR | 10/1/15 | CC/MJ/VP/WaPo | - | 9 | 9 | 18 | - | Yes | 6 |
| 56. Chattanooga Military Center | Chattanooga, TN | 7/16/15 | CC/MJ/VP/WaPo | Yes | 5 | 2 | 7 | - | Yes | 3 |

Page 2 of 10

Ex. B - Allen Decl.
Page 2 of 10

**Exhibit B**
**Public Mass Shootings Data**
**1982 – October 2022**

| Case (1) | Location (2) | Date (3) | Source (4) | Large Capacity Mag.?[a] (5) | Fatalities[c] (6) | Injuries[c] (7) | Total Fatalities & Injuries[c] (8) | Shots Fired[d] (9) | Gun(s) Obtained Legally?[e] (10) | Offender(s)' Number of Guns (11) |
|---|---|---|---|---|---|---|---|---|---|---|
| 57. Charleston Church | Charleston, SC | 6/17/15 | CC/MJ/VP/WaPo | Yes | 9 | 3 | 12 | - | Yes | 1 |
| 58. Marysville High School | Marysville, WA | 10/24/14 | CC/MJ/VP/WaPo | Yes | 4 | 1 | 5 | - | No | 1 |
| 59. Isla Vista | Santa Barbara, CA | 5/23/14 | MJ/VP/WaPo | No | 6 | 13 | 19 | 50 [p] | Yes | 3 |
| 60. Alturas Tribal | Alturas, CA | 2/20/14 | MJ/VP/WaPo | - | 4 | 2 | 6 | - | - | 2 |
| 61. Washington Navy Yard | Washington, D.C. | 9/16/13 | CC/MJ/VP/WaPo | No | 12 | 8 | 20 | - | Yes | 2 |
| 62. Hialeah | Hialeah, FL | 7/26/13 | CC/MJ/VP/WaPo | Yes | 6 | 0 | 6 | 10 [q] | Yes | 1 |
| 63. Santa Monica | Santa Monica, CA | 6/7/13 | CC/MJ/VP/WaPo | Yes | 5 | 3 | 8 | 70 [r] | Yes | 2 |
| 64. Federal Way | Federal Way, WA | 4/21/13 | MJ/VP/WaPo | - | 4 | 0 | 4 | - | Yes | 2 |
| 65. Upstate New York | Herkimer County, NY | 3/13/13 | MJ/VP/WaPo | - | 4 | 2 | 6 | - | Yes | 1 |
| 66. Newtown School | Newtown, CT | 12/14/12 | CC/MJ/VP/WaPo | Yes | 27 | 2 | 29 | 154 | No | 4/3 |
| 67. Accent Signage Systems | Minneapolis, MN | 9/27/12 | CC/MJ/VP/WaPo | Yes | 6 | 2 | 8 | 46 | Yes | 1 |
