## Exhibit C

## High-Fatality Mass Shootings in the United States, 1990-2022

|    | Date       | City                         | State | Deaths | Involved Large-Capacity Magazine(s) |
|----|------------|------------------------------|-------|--------|-------------------------------------|
| 1  | 6/18/1990  | Jacksonville                 | FL    | 9      | Y                                   |
| 2  | 1/26/1991  | Chimayo                      | NM    | 7      | N                                   |
| 3  | 8/9/1991   | Waddell                      | AZ    | 9      | N                                   |
| 4  | 10/16/1991 | Killeen                      | TX    | 23     | Y                                   |
| 5  | 11/7/1992  | Morro Bay and Paso Robles    | CA    | 6      | N                                   |
| 6  | 1/8/1993   | Palatine                     | IL    | 7      | N                                   |
| 7  | 5/16/1993  | Fresno                       | CA    | 7      | Y                                   |
| 8  | 7/1/1993   | San Francisco                | CA    | 8      | Y                                   |
| 9  | 12/7/1993  | Garden City                  | NY    | 6      | Y                                   |
| 10 | 4/20/1999  | Littleton                    | CO    | 13     | Y                                   |
| 11 | 7/12/1999  | Atlanta                      | GA    | 6      | U                                   |
| 12 | 7/29/1999  | Atlanta                      | GA    | 9      | Y                                   |
| 13 | 9/15/1999  | Fort Worth                   | TX    | 7      | Y                                   |
| 14 | 11/2/1999  | Honolulu                     | HI    | 7      | Y                                   |
| 15 | 12/26/2000 | Wakefield                    | MA    | 7      | Y                                   |
| 16 | 12/28/2000 | Philadelphia                 | PA    | 7      | Y                                   |
| 17 | 8/26/2002  | Rutledge                     | AL    | 6      | N                                   |
| 18 | 1/15/2003  | Edinburg                     | TX    | 6      | U                                   |
| 19 | 7/8/2003   | Meridian                     | MS    | 6      | N                                   |
| 20 | 8/27/2003  | Chicago                      | IL    | 6      | N                                   |
| 21 | 3/12/2004  | Fresno                       | CA    | 9      | N                                   |
| 22 | 11/21/2004 | Birchwood                    | WI    | 6      | Y                                   |
| 23 | 3/12/2005  | Brookfield                   | WI    | 7      | Y                                   |
| 24 | 3/21/2005  | Red Lake                     | MN    | 9      | Y                                   |
| 25 | 1/30/2006  | Goleta                       | CA    | 7      | Y                                   |
| 26 | 3/25/2006  | Seattle                      | WA    | 6      | N                                   |
| 27 | 6/1/2006   | Indianapolis                 | IN    | 7      | Y                                   |
| 28 | 12/16/2006 | Kansas City                  | KS    | 6      | N                                   |
| 29 | 4/16/2007  | Blacksburg                   | VA    | 32     | Y                                   |
| 30 | 10/7/2007  | Crandon                      | WI    | 6      | Y                                   |
| 31 | 12/5/2007  | Omaha                        | NE    | 8      | Y                                   |
| 32 | 12/24/2007 | Carnation                    | WA    | 6      | U                                   |
| 33 | 2/7/2008   | Kirkwood                     | MO    | 6      | Y                                   |
| 34 | 9/2/2008   | Alger                        | WA    | 6      | U                                   |
| 35 | 12/24/2008 | Covina                       | CA    | 8      | Y                                   |
| 36 | 1/27/2009  | Los Angeles                  | CA    | 6      | N                                   |
| 37 | 3/10/2009  | Kinston, Samson, and Geneva  | AL    | 10     | Y                                   |

