# Bibliography for Declaration of Roger Pauly

**2/4/2023**

Albaugh, William, III, and Edward Simmons. *Confederate Arms.* Harrisburg, PA: Stackpole, 1957.

Anderson, Jervis. *Guns in American Life.* New York: Random House, 1984. Armstrong, David. *Bullets and Bureaucrats: The Machine Gun and the United States Army, 1861-1916.* Westport, CT: Greenwood Press, 1982.

"Arquebuse and Matchlock Musket Page." http://www.geocities.com/Yosemite/ Campground/8551/ (accessed February 21, 2004).

Ayalon, David. *Gunpowder and Firearms in the Mameluk Kingdom: A Challenge to Mediaeval Society.* London: Valentine and Mitchell, 1956.

Barker, A.J. and John Walter. *Russian Infantry Weapons of World War II.* New York: Arco Publishing Company, 1971.

Batchelor, Peter and Keith Krause. *2003 Small Arms Survey.* Oxford: Oxford University Press, 2003.

Black, Jeremy. *European Warfare, 1660-1815.* New Haven, CT: Yale University Press, 1994.

Blackmore, Howard. *Firearms.* London: Dutton Vista, 1964. Boothroyd, Geoffrey. *The Handgun,* part 2. New York: Crown Publishers, 1970.

Bradley, Joseph. *Guns for the Tsar; American Technology and the Small Arms Industry in Nineteenth-Century Russia.* De Kalb, Il: Northern Illinois University Press, 1990.

Brophy, Williams S. *The Krag Rifle.* Highland Park, NJ: Gun Room Press, 1985.

Brown, M. L. *Firearmss in Colonial America.* Washington, DC: Smithsonian Institution Press, 1980.

Butler, David. *United States Firearms: The First Century.* New York: Winchester Press, 1971.

"C93 Borchardt Accessories." http://www.landofborchardt.com/C93_acc.html#MA (accessed February 21, 2004).

Chapel, Charles. *Guns of the Old West.* New York: Coward-McCann, 1961.

Childs, John. *Warfare in the Seventeenth Century.* London: Cassell, 2001.

Chinn, George. *The Machine Gun: Design and Analysis of Automatic Firing Weapons Systems,* vol. 4. Washington, DC: U.S. Government Printing Office, 1956.

Crosby, Alfred. *The Colu111bian Excha11ge.* Westport, CT: Greenwood Press, 1972.
— —. *Throwing Fire: Projectile Technology through History.* New York: Cambridge University Press, 2002.

Croxall, Ian. "Snider Rifle 1867." http://www.britishempire.eo.uk/forces/army armaments/rifles/sniderhistory.htm (accessed February 21, 2004).

Davis, William. *The Fighting Men of the American Civil War.* New York: Smithmark, 1991.

Diamond, Jared. *Guns, Germs, and Steel.* New York: Norton, 1997.

Diaz, Bernal. *The Conquest of New Spain.* Translated by J.M. Cohen. Harmondsworth, UK: Penguin Books, 1963.

Doyon, Keith. "Military Rifles in the Age of Transistion." http://militaryrifles.com/ (accessed February 21, 2004).

Dupuy, Trevor. *The Evolution of Weapons and Warfare.* Indianapolis, IN: Bobbs-Merrill, 1980.

Edwards, William. *Civil War Guns.* Harrisburg, PA: Stackpole, 1962.

――. *The Story of Colt's Revoh1er.* Harrisburg, PA: Stackpole, 1953. Ellacott, S. E. *Guns.* New York: Roy Publishers, 1966.

Ellis, John. *Cavalry: The History of Mounted Warfare.* New York: G. P. Putnam's Sons, 1978.
――. *The Social History of the Machine Gun.* Baltimore: Johns Hopkins Press, 1986.

"Firearms: Muskets, Rifles and Carbines." http://www.researchpress.co.ukfirearms/firearms.htm (accessed February 21, 2004).

Freemantle, T. F. *The Evolution of Guns and Rifles.* Washington, AR: Washington Restoration Foundation, 1965.

Fuller, Claud. *The Breechloader* in *Service.* 1816-1917: *A History of All Standard and Experimental US. Breechloading and Magazine Shoulder Arms.* New Milford, CT: Flayderman and Company, 1965.

Given, Brian. *A Most Pernicious Thing: Gun Trading and Native Warfare* in *the Early Contact Period.* Ottawa: Carleton University Press, 1994.

Gluckman, Arcadi. *United States Muskets, Rifles, and Carbines.* Buffalo, NY: Otto Ulbrich Company, 1948.

Gorshkov, Nikolai. "Russian Producer Wins Kalashnikov Rights." *BBC News* world edition, June 2, 2001. http:/news.bbc.co.uk/2/hi/europe/2021173.stm (accessed February 22, 2004).

