# EXHIBIT I

EXHIBIT I

GUNPOWDER GUN LAWS

| STATE | STORAGE LAWS | MANUFACTURING INSPECTION SALE IGNITE | TRANSPORT LAWS |
|---|---|---|---|
| Alabama | 1848, 1887 | | |
| Alaska | | | |
| Arizona | | | 1889 |
| Arkansas | 1887 | 1884 | 1875 |
| California | 1851,1855, 1875 | 1883,1923 | |
| Colorado | 1868,1875, 1886, 1913 | 1911 | |
| Connecticut | 1827,1832, 1832,1859, 1862,1864, 1874, 1901 | 1665,1775, 1836,1923, 1930 | |
| Delaware | 1841,1852, 1865,1885, 1901 | 1845,1911, 1913,1919 | |
| District of Columbia | | | |
| Florida | 1838,1887, 1901 | 1923,1927 | |
| Georgia | 1900 | 1831,1858, 1902 | 1837 |
| Hawaii | 1884,1903, 1933 | | 1933 |
| Idaho | 1863,1897, 1901 | | |
| Illinois | 1855,1869, 1869,1908 | 1851 | |
| Indiana | 1836,1852, 1855,1871, 1879,1895, 1901 | 1847 | |
| Iowa | 1838,1847, 1856,1873, 1907 | 1845 | 1843 |
| Kansas | 1860,1915 | | |
| Kentucky | 1806,1864, 1869,1912 | 1874 | 1898 |

| | | | |
|---|---|---|---|
| Louisiana | 1808,1816, 1852,1884, 1904 | 1817 | |
| Maine | 1821,1821, 1848,1873, 1874 | 1821,1840 | |
| Maryland | 1794,1879, 1900 | 1757 | 1776 |
| Massachusetts | 1715,1719, 1783,1783, 1783,1801, 1847,1870, 1882,1904, 1919 | 1651,1814, 1881,1895, 1898 | |
| Michigan | 1841,1846, 1867,1869, 1879,1901 | 1901 | |
| Minnesota | 1884,1921 | 1858 | |
| Mississippi | 1818,1824 | | |
| Missouri | 1822,1823, 1873,1881, 1887,1909, 1913 | 1921 | |
| Montana | 1887,1903 | | |
| Nebraska | 1867,1897, 1901 | 1869,1895 | |
| Nevada | 1877,1901 | | |
| New Hampshire | 1786,1793, 1854 | 1820,1825, 1891,1913, 1917 | |
| New Jersey | 1811,1837, 1886,1902 | 1639,1776, 1811,1886, 1903,1927, 1927 | 1874 |
| New Mexico | 1851,1909 | 1923 | 1887 |
| New York | 1763,1784, 1799,1877, 1885,1900 | 1652,1664, 1690,1744, 1788,1890, 1911 | 1645, 1763, 1877 |
| North Carolina | 1901 | 1905,1909 | |
| North Dakota | 1895,1905 | 1923 | |
| Ohio | 1832,1833, 1835,1856, 1878,1902 | 1849,1889 | |

| | | | |
|---|---|---|---|
| Oklahoma | 1903 | 1890,1890, 1899 | |
| Oregon | 1862,1872, 1878,1903 | 1903,1913 | |
| Pennsylvania | 1725,1783, 1787,1791, 1816,1847, 1868,1887, 1896,1919 | 1682,1721, 1750,1794, 1795 | 1874 |
| Rhode Island | 1762,1798, 1902 | 1762,1776, 1821,1858, 1885 | |
| South Carolina | 1802,1823 | 1802,1890, 1903 | 1901 |
| South Dakota | 1890,1907 | 1913 | |
| Tennessee | 1850,1855, 1895,1901 | 1867,1899 | 1899 |
| Texas | 1839,1899, 1876,1901 | | |
| Utah | 1864,1875, 1888,1901 | 1901 | |
| Vermont | 1876,1882, 1891,1894, 1895,1900 | 1865,1882, 1919 | |
| Virginia | 1629,1879, 1901 | 1623 | 1887 |
| Washington | 1861,1862, 1867,1881, 1881,1883, 1886,1907 | 1896 | |
| West Virginia | 1875,1899, 1901,1909 | 1925 | |
| Wisconsin | 1883,1883, 1919 | 1888,1911, 1911 | |
| Wyoming | 1884,1893, 1900,1907, 1919 | | |

SOURCE: Duke Center for Firearms Law, https://firearmslaw.duke.edu/repository/search-the-repository/