**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Hannah K. Hoffman, OSB #183641**
HannahHoffman@MarkowitzHerbold.com
**MARKOWITZ HERBOLD PC**
1455 SW Broadway, Suite 1900
Portland, OR  97201-3412
(503) 295-3085

    Special Assistant Attorneys General for Defendants

**Ellen F. Rosenblum, OSB #753239**
Attorney General
**Brian Simmonds Marshall, OSB #196129**
Senior Assistant Attorney General
Brian.S.Marshall@doj.state.or.us
**DEPARTMENT OF JUSTICE**
100 SW Market Street
Portland, OR 97201
(971) 673-1880

    Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TINA KOTEK, et al.,<br><br>Defendants,<br><br>and | Case No. 2:22-cv-01815-IM (lead case)<br>    3:22-cv-01859-IM (trailing case)<br>    3:22-cv-01862-IM (trailing case)<br>    3:22-cv-01869-IM (trailing case)<br><br>**DECLARATION OF REBECCA DODD** |

Page 1 -   DECLARATION OF REBECCA DODD

| |
|---|
| OREGON ALLIANCE FOR GUN SAFETY, |
| Intervenor-Defendant. |
| MARK FITZ, et al., |
| Plaintiffs, |
| v. |
| ELLEN F. ROSENBLUM, et al., |
| Defendants. |
| KATERINA B. EYRE, et al., |
| Plaintiffs, |
| v. |
| ELLEN F. ROSENBLUM, et al., |
| Defendants, |
| and |
| OREGON ALLIANCE FOR GUN SAFETY, |
| Intervenor-Defendant. |
| DANIEL AZZOPARDI, et al., |
| Plaintiffs, |
| v. |
| ELLEN F. ROSENBLUM, et al., |
| Defendants. |

I, Rebecca K. Dodd, declare:

1. I am a paralegal with Markowitz Herbold PC in the above-captioned matter. I make this declaration of my own personal knowledge. The following statements are true and correct and, if called upon, I could competently testify to the facts averred herein.

Page 2 -   **DECLARATION OF REBECCA DODD**

2.  Attached as **Exhibit 1** is a true and accurate excerpt of the transcript of the deposition of Stephen Helsley, taken on January 19, 2023.

3.  Attached as **Exhibit 2** is a true and accurate excerpt of the transcript of the deposition of Mark Hanish, taken on January 13, 2023.

4.  Attached as **Exhibit 3** is a true and accurate excerpt of the transcript of the deposition of Gary Kleck, taken on January 25, 2023.

5.  Attached as **Exhibit 4** is a true and accurate excerpt of the transcript of the deposition of Massad Ayoob, taken on January 15, 2023.

6.  Attached as **Exhibit 5** is a true and accurate excerpt of the transcript of the deposition of Ashley Hlebinsky, taken on January 20, 2023.

7.  Attached as **Exhibit 6** is a true and accurate excerpt of the transcript of the deposition of Clayton Cramer, taken on January 19, 2023.

8.  Attached as **Exhibit 7** is a true and accurate excerpt of the transcript of the deposition of Kevin Campbell, taken on January 17, 2023.

9.  Attached as **Exhibit 8** is a true and accurate excerpt of the transcript of the deposition of Jason Myers, taken on February 1, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 6th day February, 2023.

Rebecca K. Dodd

1402742

Page 3 -  DECLARATION OF REBECCA DODD