Page 1

```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF OREGON
_____

OREGON FIREARMS FEDERATION,   )
INC., et al.,                 )
                              )
          Plaintiffs,         )
                              ) Case Nos.
     v.                       ) 2:22-cv-01815-IM
                              ) 3:22-cv-01859-IM
KATE BROWN, et al.,           ) 3:22-cv-01862-IM
                              ) 3:22-CV-01869-IM
          Defendants.         )
_____)
                              )
                              )
       (Continued)             )
_____

                 * VIDEOCONFERENCE *

     VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION

                    OF EXPERT

                STEPHEN C. HELSLEY
_____


                Witness located in:

             El Dorado Hills, California


   * All participants appeared via videoconference *


DATE TAKEN:    January 19, 2023

REPORTED BY:   Tia B. Reidt, Washington RPR, CSR #2798
                              Oregon #22-0001
_____
```

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

Case 2:22-cv-01815-IM   Document 126-1   Filed 02/06/23   Page 2 of 5
Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                Stephen C. Helsley

Page 2

```
 1           (Continued)            )
                                    )
 2    MARK FITZ, et al.,            )
                                    )
 3              Plaintiffs,         )
          v.                        )
 4                                  )
      ELLEN F. ROSENBLUM, et al.,   )
 5                                  )
                Defendants.         )
 6    _____)
      KATERINA B. EYRE, et al.,     )
 7                                  )
                Plaintiffs,         )
 8        v.                        )
                                    )
 9    ELLEN F. ROSENBLUM, et al.,   )
                                    )
10              Defendants.         )
      _____)
11    DANIEL AZZOPARDI, et al.,     )
                                    )
12              Plaintiffs,         )
          v.                        )
13                                  )
      ELLEN F. ROSENBLUM, et al.,   )
14                                  )
                Defendants.         )
15    _____
```

Case 2:22-cv-01815-IM   Document 126-1   Filed 02/06/23   Page 3 of 5
Oregon Firearms Federation, Inc., et al. v. Brown, et al.                    Stephen C. Helsley

Page 3

```
 1                       APPEARANCES

 2
    For Oregon Firearms Federation and the Witness:
 3
                  LEONARD WILLIAMSON
 4                VAN NESS WILLIAMSON
                  960 Liberty Street SE, Suite 100
 5                Salem, OR 97302
                  (503) 365-8800
 6                L.williamson@vwllp.com

 7
    For the State of Oregon Defendants:
 8
                  HARRY WILSON
 9                MARKOWITZ HERBOLD
                  1455 SW Broadway, Suite 1900
10                Portland, OR 97201
                  (503) 972-5076
11                HarryWilson@markowitzherbold.com

12
    For the Proposed Intervenor-Defendant Oregon Alliance
13  for Gun Safety:

14
                  ZACHARY J. PEKELIS
15                W. SCOTT FERRON
                  PACIFICA LAW GROUP
16                1191 Second Avenue, Suite 2000
                  Seattle, WA 98101
17                (206) 245-1700
                  Zach.Pekelis@PacificaLawGroup.com

18
    Videographer:
19
                  CATHY ZAK
20                BUELL REALTIME REPORTING
                  1325 Fourth Avenue, Suite 1840
21                Seattle, WA 98101
                  (206) 287-9066
22                Info@buellrealtime.com

23                     *   *   *   *   *

24

25
```

Case 2:22-cv-01815-IM    Document 126-1    Filed 02/06/23    Page 4 of 5
Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                    Stephen C. Helsley

Page 47

1   A.  Yes.  Assuming it's the right one.
2   Q.  And can most popular handguns function with
3   10-round magazines?
4   A.  As long as the magazine is designed for that
5   particular firearm, yes.
6   Q.  In Paragraph 10 of your declaration -- so I'm
7   now on to page 6.
8   A.  Okay.
9   Q.  You discuss -- you discuss the AR rifle.
10      Do you see where I am in Paragraph 10?
11  A.  Yes.
12  Q.  Who is the original manufacturer of the AR
13  rifle?
14  A.  Well, it was the Armorlite Corporation, which
15  was -- was it Fairchild?  Well, it got sold to Colt,
16  but Colt was not the original.
17  Q.  So Colt -- Colt bought the trademark rights to
18  AR somewhere around 1959; correct?
19  A.  Approximately, yes.
20  Q.  And then isn't it correct that Colt
21  manufactured what they called an AR-15 rifle that came
22  standard with a five-round magazine in the 1960s?
23  A.  Five-round.  If they did, I'm unaware of it.
24  I don't know that I've seen such a magazine.  It's
25  certainly not inconceivable that they did, but it's not

Case 2:22-cv-01815-IM   Document 126-1   Filed 02/06/23   Page 5 of 5
Oregon Firearms Federation, Inc., et al. v. Brown, et al.                    Stephen C. Helsley

Page 106

1                    C E R T I F I C A T E

3  STATE OF WASHINGTON

4  COUNTY OF PIERCE

6      I, Tia Reidt, a Certified Court Reporter in and
7  for the State of Washington, do hereby certify that the
8  foregoing transcript of the deposition of STEPHEN C.
9  HELSLEY, having been duly sworn, on January 19, 2023, is
10 true and accurate to the best of my knowledge, skill and
11 ability.
12     IN WITNESS WHEREOF, I have hereunto set my hand
13 and seal this 26th day of January, 2023.

16 _____

17 /S/ Tia B. Reidt
   Tia B. Reidt, RPR, CSR Oregon #22-0001
18 NOTARY PUBLIC, State of
   Washington.
19 My commission expires
   5/15/2026.

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

2d2d2168-0c87-408d-8a37-17183014be83

Ex. 1 - Dodd Decl.
Page 5 of 5