Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

_____

OREGON FIREARMS FEDERATION,      )
INC., et al.,                    )
                                 )
            Plaintiffs,          )
                                 ) Case Nos.
      v.                         ) 2:22-cv-01815-IM,
                                 ) 3:22-cv-01859-IM,
KATE BROWN, et al.,              ) 3:22-cv-01862-IM,
                                 ) 3:22-CV-01869-IM,
            Defendants.          )
_____ )
                                 )
                                 )
      (Continued)                )
_____


          * VIDEOCONFERENCE *
   VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION
                OF EXPERT
              MARK T. HANISH
_____


          Witness located in:

          Phoenix, Arizona



   * All participants appeared via videoconference *




DATE TAKEN:   JANUARY 13, 2023

REPORTED BY:  Tia B. Reidt, Washington RPR, CSR #2798
                    Oregon #22-0001

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

3a1315ad-3d63-4af9-ba9b-c58c534eb6ab

Ex. 2 - Dodd Decl.
Page 1 of 10

Page 2

```
1   _____

2              (Continued)                  )
                                            )
3    MARK FITZ, et al.,                     )
                   Plaintiffs,              )
4          v.                               )
                                            )
5    ELLEN F. ROSENBLUM, et al.,            )
                   Defendants.              )
6    _____        )
     KATERINA B. EYRE, et al.,              )
7                  Plaintiffs,              )
           v.                               )
8                                           )
     ELLEN F. ROSENBLUM, et al.,            )
9                  Defendants.              )
     _____        )
10   DANIEL AZZOPARDI, et al.,              )
                   Plaintiffs,              )
11         v.                               )
                                            )
12   ELLEN F. ROSENBLUM, et al.,            )
                   Defendants.              )
13   _____

14

15

16

17

18

19

20

21

22

23

24

25
```

3a1315ad-3d63-4af9-ba9b-c58c534eb6ab

**Ex. 2 - Dodd Decl.**
**Page 2 of 10**

Page 3

1                          APPEARANCES

2

   For the Eyre Plaintiffs:

3
                         SHAWN M. LINDSAY
4                        JURISLAW, LLP
                         Three Centerpointe Drive, Suite 160
5                        Lake Oswego, OR 97035
                         (503) 968-1475
6                        Shawn@jurislawyer.com

7
   For Fitz and Azzopardi Plaintiffs:
8
                         JAMES L. BUCHAL
9                        MURPHY & BUCHAL, LLP
                         P.O. Box 86620
10                       Portland, OR 97286
                         (503) 227-1011
11                       Jbuchal@mbllp.com

12
   For Oregon Firearms Federation:
13
                         LEONARD WILLIAMSON
14                       VAN NESS WILLIAMSON
                         960 Liberty Street SE, Suite 100
15                       Salem, OR 97302
                         (503) 365-8800
16                       L.williamson@vwllp.com

17
   For the Proposed Intervenor-Defendant Oregon Alliance
18 for Gun Safety:

19                       ZACHARY J. PEKELIS
                         PACIFICA LAW GROUP
20                       1191 Second Avenue, Suite 2000
                         Seattle, WA 98101
21                       (206) 245-1700
                         Zach.Pekelis@PacificaLawGroup.com

22

23

24

25

3a1315ad-3d63-4af9-ba9b-c58c534eb6ab

Ex. 2 - Dodd Decl.
Page 3 of 10

Page 4

1                        APPEARANCES CONTINUED

2

3    For the non-intervenor defendants, governor, the
     Attorney General, and the superintendent of the Oregon
     state police:

4

5                    BRIAN MARSHALL
                     OREGON DEPARTMENT OF JUSTICE
                     SPECIAL LITIGATION UNIT

6                    100 SW Market Street
                     Portland, OR 97201

7                    (971) 673-1800
                     Brian.S.Marshall@doj.state.or.us

8

     Videographer:

9                     BROOK YOUNG
                      BUELL REALTIME REPORTING

10                   1325 Fourth Avenue, Suite 1840
                     Seattle, WA 98101

11                   (206) 287-9066
                     Brook@BuellRealtime.com

12

13

14                        *   *   *   *   *

15

16

17

18

19

20

21

22

23

24

25

3a1315ad-3d63-4af9-ba9b-c58c534eb6ab

Page 57

1      Q.  And did you encounter the 2004 study in your

2  day-to-day work?

3      A.  It had been quite some time since I had seen

4  that, but I revisited it with -- with these cases.

5      Q.  And did Mr. Keane from NSSF also suggest the

6  2004 report?

7      A.  No.

8      Q.  How did you come across that?

9      A.  Just researching.

10     Q.  And by researching, you mean searching in

11  Google or did you use something else?

12     A.  No, Google.

13     Q.  Did you compare the estimates in the 2021

14  National Firearms Survey to any other sources?

15     A.  Not directly.

16     Q.  Do you have any source of information about

17  the 2021 National Firearms Survey other than the

18  information that is in the report itself?

19     A.  Could you say that one more time?  Do I

20  have --

21     Q.  Do you know anything about the 2021 National

22  Firearms Survey that is not in the report itself?

23     A.  No, other than looking at some of the

24  extensions on there and then, you know, having personal

25  knowledge of some of the things, you know, that all,

3a1315ad-3d63-4af9-ba9b-c58c534eb6ab

Page 58

1   you know, check out through, you know, just my personal

2   knowledge of it.

