Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION
_____

OREGON FIREARMS FEDERATION,       )
INC., et al.,                     )
                                  )
          Plaintiffs,             ) Case Nos.
                                  ) 2:22-cv-01815-IM
     v.                           ) 3:22-cv-01859-IM
                                  ) 3:22-cv-01862-IM
KATE BROWN, et al.,               ) 3:22-CV-01869-IM
                                  )
          Defendants.             )
_____   )
                                  )
                                  )
          (Continued)             )
_____

* VIDEOCONFERENCE *

VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION

OF EXPERT

MASSAD F. AYOOB
_____

Witness located in:
Live Oak, Florida


* All participants appeared via videoconference *



DATE TAKEN:   January 16, 2023

REPORTED BY: Tia B. Reidt, Washington RPR, CCR 2798
                         Oregon # 22-0001

Case 2:22-cv-01815-IM   Document 126-4   Filed 02/06/23   Page 2 of 8
Oregon Firearms Federation, Inc., et al. v. Brown, et al.                    Massad F. Ayoob

Page 2

```
              (Continued)            )
                                     )
 MARK FITZ, et al.,                  )
                                     )
              Plaintiffs,            )
      v.                             )
                                     )
 ELLEN F. ROSENBLUM, et al.,         )
                                     )
              Defendants.            )
 _____        )
 KATERINA B. EYRE, et al.,           )
                                     )
              Plaintiffs,            )
      v.                             )
                                     )
 ELLEN F. ROSENBLUM, et al.,         )
                                     )
              Defendants.            )
 _____        )
 DANIEL AZZOPARDI, et al.,           )
                                     )
              Plaintiffs,            )
      v.                             )
                                     )
 ELLEN F. ROSENBLUM, et al.,         )
                                     )
              Defendants.            )
                                     )
```

492877f8-20cf-4df5-986a-2e6907f00627

**Ex. 4 - Dodd Decl.**

**Page 2 of 8**

Page 3

```
 1                       APPEARANCES
 2
    For the Plaintiffs:
 3
                  HANNAH HOFFMAN
 4                HARRY WILSON
                  MARKOWITZ HERBOLD
 5                1455 SW Broadway, Suite 1900
                  Portland, OR 97201
 6                (503) 972-5076
                  Hannahhoffman@markowitzherbold.com
 7
    For Fitz and Azzopardi plaintiffs:
 8
                  JAMES L. BUCHAL
 9                MURPHY & BUCHAL, LLP
                  P.O. Bos 86620
10                Portland, OR 97286
                  (503) 227-1011
11                Jbuchal@mbllp.com
12
    For the Proposed Intervenor-Defendant Oregon Alliance
13  for Gun Safety:
14
                  ZACHARY J. PEKELIS
15                PACIFICA LAW GROUP
                  1191 Second Avenue, Suite 2000
16                Seattle, WA 98101
                  (206) 245-1700
17                Zach.Pekelis@PacificaLawGroup.com
18
    For Oregon Firearms Federation:
19
                  LEONARD WILLIAMSON
20                VAN NESS WILLIAMSON
                  960 Liberty Street SE, Suite 100
21                Salem, OR 97302
                  (503) 365-8800
22                L.williamson@vwllp.com
23
24
25
```

Case 2:22-cv-01815-IM   Document 126-4   Filed 02/06/23   Page 4 of 8
Oregon Firearms Federation, Inc., et al. v. Brown, et al.                    Massad F. Ayoob

