Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
_____

| OREGON FIREARMS FEDERATION, | ) |
| INC., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case Nos. |
| v. | ) 2:22-cv-01815-IM |
| | ) 3:22-cv-01859-IM |
| KATE BROWN, et al., | ) 3:22-cv-01862-IM |
| | ) 3:22-CV-01869-IM |
| Defendants. | ) |
| _____ | ) |
| | ) |
| | ) |
| (Continued) | ) |

_____

\* VIDEOCONFERENCE \*
VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION
OF EXPERT
CLAYTON CRAMER
_____

Witness located in:

Middleton, Idaho


\* All participants appeared via videoconference \*




DATE TAKEN:    January 19, 2023

REPORTED BY:   Tia B. Reidt, Washington RPR, CSR #2798
               Oregon #22-0001


BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

c7729379-a7ba-4d7b-a41b-460b439ff5d3

Ex. 6 - Dodd Decl.
Page 1 of 9

Page 2

```
                (Continued)              )
                                         )
 1  _____
 2                                       )
 3  MARK FITZ, et al.,                   )
                                         )
 4              Plaintiffs,              )
        v.                               )
 5                                       )
    ELLEN F. ROSENBLUM, et al.,          )
 6                                       )
                Defendants.              )
 7  _____      )
    KATERINA B. EYRE, et al.,            )
 8                                       )
                Plaintiffs,              )
 9      v.                               )
                                         )
10  ELLEN F. ROSENBLUM, et al.,          )
                                         )
11              Defendants.              )
    _____      )
12  DANIEL AZZOPARDI, et al.,            )
                                         )
13              Plaintiffs,              )
        v.                               )
14                                       )
    ELLEN F. ROSENBLUM, et al.,          )
15                                       )
                Defendants.              )
16  _____
```

Page 3

1 APPEARANCES
2
3 For Oregon Firearms Federation and the Witness:

       LEONARD WILLIAMSON
       VAN NESS WILLIAMSON
       960 Liberty Street SE, Suite 100
       Salem, OR 97302
       (503) 365-8800
       L.williamson@vwllp.com

For the State of Oregon Defendants:

       ERIN DAWSON
       HARRY WILSON
       MARKOWITZ HERBOLD
       1455 SW Broadway, Suite 1900
       Portland, OR 97201
       (503) 972-5076
       ErinDawson@markowitzherbold.com
       HarryWilson@markowitzherbold.com

For the Proposed Intervenor-Defendant Oregon Alliance for Gun Safety:

       ZACHARY J. PEKELIS
       W. SCOTT FERRON
       PACIFICA LAW GROUP
       1191 Second Avenue, Suite 2000
       Seattle, WA 98101
       (206) 245-1700
       Zach.Pekelis@PacificaLawGroup.com

Videographer:

       CATHY ZAK
       BUELL REALTIME REPORTING
       1325 Fourth Avenue, Suite 1840
       Seattle, WA 98101
       (206) 287-9066
       Info@buellrealtime.com

            *   *   *   *   *

Page 87

1        Let's go ahead and take -- how long do you
2   think you'd like just to not feel pressured and be able
3   to run those numbers?
4            THE WITNESS:  I'd say about ten minutes.
5            MS. DAWSON:  Okay.
6        Let's go ahead and take a quick ten-minute
7   break, then.
8            THE VIDEOGRAPHER:  Going off the record.
9        The time is 11:15 a.m.
10           (Pause in the proceedings.)
11           THE VIDEOGRAPHER:  We are back on the
12  record.
13       The time is 11:19 a.m.
14  BY MS. DAWSON:
15     Q.  Mr. Cramer, during our break, did you have the
16  opportunity to calculate a total number for that chart
17  on page 20?
18     A.  Yes.  And you're right.  It is -- it is -- I'm
19  not sure exactly which query produced that data, but
20  it's clearly wrong.  I can tell you how many incidents
21  and dead there were by firearms before 1960 and how
22  many by non-firearm before 1960.
23     Q.  And can you explain to me when you say that
24  it's clearly wrong?
25     A.  Well, the query that I constructed to request

Page 106

1   although the general theme that a non-firearm
2   [indecipherable] is actually quite common in American
3   history --
4                 (Reporter clarification.)
5                 THE WITNESS:  That non-firearm mass
6   murders are actually quite common in American history,
7   they've become more common -- firearm mass murders have
8   become more common in the last century or so.  But
9   there's all sorts of horrible ways that people have
10  committed mass murder in American history without guns.
11  BY MR. PEKELIS:
12      Q.  Understood.
13          Would you want the court to rely on the data
14  in your declaration, Exhibit 11?
15      A.  Well, I can understand why they might be
16  reluctant to accept the data exactly as -- as it is
17  presented.  Although, some of the larger themes that
18  I'm presenting, the problem with the fact that mental
19  illness is a major factor in what causes these mass
20  murders is, I think, still a valid point.
21      Q.  Understood.
22          You mentioned when discussing your educational
23  backgrounds that you have a master's degree and a
24  bachelor's degree; is that right?
25      A.  Correct.

