Jessica A. Skelton, OSB #102714
jessica.skelton@pacificalawgroup.com
PACIFICA LAW GROUP LLP
1191 2nd Avenue, Suite 2000
Seattle, WA 98101-3404
206-245-1700

*Attorney for Intervenor-Defendant*
*Oregon Alliance for Gun Safety*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., et al., | Case No. 2:22-cv-01815-IM *(Lead Case)* |
| Plaintiffs, | Case No. 3:22-cv-01859-IM *(Trailing Case)* |
| | Case No. 3:22-cv-01862-IM *(Trailing Case)* |
| v. | Case No. 3:22-cv-01869-IM *(Trailing Case)* |
| KATE BROWN, et al., | |
| Defendants. | CONSOLIDATED CASES |
| MARK FITZ, et al., | DECLARATION OF DR. MACKENZIE COOK IN SUPPORT OF OREGON ALLIANCE FOR GUN SAFETY'S RESPONSE TO PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION |
| Plaintiffs, | |
| v. | |
| ELLEN F. ROSENBLUM, et al., | |
| Defendants. | |
| KATERINA B. EYRE, et al., | |
| Plaintiffs, | |
| v. | |
| ELLEN F. ROSENBLUM, et al., | |
| Defendants. | |
| DANIEL AZZOPARDI, et al., | |
| Plaintiffs, | |
| v. | |
| ELLEN F. ROSENBLUM, et al., | |
| Defendants. | |

DECL. OF DR. MACKENZIE COOK

I, Dr. Mackenzie Cook, declare as follows:

1.      I am a trauma surgeon at Oregon Health and Science University ("OHSU") Hospital in Portland, OR. I am over the age of eighteen, competent to testify, and make this declaration based on my personal knowledge and expert review of the materials cited herein.

2.      I attended medical school at Duke University before doing my residency in general surgery at OHSU. After residency, I completed a surgical critical care fellowship at Harborview Medical Center in Seattle, Washington. I returned to OHSU in 2017. Since then, I have worked as a trauma surgeon within the division of Trauma, Critical Care and Acute Care Surgery, as well as an assistant professor.  A copy of my CV is attached as **Exhibit A.**

3.      OHSU is home to one of the two Level 1 trauma centers in Oregon, and we treat more than 4,000 trauma patients a year.

4.      As part of my work, I frequently treat gunshot victims. There is some seasonality to gunshots wounds, and we generally see more victims of all categories of violent crime in the summer than we do in the winter. But I would estimate that, on average, there is at least one patient with a gunshot wound every time I am on call.

5.      The Oregon Alliance for Gun Safety asked me to share my perspective as a medical expert on the impact that multiple gunshot wounds can have on the patients that I treat in Portland. It is my hope that my testimony can lead to fewer deaths from gun violence in our state. I am not being compensated for my time or expert services.

6.      It may seem obvious that victims with more gunshot wounds are more likely to die or face serious health consequences. But it is not just a linear relationship, with each bullet wound increasing the risk of death or serious harm by a comparable degree. For multiple reasons, the risks to the patient increase with each bullet wound.

DECL. OF DR. MACKENZIE COOK  - 1

7.    The more times a victim has been shot, the more likely it is that a critical structure is struck. While even a single bullet wound can be fatal, gunshots to the chest, abdomen and head are often the most serious wounds. They are the most likely to lead rapidly to death, sometimes before the patient arrives at the hospital. My experience with victims of multiple gunshot wounds to the chest and abdomen is that there are often multiple, simultaneous injuries—each of which is life threatening.

8.    The presence of multiple bullet wounds complicates treatment decisions. At its core, the treatment of a patient with multiple gunshot wounds is a race. A race to control bleeding and provide blood transfusions faster than the patient is losing blood from the bullet related injuries. The more injuries there are, the more organ spaces they are spread across (e.g., chest, abdomen, pelvis, legs, arms), the harder it is to win that race. Multiple gun-shot wound often require what we call a "damage control" approach to management where we initially stop the bleeding and then pause the operation—often for days—to allow the patient to stabilize in the intensive care unit before returning for reconstruction of the injuries.

9.    Many patients who are shot do not die. Patients who survive, however, have a very high risk of developing post-traumatic stress disorder (PTSD) and chronic pain. The risk of PTSD may not be directly related to the severity of injury, and can be very debilitating. If their injuries are severe, their quality of life may be much less than before the injury. I have personally seen bullet wounds results in lower extremity paralysis, disfiguring facial wounds, loss of the use of a dominant hand, and intestinal injuries so severe that a life-long colostomy was required.

10.    A separate but related challenge can occur when a hospital receives multiple victims with gunshot wounds at the same time. Even at a Level 1 trauma center like OHSU, we have a limit to the available staff and resources on short notice. An influx of patients with gunshot wounds, as

would happen in the event of a mass shooting, or several shootings in one night, would severely strain our resources. We would be forced to triage patients and a mass casualty incident such as this would also significantly impact our ability to provide care to other patients in the hospital.

11.     We also could be affected by a mass shooting outside of the Portland area. As one of the largest trauma centers in the state, we frequently receive patients from smaller hospitals. If a smaller hospital were overwhelmed as the result of a mass shooting, we would be called upon to help manage the load of patients, in conjunction with the entire Oregon trauma system. A large shooting event in a rural setting would likely have a very high mortality rate as the resources of a smaller hospital can be quickly overwhelmed and the time needed for transport to a larger hospital system makes it harder to win the race against blood loss.

