**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Hannah K. Hoffman, OSB #183641**
HannahHoffman@MarkowitzHerbold.com
**MARKOWITZ HERBOLD PC**
1455 SW Broadway, Suite 1900
Portland, OR  97201-3412
(503) 295-3085

    Special Assistant Attorneys General for Defendants

**Ellen F. Rosenblum, OSB #753239**
Attorney General
**Brian Simmonds Marshall, OSB #196129**
Senior Assistant Attorney General
Brian.S.Marshall@doj.state.or.us
**DEPARTMENT OF JUSTICE**
100 SW Market Street
Portland, OR 97201
(971) 673-1880

    Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>TINA KOTEK, et al.,<br><br>    Defendants,<br><br>and | Case No. 2:22-cv-01815-IM (lead case)<br>            3:22-cv-01859-IM (trailing case)<br>            3:22-cv-01862-IM (trailing case)<br>            3:22-cv-01869-IM (trailing case)<br><br>**JOINT STATUS REPORT** |

| | |
|---|---|
| OREGON ALLIANCE FOR GUN SAFETY, | |
| Intervenor-Defendant. | |
| MARK FITZ, et al., | |
| Plaintiffs, | |
| v. | |
| ELLEN F. ROSENBLUM, et al., | |
| Defendants. | |
| KATERINA B. EYRE, et al., | |
| Plaintiffs, | |
| v. | |
| ELLEN F. ROSENBLUM, et al., | |
| Defendants, | |
| and | |
| OREGON ALLIANCE FOR GUN SAFETY, | |
| Intervenor-Defendant. | |
| DANIEL AZZOPARDI, et al., | |
| Plaintiffs, | |
| v. | |
| ELLEN F. ROSENBLUM, et al., | |
| Defendants. | |

Counsel for the parties conferred by telephone and email and have agreed upon the following case schedule:

1. <u>Initial Disclosures</u>: The parties agree to waive initial disclosures as otherwise required by FRCP 26(a)(1)(A).

Page 2 -  JOINT STATUS REPORT

      2.      <u>Defendants' Answers</u>:  Defendants will file answers to plaintiffs' complaints by **March 3**.

      3.      <u>Disclosure of Additional Experts</u>:  The parties agree to treat the declarations filed with the briefing on the motions for preliminary injunction (ECF Nos. 72-76, 79-80, 109, 111, 116, 118-125, 129) as expert disclosures and witness statements.  The parties shall disclose any additional expert reports no later than **March 8**.

      4.      <u>Disclosure of rebuttal experts to additional experts</u>:  The parties will disclose rebuttal expert reports by **March 20**.

      5.      <u>Service of written fact discovery</u>:  The parties will serve each other with all written discovery requests by **March 13**.  Per FRCP 33(b)(2), 34(b)2(A), and 36(a)(3), responses to all written requests will be due no later than **April 14**.

      6.      <u>Expert depositions</u>:  All expert depositions will be limited to three hours and will take place between **March 13** and **April 7**.  The parties shall not retake any depositions of experts who have already been deposed, excepting any experts who have filed amended, corrected, or updated declarations following their depositions.  The parties may retake fact witness depositions during the period for fact witness depositions.

      7.      <u>Fact depositions</u>:  All fact-witness depositions will be limited to three hours and will take place between **April 17** and **May 5**.

      8.      <u>Discovery motions</u>:  Discovery motions (other than discovery motions arising from fact witness depositions) shall be filed no later than **May 5**.  Responses shall be filed by **May 12**.

      9.      <u>Amended pleadings</u>:  Amended pleadings are due **May 8**.

10. <u>Dispositive motions</u>: Dispositive motions are due by **May 12**, with responses due by **May 22** and replies on **May 26**. The parties agree that any party may file a motion prior to May 12, and any response to that motion will be due **14 days** after that filing.

11. <u>Trial brief</u>: The parties will submit their respective trial briefs by **May 15**.

12. <u>Pretrial motions, witness statements, and exhibit lists</u>: Motions *in limine*, *Daubert* motions, fact witness statements, and exhibit lists shall be filed by **May 15**. Responses to motions *in limine* and *Daubert* motions and objections to exhibits and witness statements shall be filed by **May 22**.

