Shawn M. Lindsay
shawn@jurislawyer.com
JurisLaw LLP
Three Centerpointe Drive, Suite 160
Lake Oswego, OR 97035
Telephone: (503) 968-1475

  *Attorney for Eyre Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., et al., | Case No. 2:22-cv-01815-IM *(Lead Case)* |
| Plaintiffs, | NOTICE OF APPERANCE OF DANIEL J. NICHOLS |
| v. | |
| KATE BROWN, et al., | |
| Defendants. | |
| MARK FITZ, et al., | Case No. 3:22-cv-01859-IM |
| Plaintiffs, | |
| v. | |
| ELLEN F. ROSENBLUM, et al., | |
| Defendants. | |
| | *(caption continued on next page)* |

NOTICE OF APPEARANCE OF DANIEL J. NICHOLS                                                                1

| | |
|---|---|
| KATERINA B. EYRE, , et al., | Case No. 3:22-cv-01862-IM |
| Plaintiffs, | |
| v. | |
| ELLEN F. ROSENBLUM, et al., | |
| Defendants. | |
| DANIEL AZZOPARDI, et al., | Case No. 3:22-cv-01869-IM |
| Plaintiffs, | |
| v. | |
| ELLEN F. ROSENBLUM, et al., | |
| Defendants. | |

NOTICE OF APPEARANCE OF DANIEL J. NICHOLS                                    2

PLEASE TAKE NOTICE that Daniel J. Nichols of the firm JurisLaw, LLP, hereby appears

on behalf of Plaintiffs Oregon State Shooting Association, Mazama Sporting Goods, Tim Freeman,

Katerina B. Eyre, and National Shooting Sports Foundation, Inc. in this matter and requests that

the Court provide ECF notices of all future filings to the email addresses shown below.

DATED:  March 3, 2023

JURISLAW LLP

s/Daniel J. Nichols
Daniel J. Nichols, (OSB No.: 101304)
Three Centerpointe Drive
Suite 160
Lake Oswego, OR 97035
(503) 968-1475
dan@jurislawyer.com

Shawn M. Lindsay (OR Bar #020695)
Three Centerpointe Drive
Suite 160
Lake Oswego, OR 97035
(503) 968-1475
shawn@jurislawyer.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of March, 2023, I electronically filed the foregoing document with the Clerk of the United State District Court using the CM/ECF system which will send notifications of such filing to all parties who are registered with the CM/ECF system.

DATED this 3rd day of March, 2023.

By:/s/Daniel J. Nichols
Daniel J. Nichols, OSB No.: 101304
Attorney of Plaintiffs