Shawn M. Lindsay
shawn@jurislawyer.com
JurisLaw LLP
Three Centerpointe Drive, Suite 160
Lake Oswego, OR 97035
Telephone: (503) 968-1475

*Attorney for Eyre Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>KATE BROWN, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:22-cv-01815-IM *(Lead Case)*<br><br>NOTICE OF APPERANCE OF CHRISTIAN CHO |
| MARK FITZ, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ELLEN F. ROSENBLUM, et al.,<br><br>　　　　　　　Defendants. | Case No. 3:22-cv-01859-IM |

*(caption continued on next page)*

NOTICE OF APPEARANCE OF CHRISTIAN CHO                                                                                    1

| | |
|---|---|
| KATERINA B. EYRE, , et al.,<br><br>                Plaintiffs,<br><br>   v.<br><br>ELLEN F. ROSENBLUM, et al.,<br><br>                Defendants. | Case No. 3:22-cv-01862-IM |
| DANIEL AZZOPARDI, et al.,<br><br>                Plaintiffs,<br><br>   v.<br><br>ELLEN F. ROSENBLUM, et al.,<br><br>                Defendants. | Case No. 3:22-cv-01869-IM |

PLEASE TAKE NOTICE that Christian Cho of the firm JurisLaw LLP, hereby appears on behalf of Plaintiffs Oregon State Shooting Association, Mazama Sporting Goods, Tim Freeman, Katerina B. Eyre, and National Shooting Sports Foundation, Inc. in this matter and requests that the Court provide ECF notices of all future filings to the email addresses shown below.

DATED:  March 6, 2023

                                                        JURISLAW LLP

                                                       By: s/Christian Cho
                                                       Christian Cho, (OSB No.: 223742)
                                                       Three Centerpointe Drive
                                                       Suite 160
                                                       Lake Oswego, OR 97035
                                                       (503) 968-1475
                                                       christian@jurislawyer.com

                                                       Shawn M. Lindsay (OSB No.: 020695)
                                                       Three Centerpointe Drive
                                                       Suite 160
                                                       Lake Oswego, OR 97035
                                                       (503) 968-1475
                                                       shawn@jurislawyer.com

                                                       *Counsel for Eyre Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of March, 2023, I electronically filed the foregoing document with the Clerk of the United State District Court using the CM/ECF system which will send notifications of such filing to all parties who are registered with the CM/ECF system.

DATED this 6th day of March, 2023.

                By: s/Christian Cho
                Christian Cho, (OSB No.: 223742)
                Attorney of Plaintiffs