Case 2:22-cv-01815-IM   Document 164-4   Filed 05/12/23   Page 1 of 5

EXCERPT

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                                    Cody M. Bowen

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

_____

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., et al., | ) ) ) Civil No. |
| Plaintiffs, | ) 2:22-cv-01815-IM |
| v. | ) (Lead Case) ) |
| TINA KOTEK, et al., | ) Civil No. ) 3:22-cv-01859-IM |
| Defendants. | ) (Trailing Case) ) |
| _____ | ) Civil No. |
| (Continued) | ) 3:22-cv-01862-IM ) (Trailing Case) ) |
| | ) Civil No. ) 3:22-cv-01869-IM ) (Trailing Case) ) |

_____

\* VIDEOCONFERENCE \*

VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION

OF

CODY M. BOWEN

_____

Witness located in:

La Grande, Oregon

\* All participants appeared via videoconference \*

DATE TAKEN:    April 25, 2023
REPORTED BY:   Tia B. Reidt, Washington RPR, CCR #2798
                           Oregon #22-0001

BUELL REALTIME REPORTING, LLC
206.287.9066 I 800.846.6989

Ex. 4 - Dodd Decl.
Page 1 of 5
7d1d46e8-3f41-42d0-9fce-cccc7ca77038

Case 2:22-cv-01815-IM    Document 164-4    Filed 05/12/23    Page 2 of 5

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                                                  Cody M. Bowen

Page 2

```
 1  _____
 2    (continued)                          )
                                           )
 3    MARK FITZ, et al.,                   )
                                           )
 4               Plaintiffs,               )
          v.                               )
 5                                         )
      ELLEN F. ROSENBLUM, et al.,          )
 6                                         )
                 Defendants.               )
 7    _____         )
                                           )
 8    KATERINA B. EYRE, et al.,            )
                                           )
 9               Plaintiffs,               )
                                           )
10        v.                               )
                                           )
11    ELLEN F. ROSENBLUM, et al.,          )
                                           )
12               Defendants,               )
                                           )
13        and                              )
                                           )
14    OREGON ALLIANCE FOR GUN              )
      SAFETY,                              )
15                                         )
                 Intervenor-               )
16               Defendant.                )
      _____         )
17    DANIEL AZZOPARDI, et al.,            )
                                           )
18               Plaintiffs,               )
          v.                               )
19                                         )
      ELLEN F. ROSENBLUM, et al.,          )
20                                         )
                 Defendants.               )
21
    _____
22
23
24
25
```

BUELL REALTIME REPORTING, LLC
206.287.9066 I 800.846.6989

Ex. 4 - Dodd Decl.
Page 2 of 5
7d1d46e8-3f41-42d0-9fce-cccc7ca77038

Case 2:22-cv-01815-IM   Document 164-4   Filed 05/12/23   Page 3 of 5

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                              Cody M. Bowen

Page 3

```
 1                        APPEARANCES
 2
     For Oregon Firearms Federation:
 3
                LEONARD WILLIAMSON
 4              VAN NESS WILLIAMSON
                960 Liberty Street SE, Suite 100
 5              Salem, OR 97302
                (503) 365-8800
 6              L.williamson@vwllp.com
 7
     For the State of Oregon Defendants:
 8
                HANNAH HOFFMAN
 9              MARKOWITZ HERBOLD
                1455 SW Broadway, Suite 1900
10              Portland, OR 97201
                (503) 972-5076
11              HannahHoffman@markowitzherbold.com
12
     Videographer:
13
                COLEMAN ANDERSON
14              BUELL REALTIME REPORTING
                1325 Fourth Avenue, Suite 1840
15              Seattle, WA 98101
                (206) 287-9066
16              Info@buellrealtime.com
17
18   Also present:
19   Wyatt Baum
20                       *   *   *   *   *
21
22
23
24
25
```

BUELL REALTIME REPORTING, LLC
206.287.9066  I  800.846.6989

Ex. 4 - Dodd Decl.
Page 3 of 5
7d1d46e8-3f41-42d0-9fce-cccc7ca77038

Case 2:22-cv-01815-IM   Document 164-4   Filed 05/12/23   Page 4 of 5

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                Cody M. Bowen

Page 95

1    I would like to see -- you know, if my office
2 can contribute to safe and responsible gun ownership,
3 yeah, I'm all for that.  It's hard for me to be honest
4 with you.  I don't -- I don't see responsible gun
5 ownership as the issue.  I think there's bigger issues
6 at hand that I -- you know, Measure 114 to me
7 doesn't -- we're not addressing the issue, you know?  I
8 don't know.
9    To me, the guns aren't the problem.  We have a
10 -- I'm going to stop because I'm going to ramble.  But
11 it's hard for me to support this because I don't think
12 it's going to save lives.  So -- but I will review
13 everything that I possibly have to.  I will do
14 everything that I possibly can to facilitate whatever
15 it takes for a responsible gun owner to purchase a
16 firearm.
17    Q.  So Measure 114, if it -- if it eventually goes
18 into effect, do you intend to certify live-fire
19 instructors?
20    A.  If it goes into effect and it's the
21 responsibility of my office and that's a service that I
22 have to provide to citizens to lawfully purchase a
23 firearm, yes, I will do everything I possibly can to
24 facilitate those steps needed to purchase a firearm.
25    What scares me is staffing, funding.  I don't

BUELL REALTIME REPORTING, LLC
206.287.9066 I 800.846.6989

Ex. 4 - Dodd Decl.
Page 4 of 5
7d1d46e8-3f41-42d0-9fce-cccc7ca77038

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                                Cody M. Bowen

Page 116

```
 1                    C E R T I F I C A T E
 2
 3    STATE OF WASHINGTON
 4    COUNTY OF PIERCE
 5
 6         I, Tia Reidt, a Certified Court Reporter in and
 7    for the State of Washington, do hereby certify that the
 8    foregoing transcript of the deposition of CODY M. BOWEN,
 9    having been duly sworn, on April 25, 2023, is true and
10    accurate to the best of my knowledge, skill and ability.
11         Reading and signing was requested pursuant to
12    FRCP Rule 30(e).
13         IN WITNESS WHEREOF, I have hereunto set my hand
14    and seal this 1st day of May, 2023.
15
16
17    _____
18         /S/ Tia B. Reidt
           Tia B. Reidt, RPR, CCR #22-0001
19         NOTARY PUBLIC, State of
           Washington.
20         My commission expires
           5/15/2026.
21
22
23
24
25
```

BUELL REALTIME REPORTING, LLC
206.287.9066 I 800.846.6989

Ex. 4 - Dodd Decl.
Page 5 of 5
7d1d46e8-3f41-42d0-9fce-cccc7ca77038