Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

_____

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., et al., | ) |
| | ) Civil No. |
| Plaintiffs, | ) 2:22-cv-01815-IM |
| v. | ) (Lead Case) |
| | ) |
| TINA KOTEK, et al., | ) Civil No. |
| | ) 3:22-cv-01859-IM |
| Defendants. | ) (Trailing Case) |
| _____ | ) |
| | ) Civil No. |
| (Continued) | ) 3:22-cv-01862-IM |
| | ) (Trailing Case) |
| | ) |
| | ) Civil No. |
| | ) 3:22-cv-01869-IM |
| | ) (Trailing Case) |
| | ) |

_____

\* VIDEOCONFERENCE \*

DEPOSITION UPON ORAL EXAMINATION

OF EXPERT

DENNIS E. BARON

_____

Witness located in:

Champaign, Illinois

\* All participants appeared via videoconference \*

DATE TAKEN:   March 30, 2023
REPORTED BY:  Tia B. Reidt, Washington RPR, CCR #2798
              Oregon # 22-0001

BUELL REALTIME REPORTING, LLC
206.287.9066 l 800.846.6989

Ex. C - Lindsay Decl. (Baron Depo)
Page 1 of 5
75a91125-7f65-43e9-821a-166ba427247f

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                    Dennis E. Baron

Page 2

```
 1   _____
 2   (continued)                              )
                                              )
 3   MARK FITZ, et al.,                       )
                                              )
 4                Plaintiffs,                 )
        v.                                    )
 5                                            )
     ELLEN F. ROSENBLUM, et al.,              )
 6                                            )
                  Defendants.                 )
 7   _____          )
                                              )
 8   KATERINA B. EYRE, et al.,                )
                                              )
 9                Plaintiffs,                 )
                                              )
10      v.                                    )
                                              )
11   ELLEN F. ROSENBLUM, et al.,              )
                                              )
12                Defendants.                 )
     _____          )
13   DANIEL AZZOPARDI, et al.,                )
                                              )
14                Plaintiffs,                 )
        v.                                    )
15                                            )
     ELLEN F. ROSENBLUM, et al.,              )
16                                            )
                  Defendants.                 )
17                                            )
     _____
18
19
20
21
22
23
24
25
```

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

Ex. C - Lindsay Decl. (Baron Depo)
Page 2 of 5
75a91125-7f65-43e9-821a-166ba427247f

Case 2:22-cv-01815-IM   Document 166-3   Filed 05/12/23   Page 3 of 5

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                    Dennis E. Baron

Page 3

```
 1                        APPEARANCES

 2    For the Eyre Plaintiffs:

 3             NICHOLAS M. GALLAGHER
               CLEMENT & MURPHY, PLLC
 4             706 Duke Street
               Alexandria, VA 22314
 5             (202) 742-8900
               Nicholas.gallagher@clementmurphy.com
 6


 7
      For the State of Oregon Defendants:
 8
               ERIN DAWSON
 9             MARKOWITZ HERBOLD
               1455 SW Broadway, Suite 1900
10             Portland, OR 97201
               (503) 972-5076
11             ErinDawson@markowitzherbold.com

12
      For Intervenor-Defendant Oregon Alliance for Gun Safety:
13
               ZACHARY J. PEKELIS
14             PACIFIC LAW GROUP, LLP
               1191 Second Avenue, Suite 2000
15             Seattle, WA 98101-3404
               (206) 245-1700
16             Zach.pekelis@pacificalawgroup.com;

17

18                       *   *   *   *   *

19

20

21

22

23

24

25
```

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

Ex. C - Lindsay Decl. (Baron Depo)
Page 3 of 5
75a91125-7f65-43e9-821a-166ba427247f

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                    Dennis E. Baron

Page 52

1    with some big screens here.
2         A.   No.  No.  No.
3         Q.   Okay.
4              Please could you describe what this exhibit
5    appears to be.
6         A.   Okay.  It's another patent dated 1866, Patent
7    No. 55,012 in the name of N. King for a magazine firearm.
8         Q.   And do you see anywhere on the second page where
9    there was --
10        A.   My --
11             (Speaking simultaneously.  Unreportable
12   crosstalk.)
13             (Reporter clarification.)
14   BY MR. GALLAGHER:
15        Q.   -- an assignor.
16        A.   Where there was what?
17        Q.   An assignor.
18             Can you read the second line from the very top of
19   the page, the sub-headline.
20        A.   Oh, oh, "Assignor to O.F. Winchester."
21             ==Oh, so this is the famous Winchester.==
22        Q.   Yes, part of it.  We'll get to the other part.
23        A.   Okay.
24        Q.   Can you read the highlighted section:  "My
25   invention relates" --

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

Ex. C - Lindsay Decl. (Baron Depo)
Page 4 of 5
75a91125-7f65-43e9-821a-166ba427247f

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                                Dennis E. Baron

Page 112

C E R T I F I C A T E

STATE OF WASHINGTON

COUNTY OF PIERCE

    I, Tia Reidt, a Certified Court Reporter in and for the State of Washington, do hereby certify that the foregoing transcript of the deposition of DENNIS E. BARON, having been duly sworn, on March 30, 2023, is true and accurate to the best of my knowledge, skill and ability.  Reading and signing was requested pursuant to FRCP Rule 30(e).

    IN WITNESS WHEREOF, I have hereunto set my hand and seal this 4th day of April, 2023.

_____

/S/ Tia B. Reidt
Tia B. Reidt, RPR, CCR # 22-0001
NOTARY PUBLIC, State of Washington.
My commission expires 5/15/2026.

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

Ex. C - Lindsay Decl. (Baron Depo)
Page 5 of 5
75a91125-7f65-43e9-821a-166ba427247f