Case 2:22-cv-01815-IM   Document 166-5   Filed 05/12/23   Page 1 of 5

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                              Brian DeLay

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PENDLETON DIVISION

_____

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., et al., | ) ) ) |
| Plaintiffs, v. KATE BROWN, et al., Defendants. _____ (Continued) | )Civil No. )2:22-cv-01815-IM )(Lead Case) ) )Civil No. )3:22-cv-01859-IM )(Trailing Case) ) )Civil No. )3:22-cv-01862-IM )(Trailing Case) ) )Civil No. )3:22-cv-01869-IM )(Trailing Case) |

_____

* VIDEOCONFERENCE *

VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION OF

EXPERT BRIAN DELAY
_____

Witness located in:
Berkeley, California


  * All participants appeared via videoconference *


DATE TAKEN:   March 14, 2023

REPORTED BY:  Tia B. Reidt, Washington RPR, CCR 2798
              Oregon # 22-0001

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

Ex. E - Lindsay Decl. (DeLay Depo)
Page 1 of 5
61edbad1-e689-4bba-b2dc-771242daf575

Case 2:22-cv-01815-IM   Document 166-5   Filed 05/12/23   Page 2 of 5

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                Brian DeLay

Page 2

```
 1  _____
 2   (continued)                        )
                                        )
 3   MARK FITZ, et al.,                 )
                                        )
 4              Plaintiffs,             )
          v.                            )
 5                                      )
     ELLEN F. ROSENBLUM, et al.,        )
 6                                      )
                Defendants.             )
 7   _____    )
                                        )
 8   KATERINA B. EYRE, et al.,          )
                                        )
 9              Plaintiffs,             )
                                        )
10        v.                            )
                                        )
11   ELLEN F. ROSENBLUM, et al.,        )
                                        )
12              Defendants.             )
     _____    )
13   DANIEL AZZOPARDI, et al.,          )
                                        )
14              Plaintiffs,             )
          v.                            )
15                                      )
     ELLEN F. ROSENBLUM, et al.,        )
16                                      )
                Defendants.             )
17  _____
18
19
20
21
22
23
24
25
```

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

Ex. E - Lindsay Decl. (DeLay Depo)
Page 2 of 5
61edbad1-e689-4bba-b2dc-771242daf575

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                         Brian DeLay

Page 3

```
 1                      APPEARANCES

 2   For Oregon Firearms Federation:

 3            LEONARD WILLIAMSON
              VAN NESS WILLIAMSON
 4            960 Liberty Street SE, Suite 100
              Salem, OR 97302
 5            (503) 365-8800
              L.williamson@vwllp.com
 6
     For the State of Oregon Defendants:
 7
              HANNAH HOFFMAN
 8            ERIN DAWSON
              MARKOWITZ HERBOLD
 9            1455 SW Broadway, Suite 1900
              Portland, OR 97201
10            (503) 972-5076
              HannahHoffman@markowitzherbold.com
11

12   Videographer:

13
              MICHAEL TAKOS
14            BUELL REALTIME REPORTING
              1325 Fourth Avenue, Suite 1840
15            Seattle, WA 98101
              (206) 287-9066
16            Info@buellrealtime.com

17

18                  *   *   *   *   *

19

20

21

22

23

24

25
```

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

Ex. E - Lindsay Decl. (DeLay Depo)
Page 3 of 5
61edbad1-e689-4bba-b2dc-771242daf575

Page 10

1   Q.  Okay.
2       And just -- can you describe the scope of what
3   the defense asked you to provide in terms of an
4   opinion?
5   A.  I was asked to offer my opinion about the
6   history of high-capacity firearms, most especially in
7   and around the time of the ratification of the Second
8   Amendment and the Fourteenth Amendment, but more
9   generally insofar as I needed to establish a broader
10  context.
11  Q.  So were you asked to comment at all about the
12  portion of Measure 114 that involves the permitting
13  system?
14  A.  No, I was not.
15  Q.  Okay.
16      And when you use the term "high-capacity
17  magazine" or "high-capacity firearm," can you give me
18  some kind of a definition of that?  I see it in your
19  declaration, but it might be helpful for this context.
20  A.  Sure.  So for the purposes of my declaration,
21  I defined a high-capacity firearm as a firearm capable
22  of firing ten or more rounds without needing to be
23  reloaded.
24  Q.  And in other venues or in other contexts, is
25  that also called a large-capacity magazine?

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

Ex. E - Lindsay Decl. (DeLay Depo)
Page 4 of 5
61edbad1-e689-4bba-b2dc-771242daf575

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                              Brian DeLay

Page 68

```
 1                    C E R T I F I C A T E

 2

 3   STATE OF WASHINGTON

 4   COUNTY OF PIERCE

 5

 6        I, Tia Reidt, a Certified Court Reporter in and

 7   for the State of Washington, do hereby certify that the

 8   foregoing transcript of the deposition of Brian DeLay,

 9   having been duly sworn, on March 14, 2023, is true and

10   accurate to the best of my knowledge, skill and ability.

11        IN WITNESS WHEREOF, I have hereunto set my hand

12   and seal this 17th day of March, 2023.

13

14

15        _____

16        /S/ Tia B. Reidt
          Tia B. Reidt, # 22-0001
17        NOTARY PUBLIC, State of
          Washington.
18        My commission expires
          5/15/2026.
19

20

21

22

23

24

25
```

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

Ex. E - Lindsay Decl. (DeLay Depo)
Page 5 of 5
61edbad1-e689-4bba-b2dc-771242daf575