Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

_____

OREGON FIREARMS FEDERATION,      )
INC., et al.,                    )
                                 ) Civil No.
            Plaintiffs,          ) 2:22-cv-01815-IM
     v.                          ) (Lead Case)
                                 )
TINA KOTEK, et al.,              ) Civil No.
                                 ) 3:22-cv-01859-IM
            Defendants.          ) (Trailing Case)
_____  )
                                 ) Civil No.
            (Continued)          ) 3:22-cv-01862-IM
                                 ) (Trailing Case)
                                 )
                                 ) Civil No.
                                 ) 3:22-cv-01869-IM
                                 ) (Trailing Case)
                                 )
_____

* VIDEOCONFERENCE *

DEPOSITION UPON ORAL EXAMINATION

OF EXPERT

BRENNAN N. RIVAS

_____

Witness located in:

Fort Worth, Texas


* All participants appeared via videoconference *

DATE TAKEN:  March 22, 2023
REPORTED BY:  Tia B. Reidt, Washington RPR, CCR 2798
                         Oregon # 22-0001

Page 2

```
_____

(continued)                     )
                                )
MARK FITZ, et al.,              )
                                )
              Plaintiffs,       )
     v.                         )
                                )
ELLEN F. ROSENBLUM, et al.,     )
                                )
              Defendants.       )
_____)
                                )
KATERINA B. EYRE, et al.,       )
                                )
              Plaintiffs,       )
                                )
     v.                         )
                                )
ELLEN F. ROSENBLUM, et al.,     )
                                )
              Defendants.       )
_____)
DANIEL AZZOPARDI, et al.,       )
                                )
              Plaintiffs,       )
     v.                         )
                                )
ELLEN F. ROSENBLUM, et al.,     )
                                )
              Defendants.       )
                                )
_____
```

Page 3

```
 1                    APPEARANCES

 2   For Oregon Firearms Federation:

 3              LEONARD WILLIAMSON
              VAN NESS WILLIAMSON
 4              960 Liberty Street SE, Suite 100
              Salem, OR 97302
 5              (503) 365-8800
              L.williamson@vwllp.com
 6

 7   For the State of Oregon Defendants:

 8              HARRY WILSON
              MARKOWITZ HERBOLD
 9              1455 SW Broadway, Suite 1900
              Portland, OR 97201
10              (503) 972-5076
              HarryWilson@markowitzherbold.com
11

12                    *   *   *   *   *

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 10

1    a firearm.  Would you liken those to a registration of

2    a firearm?

3        A.  It could -- it could function that way.  When

4    you think about how those taxes would have been

5    assessed and how they would have been paid, residents

6    would have been expected to turn over a list of the

7    items that they had that were taxable along with the

8    payment for the tax, and they would have paid it to

9    their local tax assessor.  So it does sort of function

10   in some ways along the lines of a registration, even

11   though it wasn't labeled that.  The purpose was the

12   tax.  But one of the net results would have been a list

13   of people within the city limits who owned Bowie knives

14   based on those who paid their tax.

15       Q.  Okay.

16           So with that in mind, Section 1 of Measure 114

17   is a permit to purchase system.  And the permit system

18   requires the party to obviously not be a convicted

19   felon and some obvious things like that that are not

20   from only historical but more modern times.

21           So is there a -- at least as you reviewed it

22   in your declaration, a historical analog to that type

23   of system that you can point to?

24       A.  I'm sorry.  I didn't mean to cut you off.  So

25   you're asking did I discuss a permit to purchase analog

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                    Brennan N. Rivas

Page 11

1    in my declaration?

2        Q.   Correct.

3        A.   No, I didn't.

4        Q.   Okay.

5            Do you know of any?

6        A.   There are permit systems from the 19th

7    century, especially municipal permit regulations that

8    started in California in the -- I think maybe around

9    1870 or so.  But like I said, I didn't -- I didn't

10   bring that material into this particular declaration.

11       Q.   And the reason for that is the original scope

12   was just simply to look at firearm capacity magazine

13   issues; correct?

14       A.   Yes.

15       Q.   So in a nutshell, if you were to testify right

16   now in court, what would be your professional opinion

17   about the history around regulating magazine capacity?

18       A.   Could you be more specific in terms of what

19   you mean?

20       Q.   Is it your impression that the state had the

21   right to regulate it or not, based on the history that

22   you reviewed?

23       A.   Large-capacity magazines?

24       Q.   Yes.

25       A.   Yes.

Page 71

```
1                        C E R T I F I C A T E

 2

 3       STATE OF WASHINGTON

 4       COUNTY OF PIERCE

 5

 6             I, Tia Reidt, a Certified Court Reporter in and

 7       for the State of Washington, do hereby certify that the

 8       foregoing transcript of the deposition of BRENNAN N.

 9       RIVAS, having been duly sworn, on March 21, 2023, is

10       true and accurate to the best of my knowledge, skill and

11       ability.  Reading and signing was requested pursuant to

12       FRCP Rule 30(e).

13             IN WITNESS WHEREOF, I have hereunto set my hand

14       and seal this 27th day of March, 2023.

15

16

17

18       _____

19       /S/ Tia B. Reidt
         Tia B. Reidt, RPR, CCR # 22-0001
20       NOTARY PUBLIC, State of
         Washington.
21       My commission expires
         5/15/2026.

22

23

24

25
```