| 68. Sikh Temple | Oak Creek, WI | 8/5/12 | CC/MJ/VP/WaPo | Yes | 6 | 4 | 10 | - | Yes | 1 |
| 69. Aurora Movie Theater | Aurora, CO | 7/20/12 | CC/MJ/VP/WaPo | Yes | 12 | 70 | 82 | 80 | Yes | 4 |
| 70. Seattle Café | Seattle, WA | 5/30/12 | CC/MJ/VP/WaPo | No | 5 | 1 | 6 | - | Yes | 2 |
| 71. Oikos University | Oakland, CA | 4/2/12 | CC/MJ/VP/WaPo | No | 7 | 3 | 10 | - | Yes | 1 |
| 72. Su Jung Health Sauna | Norcross, GA | 2/22/12 | MJ/WaPo | - | 4 | 0 | 4 | - | Yes | 1 |
| 73. Seal Beach | Seal Beach, CA | 10/14/11 | CC/MJ/VP/WaPo | No | 8 | 1 | 9 | - | Yes | 3 |
| 74. IHOP | Carson City, NV | 9/6/11 | CC/MJ/VP/WaPo | Yes | 4 | 7 | 11 | - | Yes | 3 |
| 75. Akron | Akron, OH | 8/7/11 | VP | No | 7 | 2 | 9 | 21 [s] | - | - |
| 76. Forum Roller World | Grand Prairie, TX | 7/23/11 | WaPo | - | 5 | 4 | 9 | - | - | 1 |
| 77. Grand Rapids | Grand Rapids, MI | 7/7/11 | CC | Yes | 7 | 2 | 9 | 10 | - | 1 |
| 78. Family law practice | Yuma, AZ | 6/2/11 | WaPo | - | 5 | 1 | 6 | - | - | 1 |
| 79. Tucson | Tucson, AZ | 1/8/11 | CC/MJ/VP/WaPo | Yes | 6 | 13 | 19 | 33 | Yes | 1 |
| 80. Jackson | Jackson, KY | 9/11/10 | VP | No | 5 | 0 | 5 | 12 [t] | - | - |
| 81. City Grill | Buffalo, NY | 8/14/10 | VP/WaPo | - | 4 | 4 | 8 | 10 [u] | - | 1 |
| 82. Hartford Beer Distributor | Manchester, CT | 8/3/10 | CC/MJ/VP/WaPo | Yes | 8 | 2 | 10 | 11 | Yes | 2 |
| 83. Yoyito Café | Hialeah, FL | 6/6/10 | CC/VP/WaPo | No | 4 | 3 | 7 | 9 [v] | - | - |
| 84. Hot Spot Café | Los Angeles, CA | 4/3/10 | VP/WaPo | - | 4 | 2 | 6 | 50 [w] | - | 1 |
| 85. Coffee Shop Police | Parkland, WA | 11/29/09 | CC/MJ/VP/WaPo | No | 4 | 0 | 4 | - | No | 2 |