C 1

Ex. C - Klarevas Decl.
Page 1 of 3

| | Date | City | State | Deaths | Involved Large-Capacity Magazine(s) |
|---|---|---|---|---|---|
| 38 | 3/29/2009 | Carthage | NC | 8 | N |
| 39 | 4/3/2009 | Binghamton | NY | 13 | Y |
| 40 | 11/5/2009 | Fort Hood | TX | 13 | Y |
| 41 | 1/19/2010 | Appomattox | VA | 8 | Y |
| 42 | 8/3/2010 | Manchester | CT | 8 | Y |
| 43 | 1/8/2011 | Tucson | AZ | 6 | Y |
| 44 | 7/7/2011 | Grand Rapids | MI | 7 | Y |
| 45 | 8/7/2011 | Copley Township | OH | 7 | N |
| 46 | 10/12/2011 | Seal Beach | CA | 8 | N |
| 47 | 12/25/2011 | Grapevine | TX | 6 | N |
| 48 | 4/2/2012 | Oakland | CA | 7 | N |
| 49 | 7/20/2012 | Aurora | CO | 12 | Y |
| 50 | 8/5/2012 | Oak Creek | WI | 6 | Y |
| 51 | 9/27/2012 | Minneapolis | MN | 6 | Y |
| 52 | 12/14/2012 | Newtown | CT | 27 | Y |
| 53 | 7/26//2013 | Hialeah | FL | 6 | Y |
| 54 | 9/16/2013 | Washington | DC | 12 | N |
| 55 | 7/9/2014 | Spring | TX | 6 | Y |
| 56 | 9/18/2014 | Bell | FL | 7 | U |
| 57 | 2/26/2015 | Tyrone | MO | 7 | U |
| 58 | 5/17/2015 | Waco | TX | 9 | Y |
| 59 | 6/17/2015 | Charleston | SC | 9 | Y |
| 60 | 8/8/2015 | Houston | TX | 8 | U |
| 61 | 10/1/2015 | Roseburg | OR | 9 | Y |
| 62 | 12/2/2015 | San Bernardino | CA | 14 | Y |
| 63 | 2/21/2016 | Kalamazoo | MI | 6 | Y |
| 64 | 4/22/2016 | Piketon | OH | 8 | U |
| 65 | 6/12/2016 | Orlando | FL | 49 | Y |
| 66 | 5/27/2017 | Brookhaven | MS | 8 | Y |
| 67 | 9/10/2017 | Plano | TX | 8 | Y |
| 68 | 10/1/2017 | Las Vegas | NV | 60 | Y |
| 69 | 11/5/2017 | Sutherland Springs | TX | 25 | Y |
| 70 | 2/14/2018 | Parkland | FL | 17 | Y |
| 71 | 5/18/2018 | Santa Fe | TX | 10 | N |
| 72 | 10/27/2018 | Pittsburgh | PA | 11 | Y |
| 73 | 11/7/2018 | Thousand Oaks | CA | 12 | Y |
| 74 | 5/31/2019 | Virginia Beach | VA | 12 | Y |
| 75 | 8/3/2019 | El Paso | TX | 23 | Y |
| 76 | 8/4/2019 | Dayton | OH | 9 | Y |
| 77 | 8/31/2019 | Midland and Odessa | TX | 7 | Y |
| 78 | 3/15/2020 | Moncure | NC | 6 | U |

C 2

Ex. C - Klarevas Decl.
Page 2 of 3

|    | Date       | City                | State | Deaths | Involved Large-Capacity Magazine(s) |
|----|------------|---------------------|-------|--------|-------------------------------------|
| 79 | 6/4/2020   | Valhermoso Springs  | AL    | 7      | Y                                   |
| 80 | 9/7/2020   | Aguanga             | CA    | 7      | U                                   |
| 81 | 2/2/2021   | Muskogee            | OK    | 6      | U                                   |
| 82 | 3/16/2021  | Acworth and Atlanta | GA    | 8      | Y                                   |
| 83 | 3/22/2021  | Boulder             | CO    | 10     | Y                                   |
| 84 | 4/7/2021   | Rock Hill           | SC    | 6      | Y                                   |
| 85 | 4/15/2021  | Indianapolis        | IN    | 8      | Y                                   |
| 86 | 5/9/2021   | Colorado Springs    | CO    | 6      | Y†                                  |
| 87 | 5/26/2021  | San Jose            | CA    | 9      | Y                                   |
| 88 | 1/23/2022  | Milwaukee           | WI    | 6      | U                                   |
| 89 | 4/3/2022   | Sacramento          | CA    | 6      | Y                                   |
| 90 | 5/14/2022  | Buffalo             | NY    | 10     | Y                                   |
| 91 | 5/24/2022  | Uvalde              | TX    | 21     | Y                                   |
| 92 | 7/4/2022   | Highland Park       | IL    | 7      | Y                                   |
| 93 | 10/27/2022 | Broken Arrow        | OK    | 7      | U                                   |
| 94 | 11/22/2022 | Chesapeake          | VA    | 6      | U                                   |

Note: High-fatality mass shootings are mass shootings resulting in 6 or more fatalities, not including the perpetrator(s), regardless of location or motive. For purposes of this Exhibit, a high-fatality mass shooting was coded as involving an assault weapon if at least one of the firearms discharged was defined as an assault weapon in (1) the 1994 federal Assault Weapons Ban; (2) the statutes of the state where the shooting occurred; or (3) a legal or judicial declaration issued by a state official. For purposes of this Exhibit, a high-fatality mass shooting was coded as involving a large-capacity magazine if at least one of the firearms discharged had an ammunition-feeding device holding more than 10 bullets. Incidents in gray shade are those incidents that occurred at a time when and in a state where legal prohibitions on large-capacity magazines were in effect statewide or nationwide.

† The May 9, 2021, high-fatality mass shooting in Colorado Springs is coded as involving an LCM because the gunman used 15-round magazines, which exceed the ammunition-capacity threshold of 10 rounds that guides this Report. However, under Colorado state law, an LCM is defined as an ammunition-feeding device holding more than 15 rounds. As such, this shooting involved an LCM under the broader definition of LCM, but not under the narrower definition in Colorado statutes.

Sources: Louis Klarevas, *Rampage Nation: Securing America from Mass Shootings* (2016); Louis Klarevas, et al., *The Effect of Large-Capacity Magazine Bans on High-Fatality Mass Shootings*, 109 American Journal of Public Health 1754 (2019), *available at* https://ajph.aphapublications.org/doi/full/10.2105/AJPH.2019.305311 (last accessed December 27, 2022); and "Gun Violence Archive," *available at* https://www.gunviolencearchive.org (last accessed January 3, 2023). The Gun Violence Archive was only consulted for identifying high-fatality mass shootings that occurred since January 1, 2018.

C 3

Ex. C - Klarevas Decl.
Page 3 of 3