Greener, WW. *The Gun and Its Development.* New York: Bonanza Books, 1967. "Gunpowder and Weapons of the Late Fifteenth Century." http://xenophongroup.com/montjoie/gp_wpns.htm (accessed February 21, 2004).

*Guns and Gunfighters.* New York: Bonanza Books, 1982.

"Guns of the Austrian Firm Steyr." http://trans.voila.fr/ano?anolg=65544&

anourl=http%3A//users.skynet.be/HL-Editions/roth/roth 1.htm (accessed February 21, 2004).

Hallahan, William. *Misfire: The History of How America's Small Arms Industry Have Failed Our Military.* New York: Scribner's, 1994.

Hamilton, Douglas. *Cartridge Manufacture.* New York: Industrial Press, 1916. "Handgonnes and Matchlocks: A Preliminary Essay in the History of Firearms to 1500." http://homepages.ihug.com.au/~dispater/handgonnes.htm (accessed February 21, 2004).

Hardy, Robert. *Longbow: A Social and Military History.* London: Bois d'Arc, 1992.

Hatch, Alden. *Remington Arms in American History.* New York: Rinehart and Company, 1956.

Haven, Charles, and Frank Beldon. *A History of the Colt Revolver.* New York: Bonanza Books, 1940.

Headrick, Daniel. *The Tools of Empire: Technology and European Imperialism* in *the Nineteenth Century.* New York: Oxford University Press, 1981.

Held, Robert. *The Age of Firearms.* Northfield, IL: Gun Digest, 1970.

Helmer, William. *The Gun That Made the Twenties Roar.* London: MacMillan Company, 1969.

Hicks, James. *US. Firearms 1776-1956: Notes on Ordnance.* vol. 1. Beverly Hills, CA: Fadco Publishing Company, 1957.

——. What *the Citizen Should Know about Our Arms and Weapons.* New York: W. W Norton, 1941.

Hobart, F.W.A., ed. *Jane's Infantry Weapons 1975.* London: Jane's Yearbooks, 1975.

Hogg, Ian. *The Story of the Gun.* New York: St. Martin's Press, 1996.

Hughes, B. P. *Firepower: Weapons Effectiveness on the Battlefield.* New York: Sarpedon, 1997.

Huntington, Roy. *Hall's Breechloaders.* York, PA: George Shumway, 1972.

Kaiser, Robert. "The Medieval English Longbow." *Journal of the Society of Archer-Antiquaries* 23 (1980). *http://www.student.utwente.nl/~sagi/artikel/long*bow/longbow.html (accessed February 22, 2004).

Keegan, John. *A History of Warfare.* New York: Vintage, 1994.

Keen, Maurice, ed. *Medieval Warfare: A History.* New York: Oxford University Press, 1999.

Kennedy, Paul. *The Rise and Fall of the Great Powers: Economic Change and Military Conflict from 1500 to 2000.* New York: Random House, 1987.

Lazenby, David. "Cannons: That Diabolic Instrument of War." 1999. http://www.middelaldercentret.dk/english/cannon2.htm#eksemplarer (accessed February 21, 2004).

Lenk, Torsten. *The Flintlock: Its Origin and Development.* Translated by G. A. Urquart. Edited by J.F. Hayward. New York: Bramhall House, 1965.

Leseman, Jeff. "History and Development of the Ml 911/Ml 911A1 Pistol." http://www.sightm1911.com/lib/history/hist_dev.htm (accessed February 21, 2004).

Lugs, Jaroslav. *A History of Shooting.* Feltham, UK: Spring Books, 1968.

"M16A2 5.56mm Semiautomatic Rifle." http://www.fas.org/man/dod-101 /sys/ land/m 16.htni (accessed February 22, 2004).

Machiavelli, Niccolo. *The Seven Books on the Art of War.* 1520. Transcribed into HTML by Steven Thomas for the University of Adelaide Library, 2003. http://etext.library.adelaide.edu.au/m/m149a/ (accessed February 23, 2004).

"Machinepistole 18, I." http://www.cruffler.com/historic-julyOO.html (accessed February 22, 2004).

Marcot, Roy. *Spencer Repeating Arms.* Irvine, CA: Northwood Heritage Press, 1983.

Martin, Paul. *Armour and Weapons.* London: Herbert Jenkins, 1967.

McNeil, William H. *The Pursuit of Power.* Chicago: University of Chicago Press, 1982.

Neal, W Keith, and D.H.L. Back. *The Mantons: Gunmakers.* New York: Walker and Company, 1966.

Needham, Joseph. *Science and Civilization in China,* vol. 5. New York: Cambridge University Press, 1986.