3       Q.   And by extensions, do you mean the appendices

4   that you included in your report?

5       A.   Yes.

6       Q.   And those are part of the original SSRN

7   download?

8       A.   Yes.

9       Q.   Have you spoken to Dr. English before?

10      A.   No, I have not spoken to Dr. English.

11      Q.   Did you try to speak with Dr. English about

12  this report?

13      A.   I did not.

14      Q.   Why not?

15      A.   The one or two pieces of information out of it

16  that, you know, supported my opinion on it is what I

17  referenced out of it, and that was it.

18      Q.   Has the 2021 National Firearms Survey been

19  published in a peer-reviewed journal?

20      A.   I do not know.

21      Q.   How were the participants for this survey

22  recruited?

23      A.   That I remember -- that is in the -- in the

24  document, and I don't know that you want me to read

25  that and regurgitate it.  Or is that what you would

3a1315ad-3d63-4af9-ba9b-c58c534eb6ab
Ex. 2 - Dodd Decl.
Page 6 of 10

Page 71

1    pistol grip.

2        Q.   That doesn't relate to magazine size; correct?

3        A.   Correct.

4        Q.   And that rule doesn't exist in Oregon?

5        A.   Not that I'm aware of, no.

6        Q.   With respect to the other difference -- the

7    differences that is in -- the number of rounds that are

8    available and potentially difficult to reload, are

9    those the other differences?

10       A.   Yes.

11       Q.   Are there any other differences with a

12   10-round-capacity magazine or what you call a

13   standard-capacity magazine?

14       A.   Is it -- I missed the point of your question.

15   Is there a difference in the magazines?

16       Q.   Is there a difference in the performance aside

17   from the number of rounds available and potentially the

18   difficulty to reload and the performance of a 10-round

19   magazine or a larger magazine?

20       A.   No, the mechanical function of the action is

21   the same.

22       Q.   Why would FN have introduced this weapon?

23       A.   To service customers in the state of

24   California.

25       Q.   Do you know of any reason why this weapon

3a1315ad-3d63-4af9-ba9b-c58c534eb6ab

Ex. 2 - Dodd Decl.
Page 7 of 10

Page 85

1      Q.  Okay.

2          And just to kind of elaborate on that a little

3  bit, do you have any training or experience in

4  analyzing surveys or polling data?

5      A.  No.

6      Q.  Okay.

7          And do you consider yourself an expert in any

8  way in polling or statistics?

9      A.  No.  Not in polling, other than I think I've

10 seen more Frank Luntz videos than I care.

11     Q.  Fair enough.

12         And Frank Luntz, remind me who he is.

13     A.  Oh, he was just the -- just the polling guy

14 that was all over the elections.  He used to be the --

15 I'm sorry, it was --

16     Q.  (Speaking simultaneously) pollster; right?

17             (Reporter asks parties to speak one at a

18 time.)

19             (Reporter clarification.)

20             THE WITNESS:  I was just making --

21             (Reporter clarification.)

22             THE WITNESS:  Oh.

23 BY MR. PEKELIS:

24     Q.  My question was (inaudible Zoom audio)?

25             (Reporter clarification.)

3a1315ad-3d63-4af9-ba9b-c58c534eb6ab

Ex. 2 - Dodd Decl.
Page 8 of 10

Page 86

1    BY MR. PEKELIS:

2         Q.  He's a Republican pollster, Frank Luntz?

3         A.  I actually don't know his politics.  He's the

4    only pollster that I remember seeing on all the TV

5    channels.  So I apologize for making a joke.

6         Q.  No, that's fine.

7              I guess the bottom line is you're not in a

8    position to assess the validity or the reliability of

9    the 2021 National Firearms Survey?

10        A.  I am not a polling expert.

11        Q.  So in paragraph 28, it looks like you're

12   quoting some of the National Firearms Survey, and I

13   would like to focus on two of the data in that block

14   quote paragraph.  You'll see it says "31.1 percent of

15   gun owners or approximately 25.3 million adult

16   Americans have used a gun in self-defense.  Gun owners

17   engage in approximately 1.67 million defensive uses of

18   firearms per year."

19              Do you see that?

20        A.  Yes.

21        Q.  Okay.

22              So first, I want to focus on that 1.67 million

23   defensive uses of firearms per year.

24              Does that number strike you as accurate?

25        A.  It does.

3a1315ad-3d63-4af9-ba9b-c58c534eb6ab

Page 127

C E R T I F I C A T E

1

2

3  STATE OF WASHINGTON

4  COUNTY OF PIERCE

5

6      I, Tia Reidt, a Certified Court Reporter in and

7  for the State of Washington, do hereby certify that the

8  foregoing transcript of the deposition of MARK T.

9  HANISH, having been duly sworn, on January 13, 2023, is

10  true and accurate to the best of my knowledge, skill and

11  ability.

12      IN WITNESS WHEREOF, I have hereunto set my hand

13  and seal this 20th day of January, 2023.

14

15

16      _____

17      /S/ Tia B. Reidt
        Tia B. Reidt, RPR, CSR #22-0001
18      NOTARY PUBLIC, State of
        Washington.
19      My commission expires
        5/15/2026.

20

21

22

23

24

25

3a1315ad-3d63-4af9-ba9b-c58c534eb6ab

Ex. 2 - Dodd Decl.
Page 10 of 10