Page 4

```
 1              APPEARANCES CONTINUED
 2   Videographer:
 3              JASON NEUERBURG
                BUELL REALTIME REPORTING
 4              1325 Fourth Avenue, Suite 1840
                Seattle, WA 98101
 5              (206) 287-9066
                Info@buellrealtime.com
 6
 7   Also present:
 8   Mr. Massad Ayoob's wife
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Case 2:22-cv-01815-IM   Document 126-4   Filed 02/06/23   Page 5 of 8
Oregon Firearms Federation, Inc., et al. v. Brown, et al.                    Massad F. Ayoob

Page 23

1  A.   Involved?
2  Q.   What percentage of the incidents you have
3  researched involved law enforcement rather than a
4  civilian?
5  A.   I've never broken it down.  Probably the
6  majority would be law enforcement.  I don't see a whole
7  lot of difference in this context for the simple reason
8  that the citizen who chooses to be lawfully armed does
9  so to defend themselves and their family from the exact
10 same criminals the police are armed to defend them and
11 you and me from.
12 Q.   I want to ask you a little bit more about that
13 idea, but first, can you give me a sense of how common
14 this type of situation you're describing would be
15 for -- just for a civilian person, not a law
16 enforcement officer on duty?
17 A.   For the private -- how often does a private
18 citizen need more?
19 Q.   Yes.
20 A.   We don't have real stats on that because there
21 is no empirical database that is following all armed
22 citizen shootings and collecting and analyzing them.
23        For that matter, we really don't have a true
24 empirical database on all of the police shootings.
25 Some departments like the New York City Police

Case 2:22-cv-01815-IM   Document 126-4   Filed 02/06/23   Page 6 of 8
Oregon Firearms Federation, Inc., et al. v. Brown, et al.                    Massad F. Ayoob

Page 24

1  Department keep very careful records of how many
2  incidents in a year, how many shots were fired by each
3  officer and that sort of thing.
4         But some departments don't even report them to
5  the FBI for statistics gathering.  So it would be a
6  minority, but a significant minority.  And as I said in
7  the declaration, it's not about the odds so much as
8  it's about the stakes.
9         The saying in the business is, It's better to
10 have the ammunition and not need it than to need the
11 ammunition and not have it.
12      Q.  Over the course of your research, do you have
13 any sense of how often a civilian fires more than 10
14 rounds?
15      A.  Again, without the empirical database, I can't
16 say anything with confirmation.  Yes.  Do I have a
17 feeling or a sense of it?  Yeah.  It would be in the
18 minority.  The great majority that's -- what we call
19 DGUs, defensive gun usages, no shots are fired at all.
20        The criminal realizes they bit off more than
21 they could chew.  They have a victim who's not a victim
22 anymore and about to shoot back, and they surrender or
23 most often leave -- leave the scene.  So the incidents
24 with armed citizens where it actually comes to shooting
25 are entirely on the fire end of the bell curve.

Case 2:22-cv-01815-IM   Document 126-4   Filed 02/06/23   Page 7 of 8
Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                    Massad F. Ayoob

Page 76

1  Q.  How about education or training on how to
2  conduct a statistical survey?
3  A.  No.  Again I'm not a statistician, and I don't
4  do surveys, which is why it's so difficult for me to
5  give you answers to some of your questions.
6  Q.  In the course of your years of research, have
7  you ever conducted any survey?
8  A.  I did a survey of Illinois troopers in 1976 or
9  '77.  I referenced their sidearms that I did for the
10  bargaining organization, the Troopers Lodge.  I must,
11  at some point, have done some survey with a magazine
12  article where readers write in about this, that or the
13  other, but nothing I would consider formally statistics
14  nor would present statistics.
15  Q.  Do you have any medical education?
16  A.  EMT, emergency medical technician, but that
17  has long since lapsed.
18  Q.  What kind of training did you receive for
19  that?
20  A.  Basically resuscitation, use of
21  administrating -- administering oxygen, what they call
22  today stop the bleed, putting traction on broken limbs
23  that, sort of thing.
24       We were shown how to perform a tracheostomy,
25  if we had to, but told we hadn't been trained to do it,

Page 140

```
 1                    C E R T I F I C A T E
 2
 3   STATE OF WASHINGTON
 4   COUNTY OF PIERCE
 5
 6        I, Tia Reidt, a Certified Court Reporter in and
 7   for the State of Washington, do hereby certify that the
 8   foregoing transcript of the deposition of MASSAD F.
 9   AYOOB, having been duly sworn, on January 16, 2023, is
10   true and accurate to the best of my knowledge, skill and
11   ability.
12        IN WITNESS WHEREOF, I have hereunto set my hand
13   and seal this 23rd day of January, 2023.
14
15
16        _____
17        /S/ Tia B. Reidt
          Tia B. Reidt, RPR, CCR 22-0001
18        NOTARY PUBLIC, State of
          Washington.
19        My commission expires
          5/15/2026.
```