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

c7729379-a7ba-4d7b-a41b-460b439ff5d3
Ex. 6 - Dodd Decl.
Page 5 of 9

Case 2:22-cv-01815-IM   Document 126-6   Filed 02/06/23   Page 6 of 9
Oregon Firearms Federation, Inc., et al. v. Brown, et al.                    Clayton Cramer

Page 88

1  <u>this information for the database was clearly not</u>
2  <u>properly constructed.  I will say that I -- SQL</u>
3  <u>database queries can be sometimes rather confusing.</u>
4  <u>And I will not say that I'm quite as expert perhaps as</u>
5  <u>I need to be, but I at least have numbers that make</u>
6  <u>some sense now.</u>
7       Q.  So we have the -- we have the chart here,
8  which it sounds like you agree is likely incorrect.  We
9  have the numbers on page 21.  And just so that I am
10 clear, what do those numbers represent in the first
11 paragraph on page 21 where it says "When grouped by
12 incidents..."?
13      A.  Incidents where only a non-firearm item was
14 marked.  Because I've added a few entries in the
15 last -- in the last few days, incidents before 1960,
16 the non-firearms incidents are now 3,812 dead, a total
17 of 807 incidents.  And the incidents by firearm are now
18 866 incidents, 3,740 dead.  It definitely changes
19 things a bit.
20      Q.  Okay.
21          And so if you flip to -- I'll take you to --
22 let me take a look at my page number.  For my own
23 information, when we're looking at your non-firearm
24 data, were there any instances or incidents in that
25 dataset where more than 50 people were killed?

Page 165

1  numbers.  So...
2          A.  Okay.
3              All this information is stored in a database
4  under Microsoft Access.  A database is a fairly complex
5  set of relationships where you can -- you can produce
6  what are called queries where you say, Show me how many
7  incidents took place during this period of time.  Show
8  me how many incidents took place with this set of
9  information associated with them.  How many of these
10 incidents had a pistol involved?  How many of these
11 were family incidents?  How many of these were
12 robberies or rapes?
13             And the art of writing SQL queries is a little
14 more complicated than it first looks.  And while I've
15 taken classes in SQL in the past, I certainly have not
16 always -- I'm not necessarily always up to completely
17 doing a perfect job on these queries.  And I will
18 definitely be going back as a result of all of this and
19 be checking some of this data and verifying that I'm
20 actually getting correct results.
21         Q.  Okay.
22             And how long approximately would it take you
23 to redo that work and double-check them?
24         A.  Probably -- probably Monday or Tuesday at the
25 earliest.  I have to lure one of my friends in who is

Case 2:22-cv-01815-IM   Document 126-6   Filed 02/06/23   Page 8 of 9
Oregon Firearms Federation, Inc., et al. v. Brown, et al.                    Clayton Cramer

Page 166

1  <u>an SQL expert to assist me to verify that -- the</u>
2  <u>accuracy of the results.</u>
3       Q.  And that might result in changes in some of
4  the conclusions you'd made in some of the other
5  paragraphs; is that correct?
6       A.  It would certainly result in changes in the --
7  in some of the data presented, and I suspect -- I'd be
8  surprised if it dramatically changed the conclusions
9  because the core issue is that mental illness appears
10 repeatedly in these mass murder incidents.  And
11 throughout the 19th century there was a very dramatic
12 increase in mass murder instances involving mental
13 illness, starting in the 1860 decade through 1909,
14 which I suspect may be related to PTSD by Civil War
15 soldiers.
16          I was surprised to find that 40 percent of the
17 US population, not 40 percent of the men, but 40
18 percent of the whole US population served during the
19 Civil War.
20      Q.  Do you think it would be a benefit for the
21 court if it were to hear your evidence to have the
22 chart on page 20 corrected and for you to correct your
23 declaration?
24      A.  I believe it probably would, yes.  It would
25 certainly make me feel less stupid.

Page 170

C E R T I F I C A T E

STATE OF WASHINGTON

COUNTY OF PIERCE

I, Tia Reidt, a Certified Court Reporter in and for the State of Washington, do hereby certify that the foregoing transcript of the deposition of CLAYTON CRAMER, having been duly sworn, on January 19, 2023, is true and accurate to the best of my knowledge, skill and ability.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 26th day of January, 2023.

_____

/S/ Tia B. Reidt
Tia B. Reidt, RPR, CSR Oregon #22-0001
NOTARY PUBLIC, State of Washington.
My commission expires 5/15/2026.

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

c7729379-a7ba-4d7b-a41b-460b439ff5d3

Ex. 6 - Dodd Decl.
Page 9 of 9