12.     Gunshot wounds are not limited to interpersonal violence. I frequently see self-inflicted gunshot wounds. Many times these are people who shoot themselves in the head in an attempt to commit suicide. While suicide is very complex and I am not an expert in mental health, the injuries I see as a result of self-inflicted gunshot wounds to the head are devastating. Patients may or may not die as a result, but severe facial injuries and long term neurological impairments are common. Access to firearms in a moment of mental health crisis is a contributing factor to the severity of these injuries.

13.     In recent years, doctors in trauma centers across the country have been troubled by what appears to be an increase in the number and severity of gunshot victims that we treat. Unfortunately, our suspicions have largely been confirmed by our colleagues that have analyzed the data.[1] Locally, we have also seen a dramatic increase in the number of shooting incidents in Portland

---

[1] *See, e.g.*, B. Kalesan, et al., *A multi-decade joinpoint analysis of firearm injury severity*, 3 Trauma Surgery & Acute Care Open 1 (2018), https://tsaco.bmj.com/content/3/1/e000139; H.M. Bailey, et al., *Changes in patterns of mortality rates and years of life lost due to firearms in the United*

in just the past few years, which has led to an increase in the number of patients we receive with

gunshot wounds.[2]


I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this **3** day of February, 2023 at Portland, Oregon.

Dr. Mackenzie Cook

---

*States, 1999 to 2016: A joinpoint analysis*, PLoS One 14(11) (Nov. 22, 2019), https://journals.plos.org/plosone/article?id=10.1371/journal.pone.0225223; P.J. Brantingham, et al., *Assessment of Case Fatality Rates and Overall Prevalence of Firearm Violence in California, 2005-2019*, JAMA Netw Open (Jan. 28, 2022), https://pubmed.ncbi.nlm.nih.gov/35089356/.

[2] City of Portland Police Bureau, Shooting Incident Statistics, https://www.portlandoregon.gov/police/81203 (last updated 1/31/2023).

DECL. OF DR. MACKENZIE COOK  - 4

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of February, 2023, I electronically filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system which will send notification of such filing to all parties who are registered with the CM/ECF system.

DATED this 6th day of February, 2023.

_____
Erica Knerr

EXHIBIT A

## CURRICULUM VITAE
## OREGON HEALTH & SCIENCE UNIVERSITY

NAME    **Mackenzie R. Cook MD, FACS**        DATE    **January 2023**

## PRESENT POSITION AND ADDRESS

| | |
|---|---|
| Rank: | **Assistant Professor** |
| Division: | **Division of Trauma, Critical Care & Acute Care Surgery, Department of Surgery** |
| Address: | **3181 SW Sam Jackson Park Road, Portland OR, 97239** |
| E-Mail: | **cookmac@ohsu.edu** |

## II.  EDUCATION

**Undergraduate and Graduate:**

| | |
|---|---|
| August 2001 – May 2005 | Bachelor of Arts with Distinction in All Subjects<br>*Phi Beta Kappa*<br>Cornell University<br>Ithaca, New York |

**Postgraduate**

| | |
|---|---|
| August 2006 – May 2010 | Doctor of Medicine<br>*Alpha Omega Alpha*<br>Duke University<br>Durham, North Carolina |
| May 2008 – May 2009 | Howard Hughes Medical Institute Research Fellow<br>Endocrine Surgery Research Laboratory<br>University of Wisconsin<br>Madison, Wisconsin |
| July 2010 – June 2016 | General Surgery Internship and Residency<br>Oregon Health & Science University<br>Portland, Oregon |
| July 2012 – July 2013 | Post-Doctoral Trauma Research<br>Trauma Research Institute of Oregon<br>Oregon Health & Science<br>Portland, Oregon |

M. Cook 1/2023

| August 2016 – July 2017 | Surgical Critical Fellowship |
| | Harborview Medical Center |
| | University of Washington |
| | Seattle, Washington |

**Additional Training in Teaching and Education Scholarship**

| May 2014 | Residents as Teachers and Leaders |
| | American College of Surgeons |
| | Chicago, Illinois |

| April 2014 – June 2016 | Effective Clinical Teaching |
| | Human Investigations Program |
| | Oregon Health & Science University |
| | Portland, Oregon |

| November 2019 | Stanford Faculty Development – Clinical Teaching Series |
| | Education Scholars Program |
| | Oregon Health & Science University |
| | Portland, Oregon |

| September 2019 – June 2020 | Education Scholars Program |
| | Oregon Health & Science University |
| | Portland, Oregon |

**Board Certification:**

American Board of Surgery (#062548), General Surgery. 3/27/2017 - 3/27/2027

American Board of Surgery (#004149), Surgical Critical Care. 9/11/2017 - 12/31/2028

**Certifications:**

| 2010 – Present | Advanced Cardiac Life Support |
| | eCard Code: 215402951190   Expires 6/2023 |
| 2011 – Present | Advanced Trauma Life Support, Provider |
| | ATLS ID: 462598 |
| 2016 – Present | Advanced Trauma Life Support, Instructor |
| 2018 – Present | Advanced Trauma Life Support, Course Director |
| 2018 – Present | Fundamentals of Critical Care Support, Instructor |
| 2019 – Present | Rural Trauma Team Development Course, Instructor |
| 2019 – Present | Stop the Bleed, Instructor |
| 2023 – Present | Peer Supporter, Oregon Health &Science University |