13. <u>Pretrial conference</u>: The parties propose holding a half-day pretrial conference on **May 30**. The parties have stipulated that plaintiffs will present one witness during the pretrial conference, to accommodate that witness's unavailability during the agreed-upon trial setting. The witness will be subject to direct and cross examination, and the witness's testimony will be designated as part of the trial record.

14. <u>Trial (5 days)</u>: The parties are available for a five-day bench trial during the week of **June 5-9**.

In sum, the parties' proposed case deadlines are as follows.

| Event | Parties' Proposed Date |
|---|---|
| Defendants' Answers | March 3 |
| Disclosure of Experts | March 8 |
| Service of Written Fact Discovery | March 13 |
| Disclosure of Rebuttal Experts | March 20 |
| Expert Depositions | March 13-April 7 |
| Responses to Written Fact Discovery | April 14 |

Page 4 -   JOINT STATUS REPORT

| | |
|---|---|
| Fact Witness Depositions | April 17-May 5 |
| Discovery Motions | May 5 |
| Amended Pleadings | May 8 |
| Responses to Discovery Motions | May 12 |
| Dispositive Motions (*e.g.* Motion for Judgment on the Pleadings, MSJ) | May 12 |
| Trial Briefs | May 15 |
| Pretrial Motions, Witness Statements, Exhibit Lists | May 15 |
| Responses to Pretrial Motions, and Objections to Witness Statements and Exhibit Lists | May 22 |
| Responses to Dispositive Motions | May 22 |
| Replies to Dispositive Motions | May 26 |
| Pretrial Conference | May 30 |
| Trial | June 5-9 |

DATED this 27th day of February, 2023.

| | |
|---|---|
| VAN NESS WILLIAMSON | ELLEN ROSENBLUM ATTORNEY GENERAL FOR THE STATE OF OREGON |
| *s/ Leonard W. Williamson* | *s/ Hannah K. Hoffman* |
| Leonard W. Williamson, OSB #910020<br>*Attorneys for Off Plaintiffs*<br><br>JONCUS LAW LLC<br>Stephen J. Joncus, OSB #013072<br>steve@joncus.net<br>*Attorneys for Off Plaintiffs* | Harry B. Wilson, OSB #077214<br>HarryWilson@MarkowitzHerbold.com<br>Hannah K. Hoffman, OSB #183641<br>HannahHoffman@MarkowitzHerbold.com<br>*Special Assistant Attorneys General for Defendants*<br>Brian Simmonds Marshall<br>brian.s.marshall@doj.state.or.us<br>*Of Attorneys for Defendants* |

Page 5 -   JOINT STATUS REPORT

| | |
|---|---|
| MURPHY & BUCHAL | PACIFICA LAW GROUP LLP |
| *s/ James L. Buchal*<br>James L. Buchal, OSB #921618<br>jbuchal@mbllp.com<br>*Attorneys for Azzopardi and Fitz Plaintiffs* | *s/ Zachary J. Pekelis*<br>Jessica A. Skelton, OSB #102714<br>Zachary J. Pekelis, *pro hac vice*<br>Kai Smith, *pro hac vice*<br>W. Scott Ferron, *pro hac vice*<br>*Attorneys for Proposed Intervenor-Defendant Oregon Alliance for Gun Safety* |

ANGUS LEE LAW FIRM, PLLC
D. Angus Lee
*Attorneys for Azzopardi and Fitz Plaintiffs*

SECOND AMENDMENT FOUNDATION
Adam Kraut
*Attorneys for Azzopardi and Fitz Plaintiffs*

FIREARMS POLICY COALITION, INC.
William Sack
*Attorneys for Azzopardi Plaintiffs*

JURISLAW LLP

*s/ Shawn M. Lindsay*
Shawn M. Lindsay, OSB #020695
shawn@jurislawyer.com
*Attorneys for Eyre Plaintiffs*
Matthew D. Rowen

CLEMENT & MURPHY, PLLC
Erin E. Murphy
Paul D. Clement
Trevor W. Ezell
Nicholas M. Gallagher
*Attorneys for Eyre Plaintiffs*

1413551

## ECF CERTIFICATION

The filing attorney attests that he has obtained concurrence regarding the filing of this document from plaintiffs' counsel signatories to this document.

Date:  February 27, 2023

*s/ Hannah K. Hoffman*
Hannah K. Hoffman, OSB #183641
HannahHoffman@MarkowitzHerbold.com