Page 3 of 10

Ex. B - Allen Decl.
Page 3 of 10

**Exhibit B**
**Public Mass Shootings Data**
**1982 – October 2022**

| | Case | Location | Date | Source | Large Capacity Mag.?[a] | Fatalities[c] | Injuries[c] | Total Fatalities & Injuries[c] | Shots Fired[d] | Gun(s) Obtained Legally?[e] | Offender(s)' Number of Guns |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | (5) | (6) | (7) | (8) | (9) | (10) | (11) |
| | (1) | (2) | (3) | (4) | | | | | | | |
| 86. | Fort Hood | Fort Hood, TX | 11/5/09 | CC/MJ/VP/WaPo | Yes | 13 | 32 | 45 | 214 | Yes | 1 |
| 87. | Worth Street | Mount Airy, NC | 11/1/09 | VP/WaPo | - | 4 | 0 | 4 | 16 [x] | No | 1 |
| 88. | Binghamton | Binghamton, NY | 4/3/09 | CC/MJ/VP/WaPo | Yes | 13 | 4 | 17 | 99 | Yes | 2 |
| 89. | Carthage Nursing Home | Carthage, NC | 3/29/09 | CC/MJ/VP/WaPo | No | 8 | 2 | 10 | - | Yes | 2 |
| 90. | Skagit County | Alger, WA | 9/2/08 | VP/WaPo | - | 6 | 4 | 10 | - | No | 2 |
| 91. | Atlantis Plastics | Henderson, KY | 6/25/08 | CC/MJ/VP/WaPo | No | 5 | 1 | 6 | - | Yes | 1 |
| 92. | Black Road Auto | Santa Maria, CA | 3/18/08 | VP/WaPo | - | 4 | 0 | 4 | 17 [y] | - | 1 |
| 93. | Northern Illinois University | DeKalb, IL | 2/14/08 | CC/MJ/VP/WaPo | Yes | 5 | 21 | 26 | 54 | Yes | 4 |
| 94. | Kirkwood City Council | Kirkwood, MO | 2/7/08 | CC/MJ/VP/WaPo | No | 6 | 1 | 7 | - | No | 2 |
| 95. | Youth With a Mission and New Life Church | Colorado Springs, CO | 12/9/07 | VP/WaPo | Yes | 4 | 5 | 9 | 25 [z] | - | 3 |
| 96. | Westroads Mall | Omaha, NE | 12/5/07 | CC/MJ/VP/WaPo | Yes | 8 | 5 | 13 | 14 | No | 1 |
| 97. | Crandon | Crandon, WI | 10/7/07 | CC/MJ/WaPo | Yes | 6 | 1 | 7 | 30 [aa] | Yes | 1 |
| 98. | Virginia Tech | Blacksburg, VA | 4/16/07 | CC/MJ/VP/WaPo | Yes | 32 | 17 | 49 | 176 | Yes | 2 |
| 99. | Trolley Square | Salt Lake City, UT | 2/12/07 | CC/MJ/VP/WaPo | No | 5 | 4 | 9 | - | No | 2 |
| 100. | Amish School | Lancaster County, PA | 10/2/06 | CC/MJ/VP/WaPo | No | 5 | 5 | 10 | - | Yes | 3 |
| 101. | The Ministry of Jesus Christ | Baton Rouge, LA | 5/21/06 | VP/WaPo | - | 5 | 1 | 6 | - | - | 1 |
| 102. | Capitol Hill | Seattle, WA | 3/25/06 | CC/MJ/VP/WaPo | Yes | 6 | 2 | 8 | - | Yes | 4 |
| 103. | Goleta Postal | Goleta, CA | 1/30/06 | CC/MJ/VP/WaPo | Yes | 7 | 0 | 7 | - | Yes | 1 |
| 104. | Sash Assembly of God | Sash, TX | 8/29/05 | VP/WaPo | - | 4 | 0 | 4 | - | - | 2 |
| 105. | Red Lake | Red Lake, MN | 3/21/05 | CC/MJ/VP/WaPo | No | 9 | 7 | 16 | - | No | 3 |
| 106. | Living Church of God | Brookfield, WI | 3/12/05 | CC/MJ/VP/WaPo | Yes | 7 | 4 | 11 | - | Yes | 1 |
| 107. | Fulton County Courthouse | Atlanta, GA | 3/11/05 | VP/WaPo | - | 4 | 0 | 4 | - | No | 1 |
| 108. | Damageplan Show | Columbus, OH | 12/8/04 | CC/MJ/VP/WaPo | No | 4 | 3 | 7 | 15 [ab] | Yes | 1 |
| 109. | Hunting Camp | Meteor, WI | 11/21/04 | CC/VP/WaPo | Yes | 6 | 2 | 8 | 20 | - | 1 |
| 110. | ConAgra Foods Plant | Kansas City, KS | 7/3/04 | VP/WaPo | - | 6 | 1 | 7 | 10 [ac] | - | 2 |
| 111. | Stateline Tavern | Oldtown, ID | 10/24/03 | VP/WaPo | Yes | 4 | 0 | 4 | 14 [ad] | - | 1 |
| 112. | Windy City Warehouse | Chicago, IL | 8/27/03 | CC/VP/WaPo | No | 6 | 0 | 6 | - | - | - |
| 113. | Lockheed Martin | Meridian, MS | 7/8/03 | CC/MJ/VP/WaPo | - | 6 | 8 | 14 | - | Yes | 5 |
| 114. | Labor Ready | Huntsville, AL | 2/25/03 | VP/WaPo | - | 4 | 1 | 5 | - | - | 1 |