Newman, James. *The Tools of War.* New York: Doubleday, Duran and Co., 1942.

North, Anthony, and Ian Hogg. *The Book of Guns and Gunsmiths.* London: Quarto, 1977.

O'Connor, Jack. *The Rifle Book.* New York: Alfred Knopf, 1964.

Owen, J.I.H., ed. *Brassey's Infantry Weapons of the World, 1950-1975.* New York: Bonanza, 1975.

Pacey, Arnold. *Technology in World Civilization.* Cambridge, MA: MIT Press, 1990.

Parker, Geoffrey. *The Cambridge Illustrated History of Waifcire.* New York: Cambridge University Press, 1995.

——. *The Military Revolution.* New York: Cambridge University Press, 1988.

Partington, J. R. *A History of Greek Fire and Gunpowder.* Baltimore, MD: Johns Hopkins University Press, 1999.

Perrin, Noel. *Giving up the Gun: Japan's Reversion to the Sword.* Boulder, CO: Shambhala, 1980.

Peterson, Harold. *Pageant of the Gun.* Garden City, NY: Doubleday, 1967.

Peterson, Harold, and Robert Elman. *The Great Guns.* New York: Grosset and Dunlap, 1971.

"Photogallery of World War 2, Vapenmenu." http://ww2photo.mimerswdl.com/ (accessed February 22, 2004).

Pope, Dudley. *The Great Gunsmiths.* New York: Spring Books, 1969.

——. *Guns.* New York: Spring Books, 1969.

Popenker, Max. "Modern Firearms and Ammunition." http://world.guns.ru/ main-e.htm (accessed February 21, 2004).

"Pyrotechnics, Explosives and Fireworks." http://www.vectorsite.net/ttpyro.html (accessed February 21, 2004).

Reid, William. *Arms through the Ages.* New York: Harper and Row, 1976.

——. *The Lore of Arms: A Concise History of Weaponry.* New York: Facts on File, 1984.

"REME: The Corps of the Royal Electrical and Mechanical Engineers Museum of Technology Weapons Collection." http://www.rememuseum.org.uk/ arms/armindex.htm (accessed February 21, 2004).

Ross, Steven. *From Flintlock to Rifle.* London: Associated University Press, 1979.

Ruffell, Wally. "The Gun: Rifled Ordnance." 1997. http://riv.co.nz/rnza/hist/ gun/rifled1.htm (accessed January 28, 2004).

Russell, Carl. *Guns on the Early Frontiers.* Berkeley: University of California Press, 1957.

Shepard, G. A. *A History of War and Weapons, 1660 to 1918.* New York: Thomas Crowell, 1972.

"The Smith and Wesson Story." http://www.smith-wesson.com/custsupport/ story.htm (accessed February 21, 2004).

Smith, Graham, ed. *Military Small Arms.* London: A Salamander Book, 1996.

Smith, Merritt Roe. *Harpers Ferry Armory and the New Technology: The Challenge of Change.* Ithaca, NY: Cornell University Press, 1977.

Sumrall, Al. "The Colt Model 1895 Automatic Machine Gun." http://www.spanamwar.com/Coltmachinegun.htm (accessed February 21, 2004).

Tallet, Frank. *War and Society in Early Modern Europe.* New York: Routledge, 1992.

Taylor, Chuck. "The M-1 Garand." *SWAT Magazine* (November 1982). http://www.pattonhq.com/garand.html (accessed February 22, 2004).

Thornton, John. *Warfare in Atlantic Africa, 1500-1800.* London: UCL Press, 1999.

Trenk, Richard. "The Plevna Delay: Winchesters and Peabody-Martinis in the Russo-Turkish

War." *Man at Arms Magazine* (August 1997). http://www.militaryrifles.com/Turkey/Plevna/ThePlevnaDelay.html (accessed February 21, 2004).

Wahl, Paul, and Donald Toppel. *The Gatling Gun.* New York: Arco Publishing Company, 1965.

Warder, Bill, and Jill Loux. "History of Armor and Weapons Relevant to Jamestown." 1995. http://www.nps.gov/colo/Jthanout/HisArmur.html (accessed February 21, 2004).

Wilkinson, Frederick. *Firearms.* London: Camden House Books, n.d.

——. *Flintlock Pistols: An Illustrated Reference Guide to Flintlock Pistols from the 17th to the 19th Century.* London: Arms and Armour Press, 1976.

Williamson, Harold. *Winchester: The Gun That Won the West.* Washington, DC: Corn.bat Forces Press, 1952.

Young, Peter. *The Fighting Man: From Alexander the Great's Army to the Present Day.* New York: Rutledge Press, 1981.