**Medical Licenses:**

Washington Medical License: #MD-60642364
Oregon Medical License: #MD-184572
Alaska Medical License: #MD-146505
Montana Medical License: #MED-80585

M. Cook 1/2023

Idaho Medical License: #M-15044

## III. PROFESSIONAL EXPERIENCE

**Academic:**

| | |
|---|---|
| November 2017 – Present | Assistant Professor of Surgery<br>Division of Trauma, Critical Care and Acute Care Surgery<br>Department of Surgery<br>Oregon Health & Science University |

**Administrative:**

| | |
|---|---|
| July 2018 – Present | Surgical Core Clinical Experience Director (Surgical Clerkship)<br>School of Medicine<br>Oregon Health & Science University |
| July 2018 – Present | Medical Student TSICU Sub-Internship Clerkship Director<br>School of Medicine<br>Oregon Health & Science University |
| October 2020 – Present | Assistant Trauma Medical Director<br>Oregon Health & Science University |
| May 2019 – December 2021 | Medical Student Transition to Surgical Internship Clerkship Director<br>School of Medicine<br>Oregon Health & Science University |

## IV. SCHOLARSHIP

**Areas of Interest:**     Long-term outcomes after injury
Surgical palliative care
Surgical education – entrustment and autonomy

**Grants and Contracts:**
State and Local:
  *Completed*
    A Wider View: Understanding and Predicting the Hidden Mortality of Trauma Patients
    after Discharge
        Source: Medical Research Foundation of Oregon
        Amount: $40,000
        Role: Primary Investigator
        Time: June 1, 2019 – June 1, 2020

    Mental Health within Trauma Surgery: A trauma informed approach to support both

M. Cook 1/2023

patients and residents and improve outpatient follow up
    Source: Oregon Health & Science University Dean's Office
    Amount: $7,000
    Role: Co-Investigator
    PI: Heather Buxton MD
    Time: July 2019 – July 2020

Sharing the Load: Identifying system inefficiencies that contribute to burnout in surgical trainees
    Source: Oregon Health & Science University Dean's Office
    Amount: $4,500
    Role: Co-Investigator
    PI: Enjae Jung MD
    Time: July 2018 – July 2019

A Higher Standard: Protecting the privacy of trainees in medical education research
    Source: Oregon Health & Science University Dean's Office
    Amount: $2,857
    Role: Primary Investigator
    Time: July 2018 – July 2019

Development of an inguinal hernia simulator for medical students and interns
    Source: Oregon Health & Science University Dean's Office
    Amount: $1,570
    Role: Co-Investigator
    PI: Laszlo Kiraly MD
    Time: July 2013 – July 2014

National:
*Completed*
Title: Role of Notch1 in Valproic Acid Mediated Neuroendocrine Growth Suppression.
    Source: Howard Hughes Medical Institute
    Amount: $39,000
    Role: Howard Hughes Institute Research Fellow
    PI: Herbert Chen MD
    Time: July 2008 – July 2009

**Peer Reviewed Publications:** H-index July 2021: 15

1. Adler, J., **M. Cook,** S. Pitt, Y. Luo, J. Ju, W. Li, B. Shen, M. Kunnimalaiyaan and H. Chen. Tautomycetin and Tautomycin Suppress the Growth of Medullary Thyroid Cancer Cells via Inhibition of GSK-3β. *Mol. Cancer 2009 Apr;8(4):914-20. PMID: 19372564*

**Ex. A - Cook Decl.**
**Page 5 of 16**

M. Cook 1/2023

2. Chen, J., **M. Cook**, S. Pinchot, M. Kunnimalaiyaan and H. Chen.  MG-132 Inhibits Carcinoid Growth and Alters the Neuroendocrine Phenotype. *J. Surg. Res. 2010. Jan; 158(1): 15-*9. PMID: 19765735

3. **Cook, M.**, J. Luo, M. Ndiaye, H.Chen and M. Kunnimalaiyaan. Xanthohumol Inhibits the Neuroendocrine Transcription Factor Achaete Scute Complex-Like 1, Suppresses Proliferation and Induces Phosphorylation of ERK1/2 in Medullary Thyroid Cancer. *Am. J. Surg. 2010 Mar; 199(3):315-8. PMID: 20226902*

4. **Cook, M.**, S. Pitt, S. Schaefer, R. Sippel and H. Chen.  A Rising IoPTH Level Immediately After Parathyroid Resection: are Additional Hyperfunctioning Glands Always Present? *Ann. Surg. 2010 Jun;251(6):1127-30. PMID: 20485151*

5. **Cook, M.**, S. Pinchot, R. Jaskula-Sztul, J. Luo, M. Kunnimalaiyaan and H. Chen. Identification of a Novel Raf-1 Pathway Activator That Inhibits Gastrointestinal Carcinoid Cell Growth.  *Mol. Cancer Ther. 2010 Feb; 9(2):429-37. PMID: 20103603*

6. **Cook, M.**, X. Yu and H. Chen. Notch in the Development of Thyroid C-cells and the Treatment of Medullary Thyroid Cancer.  *Am. J. Transl. Res. 2(1);2010. PMID: 20182588*

7. Pinchot S., R. Jaskula-Sztul, L. Ning, N. Peters, **M. Cook**, M. Kunnimalaiyaan and H. Chen. Identification and Validation of Notch Pathway Activating Compounds Through a Novel High-Throughput Screening Method. *Cancer 2011 Apr 1; 117(7):1386-98. PMID: 21425138*