Page 4 of 10

Ex. B - Allen Decl.
Page 4 of 10

# Exhibit B
# Public Mass Shootings Data
# 1982 – October 2022

| Case | Location | Date | Source | Large Capacity Mag.?[a] | Fatalities[c] | Injuries[c] | Total Fatalities & Injuries[c] | Shots Fired[d] | Gun(s) Obtained Legally?[e] | Offender(s)' Number of Guns |
|---|---|---|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) |
| 115. Bertrand Products | South Bend, IN | 3/22/02 | VP/WaPo | - | 4 | 2 | 6 | - | - | 2 |
| 116. Burns International Security | Sacramento, CA | 9/10/01 | VP/WaPo | Yes | 5 | 2 | 7 | 200 [ae] | - | 2 |
| 117. Bookcliff RV Park | Rifle, CO | 7/3/01 | VP/WaPo | No | 4 | 3 | 7 | 6 [af] | - | 1 |
| 118. Navistar | Melrose Park, IL | 2/5/01 | CC/MJ/VP/WaPo | Yes | 4 | 4 | 8 | - | Yes | 4 |
| 119. Houston | Houston, TX | 1/9/01 | VP | - | 4 | 0 | 4 | - | - | - |
| 120. Wakefield | Wakefield, MA | 12/26/00 | CC/MJ/VP/WaPo | Yes | 7 | 0 | 7 | 37 | Yes | 3 |
| 121. Mount Lebanon | Pittsburgh, PA | 4/28/00 | VP/WaPo | No | 5 | 1 | 6 | - | Yes | 1 |
| 122. Mi-T-Fine Car Wash | Irving, TX | 3/20/00 | VP/WaPo | - | 5 | 1 | 6 | - | - | - |
| 123. Hotel | Tampa, FL | 12/30/99 | CC/MJ/VP/WaPo | No | 5 | 3 | 8 | - | Yes | 2 |
| 124. Xerox | Honolulu, HI | 11/2/99 | CC/MJ/VP/WaPo | Yes | 7 | 0 | 7 | 28 | Yes | 1 |
| 125. Wedgwood Baptist Church | Fort Worth, TX | 9/15/99 | CC/MJ/VP/WaPo | Yes | 7 | 7 | 14 | 30 | Yes | 2 |
| 126. Atlanta Day Trading | Atlanta, GA | 7/29/99 | MJ/VP/WaPo | - | 9 | 13 | 22 | - | Yes | 4 |
| 127. Albertson's Supermarket | Las Vegas, NV | 6/3/99 | VP/WaPo | - | 4 | 1 | 5 | - | - | 1 |
| 128. Columbine High School | Littleton, CO | 4/20/99 | CC/MJ/VP/WaPo | Yes | 13 | 23 | 36 | 188 | No | 4 |
| 129. New St. John Fellowship Baptist Church | Gonzalez, LA | 3/10/99 | VP/WaPo | - | 4 | 4 | 8 | - | - | 1 |
| 130. Thurston High School | Springfield, OR | 5/21/98 | CC/MJ/VP/WaPo | Yes | 4 | 25 | 29 | 50 | No | 3 |
| 131. Westside Middle School | Jonesboro, AR | 3/24/98 | CC/MJ/VP/WaPo | Yes | 5 | 10 | 15 | 26 | No | 9/10 |
| 132. Connecticut Lottery | Newington, CT | 3/6/98 | CC/MJ/VP/WaPo | Yes | 4 | 0 | 4 | 5 | Yes | 1 |
| 133. Caltrans Maintenance Yard | Orange, CA | 12/18/97 | CC/MJ/VP/WaPo | Yes | 4 | 2 | 6 | 144 | Yes | 1 |
| 134. Erie Manufacturing | Bartow, FL | 12/3/97 | VP | - | 4 | 0 | 4 | 12 [ag] | - | - |
| 135. R.E. Phelon Company | Aiken, SC | 9/15/97 | CC/MJ/VP/WaPo | No | 4 | 3 | 7 | - | No | 1 |
| 136. News and Sentinel | Colebrook, NH | 8/20/97 | VP/WaPo | - | 4 | 4 | 8 | - | - | 2 |
| 137. Fire Station | Jackson, MS | 4/25/96 | VP/WaPo | - | 5 | 3 | 8 | - | - | 3 |
| 138. Fort Lauderdale | Fort Lauderdale, FL | 2/9/96 | CC/MJ/VP/WaPo | No | 5 | 1 | 6 | 14 [ah] | Yes | 2 |
| 139. Little Chester Shoes | New York, NY | 12/19/95 | VP/WaPo | Yes | 5 | 3 | 8 | - | - | 1 |
| 140. Piper Technical Center | Los Angeles, CA | 7/19/95 | CC/VP/WaPo | Yes | 4 | 0 | 4 | - | - | - |
| 141. Walter Rossler Company | Corpus Christi, TX | 4/3/95 | CC/MJ/VP/WaPo | No | 5 | 0 | 5 | - | Yes | 2 |
| 142. Puppy creek | Hoke County, NC | 12/31/94 | VP | - | 5 | 1 | 6 | - | - | - |
| 143. Air Force Base | Fairchild Base, WA | 6/20/94 | CC/MJ/VP/WaPo | Yes | 4 | 23 | 27 | 50 [ai] | Yes | 1 |