8. Truong, M., **M. Cook**, J. Luo, S. Pinchot, M. Kunnimalaiyaan, H. Chen. Resveratrol Regulates the Notch 2 Mediated Phenotype in Medullary Thyroid Cancer. *Ann. Surg. Oncol. 2011 May; 18(5):1506-11*. PMID: 21184191

9. **Cook, M.**, D. Emick, C. Foley, A. Beatty, C. McCormick and M. Shapiro. Daily Temperature Predicts Assault and May Allow More Efficient Policing. *Am. Surg. 2012. Apr: 78(4):E194-5. PMID: 22472368*

10. Lee, T., J. Oullete, **M. Cook**, M. Schreiber and J. Kortbeek. Pericardiocentesis in Trauma: A Systematic Review. *J. Trauma Acute Care Surg. 2013. Oct;75(4):543-9. PMID: 24064864*

11. **Cook, M.**, S. Louis, S. McCully, R. Stucke, S. Fabricant and M. Schreiber. Positive Blood Alcohol is Associated with Reduced DVT in Trauma. *Injury. 2015. Jan; 46(1): 131-5. PMID: 25311264*

12. **Cook M.**, M. Yoon, J. Hunter, K. Kwong and L. Kiraly. A Non-Metropolitan Surgery Clerkship Increases Interest in a Surgical Career. *Am J Surg. 2015. Jan; 209(1): 21-5. PMID: 25454949*

M. Cook 1/2023

13. **Cook M.**, M. Frost and S. Gordy. A Prevesicle Space Mass: Bladder Necrosis as a Complication of a Preperitoneal Hematoma. *Am. Surg. 2015. Feb; 81(2):64-66. PMID: 25642859*

14. McCully, S., D. Martin, **M. Cook**, N. Gordon, B. McCully, T. Lee, R. Dean, E. Rick, A. Moren, K. Fair, V. Perl, K. Watson and M. Schreiber.  Effects of Ascorbic Acid Concentrations on Hemodynamics and Inflammation Following Lyophilized Plasma Transfusion. *J Trauma Acute Care Surg. 2015. Jan;79(1):30-8. PMID: 26091311*

15. Mesar, T., D. Martin, R. Lawless, J. Podbielski, **M. Cook**, S. Underwood, A. Larentzakis, B. Cotton, M. Schreiber, J. Holcomb, J. Marini, U. Sharma, A. Rago, D. King.  Human Dose Confirmation for Self-Expanding Intra-Abdominal Foam: A Translational, Adaptive, Multcenter Trial in Recently Deceased Human Subjects. *J Trauma Acute Care Surg. 2015 Jan;79(1):39-47. PMID: 26091312*

16. **Cook M.**, J. Watters, J. Barton, C. Kamin, S. Brown, K. Deveney and L. Kiraly. A Flexible Postoperative Debriefing can Effectively Provide Formative Resident Feedback. *J Am Coll Surg. 2015. May;220(5):959-67. PMID25907872*

17. **Cook, M.**, K. Fair, J. Burg, L. Cattin, A. Gee, S. Arbabi and M. Schreiber.  Cirrhosis is Associated with Increased Mortality and Splenectomy Rates following Splenic Injury. *Am J Surg. 2015. May;209(5):841-7. PMID: 25769879*

18. **Cook, M.**, J. Holcomb, M. Rahbar, E. Fox, L. Alarcon, E. Bulger, K. Brasel and M. Schreiber on behalf of the PROMMTT group.  Hypotensive Trauma Patients with a Positive FAST Exam may Safely Undergo Abdominal CT During their Initial Trauma Evaluation. *Am J Surg. 2015. May;209(5):834-40. PMID: 25805456*

19. Moren, A. **M. Cook**, M. McClain, J. Doberne, L. Kiraly, R. Perkins and K. Kwong.  A Pilot Curriculum in International Surgery for Medical Students. *J Surg Educ. 2015. Jul-Aug;72(4):e9-e14. PMID: 26073480*

20. **Cook, M.**, B. Howard, A. Yu, D. Grey, P. Hofmann, A. Essajee, O. Mndeme, M. Mchembe, J. Peck and W. Schecter.  A Consortium Approach to Surgical Education in a Developing Country. *JAMA Surg. 2015. Aug. PMID: 26267612*

21. **Cook, M.** and A. Graff- Baker, A. Moren, S. Brown, K. Fair, L. Kiraly, T. De La Melena, S. Pommier, K. Deveney.  A Disease-Specific Hybrid Rotation Increases Opportunities for Deliberate Practice. *J Surg Educ. 2016 Jan-Feb;73(1):1-6. PMID: 26481268*

22. Undurraga Perl, V. B. Leroux, **M. Cook**, K. Fair, D. Martin, J. Kerby, C. Williams, K. Inaba, C. Wade, B. Cotton, D. Del Junco, E. Fox, T. Scalea, B. Tilley, J. Holcomb, M. Schreiber.  Damage Control Resuscitation and Emergency Laparotomy: Findings from the PROPPR Study. *J Trauma Acute Care Surg. 2016 Apr;80(4):569-75. PMID: 26808034*

M. Cook 1/2023

23. Connelly, C., P. Kemp-Bohan, **M. Cook**, A. Moren, M. Schreiber, L. Kiraly. A Night Float Week in a Surgical Clerkship Improves Student Team Cohesion. *Am. J. Surg. 2016. May;211(5):913-8. PMID: 26988619*