Page 5 of 10

Ex. B - Allen Decl.
Page 5 of 10

# Exhibit B
# Public Mass Shootings Data
# 1982 – October 2022

| | Case | Location | Date | Source | Large Capacity Mag.?[a] | Fatalities[c] | Injuries[c] | Total Fatalities & Injuries[c] | Shots Fired[d] | Gun(s) Obtained Legally?[e] | Offender(s)' Number of Guns |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) |
| 144. | Chuck E. Cheese | Aurora, CO | 12/14/93 | CC/MJ/VP/WaPo | No | 4 | 1 | 5 | - | - | 1 |
| 145. | Long Island Railroad | Garden City, NY | 12/7/93 | CC/MJ/VP/WaPo | Yes | 6 | 19 | 25 | 30 | Yes | 1 |
| 146. | Unemployment Office | Oxnard, CA | 12/2/93 | VP/WaPo | - | 4 | 4 | 8 | - | - | - |
| 147. | Family Fitness Club | El Cajon, CA | 10/14/93 | VP/WaPo | - | 4 | 0 | 4 | - | Yes | 1 |
| 148. | Luigi's Restaurant | Fayetteville, NC | 8/6/93 | CC/MJ/VP/WaPo | No | 4 | 8 | 12 | - | Yes | 3 |
| 149. | Washington County Bar | Jackson, MS | 7/8/93 | WaPo | - | 5 | 0 | 5 | - | - | 1 |
| 150. | 101 California Street | San Francisco, CA | 7/1/93 | CC/MJ/VP/WaPo | Yes | 8 | 6 | 14 | 75 | No | 3 |
| 151. | Card club | Paso Robles, CA | 11/8/92 | VP/WaPo | - | 6 | 1 | 7 | - | - | 1 |
| 152. | Watkins Glen | Watkins Glen, NY | 10/15/92 | CC/MJ/VP/WaPo | No | 4 | 0 | 4 | - | Yes | 1 |
| 153. | Lindhurst High School | Olivehurst, CA | 5/1/92 | CC/MJ/VP/WaPo | No | 4 | 10 | 14 | - | Yes | 2 |
| 154. | Phoenix | Phoenix, AZ | 3/15/92 | VP | - | 4 | 0 | 4 | - | - | - |
| 155. | Royal Oak Postal | Royal Oak, MI | 11/14/91 | CC/MJ/VP/WaPo | Yes | 4 | 4 | 8 | - | Yes | 1 |
| 156. | Restaurant | Harrodsburg, KY | 11/10/91 | VP/WaPo | No | 4 | 0 | 4 | 6 [aj] | No | 1 |
| 157. | University of Iowa | Iowa City, IA | 11/1/91 | CC/MJ/VP/WaPo | No | 5 | 1 | 6 | - | Yes | 1 |
| 158. | Luby's Cafeteria | Killeen, TX | 10/16/91 | CC/MJ/VP/WaPo | Yes | 23 | 20 | 43 | 100 | Yes | 2 |
| 159. | Post office | Ridgewood, NJ | 10/10/91 | VP/WaPo | Yes | 4 | 0 | 4 | - | - | 2 |
| 160. | GMAC | Jacksonville, FL | 6/18/90 | CC/MJ/VP/WaPo | Yes | 9 | 4 | 13 | 14 | Yes | 2 |
| 161. | Standard Gravure Corporation | Louisville, KY | 9/14/89 | CC/MJ/VP/WaPo | Yes | 8 | 12 | 20 | 21 | Yes | 5 |
| 162. | Stockton Schoolyard | Stockton, CA | 1/17/89 | CC/MJ/VP/WaPo | Yes | 5 | 29 | 34 | 106 | Yes | 2 |
| 163. | Montefiore School | Chicago, IL | 9/22/88 | VP/WaPo | No | 4 | 2 | 6 | - | - | 1 |
| 164. | Old Salisbury Road | Winston-Salem, NC | 7/17/88 | VP/WaPo | - | 4 | 5 | 9 | - | - | 1 |
| 165. | ESL | Sunnyvale, CA | 2/16/88 | CC/MJ/VP/WaPo | No | 7 | 4 | 11 | - | Yes | 7 |
| 166. | Shopping Centers | Palm Bay, FL | 4/23/87 | CC/MJ/VP/WaPo | Yes | 6 | 14 | 20 | 40 [ak] | Yes | 3 |
| 167. | United States Postal Service | Edmond, OK | 8/20/86 | CC/MJ/VP/WaPo | No | 14 | 6 | 20 | - | Yes | 3 |
| 168. | Anchor Glass Container Corporation | South Connellsville, PA | 3/16/85 | VP/WaPo | No | 4 | 1 | 5 | - | - | 1 |
| 169. | Other Place Lounge | Hot Springs, AR | 7/24/84 | VP/WaPo | No | 4 | 1 | 5 | - | - | 1 |
| 170. | San Ysidro McDonald's | San Ysidro, CA | 7/18/84 | CC/MJ/VP/WaPo | Yes | 21 | 19 | 40 | 257 | Yes | 3 |
| 171. | Dallas Nightclub | Dallas, TX | 6/29/84 | CC/MJ/VP/WaPo | Yes | 6 | 1 | 7 | - | No | 1 |
| 172. | Alaska Mining Town | Manley Hot Springs, AK | 5/17/84 | VP/WaPo | No | 7 | 0 | 7 | - | - | 1 |