24. **Cook, M** and S. Deal, J. Scott, A. Moren and L. Kiraly. Teaching Communication and Supporting Autonomy with a Team Based Operative Simulator. *Am J. Surg. 2016. September;212(3):552-556. PMID: 27378354*

25. **Cook, M**. C. Witt, R. Bonow. E. Bulger, K. Linnau, S. Arbabi, B. Robinson and J. Cuschieri. A Cohort Study of Blunt Cerebrovascular Injury Screening in Children: Are They Just Little Adults? *J. Trauma Acute Care Surg. 2018. Jan;84(1):50-57. PMID: 28640778*

26. Graf, J., **M. Cook**, S. Schecter, K. Deveney, P. Jofmann, D. Grey, L. Akoko, A. Mwanga, K. Salum and W. Schecter. Coalition for Clinical Global Surgery Education: The Alliance for Global Clinical Training. *J Surg Educ. 2018 May - Jun;75(3):688-696. doi: 10.1016/j.jsurg.2017.08.019. PubMed PMID: 28867584.*

27. **Cook, M.**, J. Badulak, B. Coruh, L. Kiraly, D. Zonies, J. Cuschieri and E. Bulger. Fellowship Training in Extracorporeal Life Support: Characterization and Educational Needs Assessment. *J Crit. Care. 2018. Aug;46:159-161. PMID: 29606413*

28. N. Byrge, M. Heilbrun, N. Winkler, D. Sommers, H. Evans, L. Cattin, T. Scalea, D. Stein, T. Neideen, P. Walsh, C. Simms, T. Brahmbhatt, J. Galante, H. Phan, A. Malhotra, R. Stovall, J. Jurkovich, R. Coimbra, A. Brendtson, T. O'Callaghan, S. Gaspard, M. Schreiber, **M. Cook**, D. Demetriades, O. Rivera, G. Velmahos, T. Zhao, P. Park, D. Machado-Aranda, S. Ahmad, J. Lewis, W. Hoff, G. Suleiman, J. Sperry, S. Zolin, M. Carrick, G. Mallory, J. Nunez, A. Colonna, T. Enniss and R. Nirula. An AAST-MITC analysis of pancreatic trauma: staple or sew, resect or drain? *J Trauma Acute Care Surg. 2018. Sep;85(3):435-443.. PMID: 29787527*

29. **Cook, M.**, K. O'Connell, Q. Qiu, A. Riggle, T. Shoultz, R. Maine, S. Arbabi, G. O'Keefe, J. Cuschieri, R. Maier and B. Robinson. Duration of Respiratory Failure After Trauma is Not Associated with Increased Long Term Mortality. *Crit. Care Med. 2018. Aug;46(8):1263-1268. PMID: 29742591*

30. Deal, S., **M. Cook**, D. Hughes, M. Sarap, T. Hughes, K. Brasel and A. Alseidi. Training for a career in rural or non-metropolitan surgery – a practical needs assessment. *J Surg Educ. 2018. Nov;75(6):e229-e233. PMID: 30100324*

31. Hughes, D. **M. Cook**, S. Deal, T. Hughes, M. Sarap, K. Brasel and A. Alseidi. Rural Surgeons' Perspectives on Necessity of Post-Residency Training are Stable Across Generations. *Am. J. Surg. 2019. Feb;217(2):296-300. PMID: 30528820*

M. Cook 1/2023

32. Bonanno A., L. Kiraly, T. Siegel, K. Brasel and **M. Cook**. Surgical Palliative Care Training in General Surgery Residency: An Educational Needs Assessment. *Am J. Surg. 2019. Jan 17. piiS0002-9610(18)31475-2. PMID: 30678805*

33. Hoops, H., C. Haley, **M. Cook**¸ O. Britantchouk, E. Dewey, K. Brasel, D. Spight and L. Kiraly. Factors Influencing Amount of Guidance in the Operating Room During Laparoscopic Cases. *Am J. Surg. 2019. May;217(5):979-985 PMID: 30929750*

34. **Cook, M.** D. Hughes, S. Deal, M. Sarap, T. Hughes, K. Deveney, K. Brasel and A. Alseidi.  When Rural is No Longer Rural: Demand for Subspecialty Trained Surgeons Increases with Increasing Population of a Non-Metropolitan Area.  *Am J Surg. 2019 Jun 12;. PMID: 31227187*

35. Crannell, W.C., C. Boes, K. Brasel and **M. Cook**. Evaluating the Educational Effectiveness of an 8-week Patient Management Course for Surgical Interns: a Nine-year Analysis.  *Am J. Surg. 2020. May;219(5)800-803. PMID:32122659*

36. Bonanno, A., **M. Cook**, K. Fair, E. Dewey and L. Kiraly.  Confidentiality Concerns for Surgical Residents as Educational Research Subjects: A Pilot Study.  *Am J. Surg. 2020 Sep;220(3):630-633.  PMID: 32033774*

37. Schultz, K. K. Brasel, D. Zonies and **M. Cook.**  Effective Palliative Care in the Trauma Setting.  *Am Surg. 2020 Nov;86(11):1441-1444. PMID: 33153269*

38. Hunt, J. E. Herrera-Hernandez, K. Jazinski-Chambers, A. Brandolino, K. Maher, B. Jackson, R. Smith, D. Lape, **M. Cook**, K. Brasel, M. deMoya and T. deRoon-Cassini. Validation of the Injured Trauma Survivor Screen (ITSS): An AAST Multi-Institutional Trial.  *J Trauma Acute Care Surg. 2021 May 1. PMID: 33797497*