Page 6 of 10

Ex. B - Allen Decl.
Page 6 of 10

**Exhibit B**
**Public Mass Shootings Data**
**1982 – October 2022**

| Case | Location | Date | Source | Large Capacity Mag.?[a] | Fatalities[c] | Injuries[c] | Total Fatalities & Injuries[c] | Shots Fired[d] | Gun(s) Obtained Legally?[e] | Offender(s)' Number of Guns |
|---|---|---|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) |
| 173. College Station | Collge Station, TX | 10/11/83 | VP | - | 6 | 0 | 6 | - | - | - |
| 174. Alaska Back-County | McCarthy, AK | 3/1/83 | VP/WaPo | - | 6 | 2 | 8 | - | - | 2 |
| 175. Upper West Side Hotel | New York, NY | 2/3/83 | VP | No | 4 | 1 | 5 | - | - | 1 |
| 176. The Investor | Noyes Island, AK | 9/6/82 | WaPo | - | 8 | 0 | 8 | - | - | 1 |
| 177. Welding Shop | Miami, FL | 8/20/82 | MJ/VP/WaPo | No | 8 | 3 | 11 | - | Yes | 1 |
| 178. Western Transfer Co. | Grand Prairie, TX | 8/9/82 | VP/WaPo | - | 6 | 4 | 10 | - | - | 3 |
| 179. Russian Jack Springs Park | Anchorage, AK | 5/3/82 | VP/WaPo | - | 4 | 0 | 4 | - | No | 1 |
| Large-Capacity Magazine Average: | | | | | 10 | 16 | 25 | 99 | | |
| Non-Large-Capacity Magazine Average: | | | | | 6 | 3 | 9 | 16 | | |

**Notes and Sources:**

Public Mass Shootings from Mother Jones ("US Mass Shootings, 1982-2022: Data from Mother Jones' Investigation," updated November 23, 2022). MJ indicates a mass shooting identified by Mother Jones.

The Citizens Crime Commission of New York City ("Mayhem Multiplied: Mass Shooters and Assault Weapons," February 2018 update, and "Citizens Crime Commission of New York City, Mass Shooting Incidents in America (1984-2012)," accessed June 1, 2017). CC indicates a mass shooting identified by Citizens Crime Commission of New York City data.

The Washington Post ("The Terrible Numbers That Grow With Each Mass Shooting,", updated May 12, 2021). WaPo indicates a mass shooting identified by The Washington Post.

The Violence Project ("Mass Shooter Database," updated May 14, 2022). VP indicates a mass shooting identified by the Violence Project.

[a] Large capacity magazines are those with a capacity to hold more than 10 rounds of ammunition. Stories from Factiva and Google searches reviewed to determine whether an LCM was involved.

[c] Offender(s) are not included in counts of fatalities and injuries. Stories from Factiva and Google searches reviewed to determine number of fatalities and injuries.

[d] Except where noted, all data on shots fired obtained from CC.

[e] The determination of whether guns were obtained legally is based on Mother Jones and Washington Post reporting.