39. Miranda, D, R. Maine, **M. Cook**, S. Brakenridge, L. Moldwater, S Arbabi, G. O'Keefe, B. Robinson, E. Bulger, R. Maier and J. Cuschieri. Chronic Critical Illness After Hypothermia in Trauma Patients. *TSACO 2021. Jul 29;6(1). PMID: 34423134*

40. Edsall, A, S. Howard, E. Dewey, T. Siegel, D. Zonies, K. Brasel, **M. Cook** and A. Nagengast.  Critical Decision in the Trauma Intensive Care Unit: Are We Practicing Primary Palliative Care? *JTACS 2021.  Nov 1;91(5):886-890. PMID: 34695065.*

41. Chiang, E., C. Barton, J. Case, C. Sorenson, E. Dewey, **M. Cook** and M. Schreiber. Sedation and Analgesia needs in Methamphetamine Intoxicated Patients: Much Ado About Nothing.  *Injury. 2021. Nov1;S0020-1383(21)00893-7.  PMID: 34802698*

42. Schultz, K., S. Howard, K. Moreno, T. Siegel, D. Zonies, K. Brasel and **M. Cook**. Teaching Primary Palliative Care to General Surgical Residents: a Novel Pedagogical Approach Drawn From Multi-Disciplinary Focus Group Data. *Am. J. Surg. 2022. Feb 5;S0002-9610(22)00060-5. PMID: 35151432*

43. Shultz, K., S. Howard, T. Siegel, D. Zonies, K. Brasel and **M. Cook** and K. Moreno. Supporting Surgical Residents Learning Clinical Palliative Care: Insights from Multi-

M. Cook 1/2023

Disciplinary Focus Groups. *Am. J. Surg. 2022 Feb 28;S0002-9610(22)00142-8. PMID: 35287936*

44. Buxton, H. and M. Marr, A. Hernandez, J. Vijanderan, K. Brasel, **M. Cook** and A. Moreland. Peer-to-Peer Trauma-Informed Training for Surgical Residents Facilitated by Psychiatry Residents. *Acad Psychiatry. 2022 May 17. PMID: 35579850*

45. Schultz, K., S. Howard, K. Moreno, T. Siegel, D. Zonies, K. Brasel and M. Cook. What Should the Surgeon do at the Family Meeting? A Multi-Disciplinary Qualitative Description of Surgeon Participation in Palliative Care Discussions. *J Surg Educ. 2023 Jan;80(1):110-118. PMID: 36089480*

**Non-Peer Reviewed Publications, Book Chapters and Peer Reviewed Online Publications**

1. Mitchell, E., **M. Cook** and J. Boyd. (2015). Faculty Training and Development. In R. Aggarwal, J. Korndorffer & J. Cannon-Bowers (Eds.), ACS Principles and Practice for Simulation and Surgical Education Research (1 ed., Vol. 1, pp. 190-202). Chicago, IL: American College of Surgeons.

2. **Cook, M.** Goals of Care: Understanding the Outcomes that Matter Most. Practicing Primary Palliative Care. *Surg Clin North Am. 2019. Oct;99(5):833-847. Ed. Pringl Miller*

3. **Cook, M.** and C. Barton. Pain Management in the Unstable Trauma Patients. *Curr Trauma Rep. 2020 Nov;6(4)154-160.*

4. **Cook, M.**, D. Zonies and K. Brasel. Prioritizing Communication in the Provision of Palliative Care for the Trauma Patient. *Curr Trauma Rep. 2020. Oct 29:1-11. PMID:33145148*

5. **Cook, M.**, S. Brakenridge and Dr. Livingston. Abdominal Infections. Evidence Based Reviews in Critical Care. *In Press.*

6. Advanced Curriculum in General Surgery – Choledocholithiasis in a Pregnant Woman. American College of Surgeons, Expert reviewer.

7. **Cook, M.** SCORE School Decision Making Capacity. The SCORE Portal. [www.surgicalcore.org](http://www.surgicalcore.org). Published March 2022, Accessed March 2022.

8. **Cook, M.** SCORE School Withdrawing and Withholding Life-Sustaining Treatments. The SCORE Portal. [www.surgicalcore.org](http://www.surgicalcore.org). Published March 2022. Accessed March 2022.

9. Zonies, D., C. Agerstrand, E. August, **M. Cook**, B. Elliott, A. Labib and D. Yannopoulos. *Chapter 46: ECMO Transport* in Extracorporeal Life Support: The ELSO Red Book, 6th Edition. *In Press.*

10. Integrating Surgical Palliative Care into the Full Spectrum of Medical Education. Cook, M. K. Shultz, C. Crannell, K. Brasel and T. Siegel. *In Press at Am. Surg.*