[ba] "'This is the norm in our country': Highland Park Mayor speaks to Senate committee about gun violence," *CBS Chicago* , July 20, 2022.

[bb] MJ reported "fewer than 10" injuries for this incident.

[bc] "Update: Man among those killed held door to allow others to escape, Tulsa police chief says," *TulsaWorld* , June 2, 2022.

[bd] "The gunman in Uvalde carried more ammunition into Robb Elementary School than a U.S. soldier carries into combat," *CBS News* , May 27, 2022. Note the number of shots fired has been updated since Allen 2022 in *Duncan v. Rob Bonta* which listed 315 shots fired based on the number of rounds found at the school.

Page 7 of 10

Ex. B - Allen Decl.
Page 7 of 10

**Exhibit B**
**Public Mass Shootings Data**
**1982 – October 2022**

| Case | Location | Date | Source | Large Capacity Mag.?[a] | Fatalities[c] | Injuries[c] | Total Fatalities & Injuries[c] | Shots Fired[d] | Gun(s) Obtained Legally?[e] | Offender(s)' Number of Guns |
|---|---|---|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) |

[be] "Uvalde gunman legally bought AR rifles days before shooting, law enforcement says," *The Texas Tribune*, May 25, 2022.

[bf] "Buffalo shooting suspect says his motive was to prevent 'eliminating the white race'," *NPR*, June 16, 2022.

[bg] "Sacramento Church Mass Shooting Follows Disturbing Trend of Domestic Violence, Mass Shooting Connection; Rise of Ghost Guns," *Everytown*, March 7, 2022.

[bh] "Oxford High School shooter fired 30 rounds, had 18 more when arrested, sheriff says," *Fox2Detroit*, December 1, 2021.

[bi] "Father of suspected Oxford High School shooter bought gun 4 days before shooting," *Fox 2 Detroit*, December 1, 2021.

[bj] "VTA shooter fired 39 rounds during attack; carried 32 high-capacity magazines," *KTVU Fox 2*, May 27, 2021.

[bk] "Sam Cassidy legally owned guns used in San Jose VTA shooting: Sheriff," *Kron4*, May 28, 2021.

[bl] "Colorado Springs shooter who killed 6 at party had "displayed power and control issues," police say," *The Denver Post*, May 11, 2021.

[bm] "Indianapolis FedEx Shooter Who Killed 4 Sikhs Was Not Racially Motivated, Police Say," *NPR*, July 28, 2021.

[bn] "Police Investigate Three Separate Fatal Shooting Incidents In Baltimore County," *Baltimore County Government Website*, March 29, 2021.

[bo] "Atlanta Shooting Suspect Bought Gun on Day of Rampage," *Courthouse News*, March 26, 2021.

[bp] "Search warrant reveals new information in Springfield Kum & Go shooting," *Springfield News-Leader*, April 8, 2020.

[bq] "'There was no warning this was going to happen,' Miller shooting witnesses told investigators," *WISN 12 News*, November 24, 2020.

[br] "Milwaukee Miller brewery shooting: Six Molson Coors workers, including shooter, dead in rampage," *Milwaukee Journal Sentinel*, February 26, 2020.

[f] "The Dayton gunman killed 9 people by firing 41 shots in 30 seconds. A high-capacity rifle helped enable that speed," *CNN*, August 5, 2019.

[g] "Authorities Describe 'Confusion And Chaos' At Borderline Bar Shooting In California," *NPR*, November 28, 2018.

[h] "Suspect in quadruple killing at car wash dies," CNN, January 30, 2018.

[i] "California gunman fired 30 rounds at elementary school, left when he couldn't get inside," *ABC News*, November 15, 2017.

[j] "'Be quiet! It's him!' Survivors say shooter walked pew by pew looking for people to shoot," *CNN*, November 9, 2017.

[k] "Sheriff Says More than 1,100 Rounds Fired in Las Vegas," *Las Vegas Review Journal*, November 22, 2017

[l] "Fort Lauderdale Shooting Suspect Appears in Court, Ordered Held Without Bond," *Washington Post*, January 9, 2017.

[m] "'We Thought It Was Part of the Music': How the Pulse Nightclub Massacre Unfolded in Orlando," *The Telegraph*, June 13, 2016.