M. Cook 1/2023

**Invited Presentations**

1. Department of Surgery Grand Rounds. Life After the Trauma Alert: the Hidden Long Term Morbidity and Mortality After Injury.  Oregon Health & Science University. Portland, Oregon. September 24, 2018.
2. Oregon College of Emergency Physicians Annual Winter Conferences (36th). Trauma Resuscitation for the Non-Trauma Physician. Bend, Oregon.  January 26, 2019.
3. Oregon College of Emergency Physicians Annual Winter Conferences (36th). Geriatric Trauma Patient.  Bend, Oregon. January 26, 2019.
4. Department of Family Medicine Grand Rounds. Life After the Trauma Alert: the Hidden Long Term Morbidity and Mortality After Injury.  Oregon Health & Science University. Portland, Oregon. February 12, 2019.
5. Annual Internal Medicine Review (26th).  Life After the Trauma Alert: the Hidden Long Term Morbidity and Mortality After Injury.  Continuing Professional Development - Oregon Health & Science University. Portland, Oregon. April 11, 2019.
6. Northwest States Trauma Conference (30th).  Trauma Survivorship: Recidivism, Mental Health and Substance Abuse. Continuing Professional Development – Oregon Health & Science University.  Sun River, Oregon. May 2, 2019.
7. Northwest States Trauma Conference (30th).  Regional Disparities in Emergency General Surgery Care.  Continuing Professional Development – Oregon Health & Science University. Sun River, Oregon. May 3, 2019.
8. Oregon College of Emergency Physicians Annual Winter Conference (37th). ECMO in the ED. Bend, Oregon. January 28, 2020.
9. Oregon College of Emergency Physicians Annual Winter Conference (37th). Controversies in Trauma. Bend, Oregon. January 28, 2020.
10. Department of Surgery Grand Rounds. Autonomy, Entrustment and Surgical Education.  St. Vincent Medical Center. Portland, Oregon. February 6, 2020.
11. National SCORE Curriculum Virtual Lecture Series. Geriatrics, Palliative Care, End of Life. June 3, 2020.
12. Trauma Grand Rounds: Palliative Care in Trauma.  University of Oklahoma. Oklahoma City, Oklahoma.  August 13, 2020.
13. Department of Surgery Grand Rounds. Education M&M: A Novel Paradigm for Teaching Improvement.  Oregon Health & Science University. Portland, Oregon. August 17, 2020.
14. Donald D. Trunkey Center for Combat and Civilian Casualty Care – Research Symposium, Invited Speaker. Trauma is a Chronic Disease…Because we Don't Treat It. September 30, 2020.

M. Cook 1/2023

15. Hospice and Palliative Medicine Grand Rounds: <u>Palliative Care and Trauma: Best Friends Forever!</u> University of South Carolina. Columbia, South Carolina. October 22, 2020.
16. Department of Surgery Grand Rounds. <u>Education M&M: Teaching and Learning in the Virtual World.</u>  Oregon Health & Science University.  Portland, Oregon. January 4, 2021.
17. Northwest States Trauma Conference (32nd).  <u>Patient Story</u>. Continuing Professional Development - Oregon Health & Science University.
18. Department of Surgery Grand Rounds. <u>Education M&M: The Struggling Learner / Teacher Dyad.</u> Oregon Health & Science University. Portland, Oregon. August 9, 2021.
19. Oregon College of Emergency Physicians Annual Winter Conference (39th) <u>"Stump the Surgeon"</u> Sunriver, Oregon.  January 31, 2022.
20. Trauma Center Association of America Webinar. <u>Palliative Care for Trauma Patients…Every Patient, Every Time.</u> February 16, 2022.
21. Northwest States Trauma Conference (33rd).  <u>What is Old is New Again…Rib Fractures in the Modern Era.</u> Continuing Professional Development – Oregon Health & Science University.  Sunriver, Oregon.  April 28, 2022.
22. Northwest States Trauma Conference (33rd).  <u>ECMO for Severe Hypothermia – Teamwork!</u> Continuing Professional Development – Oregon Health & Science University.  Sunriver, Oregon.  April 29, 2022.
23. Department of Surgery Grand Rounds. <u>Education M&M: The Fracturing Team.</u> Oregon Health & Science University. June 6, 2022.
24. Department of Surgery Grand Rounds. With Dr. Vahagn Nikolian and Dr. Heather Hoops. <u>A Better Letter: Improving Your Letters of Recommendation.</u> Oregon Health & Science University.  August 1, 2022.
25. Northwest Regional Hospital Medicine Conference (17th).  <u>Three Common Issues in Surgical Patients.</u> Continuing Professional Development – Oregon Health & Science University. Portland, Oregon. September 22, 2022.
26. Department of Surgery Grand Rounds.  <u>Surgical Palliative Care in the ICU: Doing it, Teaching it and Researching it.</u> Oregon Health & Science University.  Portland, Oregon. January 23, 2023.

**Invited Faculty Positions in Courses / Conferences**

1. Extra-Corporeal Life Support Organization (ELSO) – <u>ECMO Cannulation Workshop.</u> April 4-6, 2020. Atlanta, GA. Course Faculty. *Cancelled for COVID-19
2. Association for Surgical Education – <u>Troubleshooting your Clerkship.</u>  April 27, 2020. Seattle, WA.  Course Faculty. *Cancelled for COVID-19

**Podcast / Webinars / Social Media**

M. Cook 1/2023

1.  Twitter **-** @MackenzieCookMD **-** focus: trauma, surgical education and palliative care
    *NB: a "good" engagement rate is 1-3%, "excellent" is 3-5%.*
    a.  1/1/2021 – 4/2/2021 Metrics: 42,200 impressions, 2% engagement rate
    b.  4/3/2021 – 7/2/2021 Metrics: 55,800 impressions, 2.2% engagement rate
    c.  7/3/2021 – 10/1/2021 Metrics: 92,500 impressions, 2.7% engagement rate
    d.  10/2/2021 – 12/31/2021 Metrics: 186,600 impressions, 3.1% engagement rate
    e.  1/1/2022 – 4/2/2022 Metrics: 103, 000 impressions, 3.0% engagement rate
    f.  4/3/2022 – 7/3/2022 Metrics: 67, 400 impressions, 3.4% engagement rate