Page 8 of 10

Ex. B - Allen Decl.
Page 8 of 10

**Exhibit B**
**Public Mass Shootings Data**
**1982 – October 2022**

| Case | Location | Date | Source | Large Capacity Mag.?[a] | Fatalities[c] | Injuries[c] | Total Fatalities & Injuries[c] | Shots Fired[d] | Gun(s) Obtained Legally?[e] | Offender(s)' Number of Guns |
|---|---|---|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) |

[n] "Two men charged with homicide in connection with Wilkinsburg backyard ambush," *Pittsburgh's Action News*, June 24, 2016.

[o] "San Bernardino Suspects Left Trail of Clues, but No Clear Motive," *New York Times*, December 3, 2015.

[p] "Sheriff: Elliot Rodger Fired 50-plus Times in Isle Vista Rampage," *Los Angeles Times*, June 4, 2014.

[q] "Shooter Set $10,000 on Fire in Hialeah Shooting Rampage," *NBC News*, July 28, 2013.

[r] "Police Call Santa Monica Gunman 'Ready for Battle,'" *New York Times*, June 8, 2013.

[s] "Questions linger in slayings; investigation continues in rampage as community searches for answers on why gunman shot eight people," *The Beacon Journal*, August 14, 2011.

[t] "Kentucky Tragedy: Man Kills Wife, Five Others, in Rampage Over Cold Eggs, Say Cops," *CBS News*, September 13, 2010.

[u] "Ex-gang member guilty of shooting 5 in deadly 17-second rampage," *NBC*, April 1, 2011.

[v] "Hialeah Gunman's Rage Over Estranged Wife Leaved 5 Dead," *Sun-Sentinel*, June 7, 2010.

[w] "Man convicted of killing 4 at Los Angeles restaurant," *Associated Press*, March 15, 2016.

[x] "4 Victims In Mount Airy Shooting Related, Police Say," *WXII 12 News*, November 2, 2009.

[y] "Arrested suspect might have warned of Santa Maria shooting", *Associated Press*, March 20, 2008.

[z] "Profile: New information released on Matthew Murray, gunman in church-related shootings in Colorado; Larry Bourbannais, wounded in one of the shootings, discusses his experience," *NBC News*, December 11, 2007.

[aa] "Small Town Grieves for 6, and the Killer," *Los Angeles Times*, October 9, 2007.

[ab] "National Briefing | Midwest: Ohio: Shooter At Club May Have Reloaded," *New York Times*, January 15, 2005.

[ac] "Sixth person dies of injuries from shooting at Kansas meatpacking plant," *Associated Press*, July 3, 2004.

[ad] "Four Killed In Oldtown Shooting," *The Miner*, October 30, 2003.

[ae] "Sacramento shooter unscathed before killing self, autopsy shows," *Associated Press*, September 14, 2001.

[af] "Gunman kills 3, wounds 4 in Rifle rampage; mental patient is arrested," *The Denver Post*, April 2, 2015.

[ag] "Unfinished business," *Dateline NBC*, December 21, 2006.

[ah] "5 Beach Workers in Florida are Slain by Ex-Colleague," *New York Times*, February 10, 1996.

Page 9 of 10

Ex. B - Allen Decl.
Page 9 of 10

# Exhibit B
# Public Mass Shootings Data
# 1982 – October 2022

| Case | Location | Date | Source | Large Capacity Mag.?[a] | Fatalities[c] | Injuries[c] | Total Fatalities & Injuries[c] | Shots Fired[d] | Gun(s) Obtained Legally?[e] | Offender(s)' Number of Guns |
|---|---|---|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) |

[ai] "Man Bent On Revenge Kills 4, Hurts 23 -- Psychiatrist Is First Slain In Rampage At Fairchild Air Force Base," *The Seattle Times*, June 21, 1994.

[aj] "Man Killed Estranged Wife, Three Others as They Drove to Dinner," *Associated Press*, November 11, 1991.

[ak] "6 Dead in Florida Sniper Siege; Police Seize Suspect in Massacre," *Chicago Tribune*, April 25, 1987.

Page 10 of 10

Ex. B - Allen Decl.
Page 10 of 10