## V.  SERVICE

**Membership in Professional Societies:**
American College of Surgeons
         2010 – 2017              Resident Member
         2017 – 2021              Associate Fellow
         2021 – Present          Fellow
Association for Surgical Education
         2014 – Present          Member
Eastern Association for the Surgery of Trauma
         2016 – Present          Member
American Association for the Surgery of Trauma
         2019 – Present          Associate Member
Chest Wall Injury Society
         2021 – Present          Member
Surgical Palliative Care Society
         2022 – Present          Member
         2022 – Present          Education Committee Co-Chair

**Scholarly Journal Service**
Publons Metrics 7/1/2019 – 7/1/2022:  60 reviews (96th percentile),
         Journal of Surgical Research            Ad Hoc Reviewer 2009 **-** Present
         Journal of Surgical Education           Ad Hoc Reviewer 2019 **-** Present
         American Journal of Surgery             Ad Hoc Reviewer 2019 **-** Present
         Journal of Graduate Medical Education   Ad Hoc Reviewer 2020 **-** Present

**Committee Work:**

Departmental
2018 – Present          Executive Education Committee, Department of Surgery
2018 – Present          Surgical Education Research Consortium

M. Cook 1/2023

| | |
|---|---|
| 2019 – Present | Surgical Palliative Care Research Consortium |
| 2020 – Present | Clinical Competency Committee, Surgical Critical Care Fellowship |

<u>Institutional</u>

| | |
|---|---|
| 2018 – 2021 | Undergraduate Medical Education Curriculum Committee |
| 2018 – Present | Pediatric Trauma Improvement Committee – Adult Trauma Liaison |
| 2018 – Present | Core Clinical Experience Directors Subcommittee |

<u>State</u>

| | |
|---|---|
| 2022 - Present | Oregon Health Authority, State Trauma Advisory Board Member |
| 2022 - Present | Oregon Health Authority, Area Trauma Advisory Board 1, Member |
| | 2023 - Present        Vice Chair |

<u>National</u>

| | |
|---|---|
| 2019 – Present | AAST Palliative Care Committee, Education Sub-committee |
| 2020 – Present | American Board of Surgery – EPA Best Practice Working Group |
| 2022 – Present | American College of Surgeon – ATLS 11th edition revision team |
| 2022 – Present | Surgical Palliative Care Society – Education Committee Co-Chair |

## VI. TEACHING – Please See Educator's Portfolio for Complete Details

## Resident Scholarly Mentorship

| | |
|---|---|
| 2019 – 2021 | Nicholas Hall MD: OHSU SOM Research Capstone Project – PTSD Educational Needs Assessment |
| 2019 – 2020 | Shannon Howard MD: Surgical Palliative Care, Needs Assessment |
| 2020 – 2021 | Kristen Schultz MD: Surgical Palliative Care, Curriculum Development |
| 2020 – Present | Emily Weinstein: OHSU SOM Research Capstone Project – Predicting Delayed Mortality after Injury |
| 2020 – Present | Marija Jozic: OHSU SOM Research Capstone Project – Developing a Palliative Care Curriculum for Medical Students |
| 2020 – Present | Rachel Ye: OHSU SOM Research Capstone Project – Easing the ICU to Ward Transition for Adult Survivors of Critical Illness |
| 2021 – Present | Nellie Trenga-Schein: OHSU SOM Palliative Care Focused Research Year |

M. Cook 1/2023

**Educational Excellence Awards**

2013          Howard P. Lewis Award: Outstanding Teaching by a Senior Resident
                     Voted by the OHSU School of Medicine Graduating Class of 2013

2015          American Colleges of Surgeons - Resident Award for Exemplary
                     Teaching, national top ten finalist

2016          Roger Alberty MD Award for Outstanding Teaching by a Resident
                     OHSU Department of Surgery

2019          Bronze CME Educator Award – OHSU
                     Dedicated efforts to the continuing education of health professionals.

2020          Mentor Flame Award
                     Exceptional commitment exemplifying the OHSU vision of service
                     Voted by the OHSU All-Hill Student Council 2019/2020

2021          Faculty Hooder for School of Medicine Class of 2021
                     Selected as one of six faculty hooders by the OHSU School of
                     Medicine Graduating Class of 2021

2021          Outstanding Leader in Clinical Experience Phase
                     Voted by the OHSU School of Medicine Graduating Class of 2021

2021          David W.E. Baird Award for Excellence in Education by a Junior Faculty
                     Voted by the OHSU School of Medicine Graduating Class of 2021

2022          Outstanding Leader in the Clinical Experiences Phase
                     Voted by the OHSU School of Medicine Graduating Class of 2022

2022          Excellence in Teaching in the Clinical Experiences Phase
                     One of two awardees selected by the OHSU School of Medicine
                     Graduating Class of 2022

2022          Edward J. Keenan Faculty Speaker – Commencement 2022
                     Selected by the OHSU School of Medicine Graduating Class of 2022

2022          "Top Five" Educators in the OHSU Department of Surgery
                     As determined by resident evaluations from AY 21-22

M. Cook 1/2023

**Clinical Excellence Awards**

2019                    Golden Rose Award for Outstanding Team Service in conjunction with
                        Dr. Albert Chi