**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Hannah K. Hoffman, OSB #183641**
HannahHoffman@MarkowitzHerbold.com
**MARKOWITZ HERBOLD PC**
1455 SW Broadway, Suite 1900
Portland, OR  97201-3412
(503) 295-3085

Special Assistant Attorneys General for Defendants

**Ellen F. Rosenblum, OSB #753239**
Attorney General
**Brian Simmonds Marshall, OSB #196129**
Senior Assistant Attorney General
Brian.S.Marshall@doj.state.or.us
**DEPARTMENT OF JUSTICE**
100 SW Market Street
Portland, OR 97201
(971) 673-1880

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., et al., | Case No. 2:22-cv-01815-IM (lead case) |
| | 3:22-cv-01859-IM (trailing case) |
| | 3:22-cv-01862-IM (trailing case) |
| Plaintiffs, | 3:22-cv-01869-IM (trailing case) |
| v. | **DEFENDANTS' EXHIBIT LIST** |
| TINA KOTEK, et al., | |
| Defendants, | |
| and | |

Page 1 -   **DEFENDANTS' EXHIBIT LIST**

OREGON ALLIANCE FOR GUN SAFETY,

Intervenor-Defendant.

MARK FITZ, et al.,

Plaintiffs,

v.

ELLEN F. ROSENBLUM, et al.,

Defendants.

KATERINA B. EYRE, et al.,

Plaintiffs,

v.

ELLEN F. ROSENBLUM, et al.,

Defendants,

and

OREGON ALLIANCE FOR GUN SAFETY,

Intervenor-Defendant.

DANIEL AZZOPARDI, et al.,

Plaintiffs,

v.

ELLEN F. ROSENBLUM, et al.,

Defendants.

| DEFENDANTS' EXHIBITS | | | | | | |
|---|---|---|---|---|---|---|
| No. | Description | Stipulated | Objection(s) | Pre-Admit. (Court Use Only) | Ident. (Court Use Only) | Admit. (Court Use Only) |
| | | | *Ex: FRE 403 (unfair prejudice); FRE 801 (hearsay* | | | |

| No. | Description | Stipulated | Objection(s) | Pre-Admit. *(Court Use Only)* | Ident. *(Court Use Only)* | Admit. *(Court Use Only)* |
|---|---|---|---|---|---|---|
| | **DEFENDANTS' EXHIBITS** | | | | | |
| 501 | Measure 114, available at https://www.oregon.gov/osp/Docs/Ballot%20Measure%20114.pdf | | | | | |
| 502 | Carrick, Michael. Meriwether Lewis's Air Gun, Michael F. Carrick, We Proceeded On, Lewis and Clark Trail Heritage Foundation (Nov. 2002), p. 15 (Carrick Decl. Ex. 2) | | | | | |
| 503 | Recreation of an Austrian Girardoni system accoutrements bag, including bullet mold, air pump, spare air flasks, wrenches and ladle, available at https://en.wikipedia.org/wiki/Girardoni_air_rifle#/media/File:Austrian_Girardoni_system_Accouterments_Bag.jpg | | | | | |
| 504 | Girardoni Air Gun (original 1780 example) Video, Forgotten Weapons, available at https://www.youtube.com/watch?v=2dZLeEUE940 | | | | | |
| 505 | Serial Murder: Multi-Disciplinary Perspectives for Investigators. U.S. Dept. of Justice, Federal Bureau of Investigation (2008), available at https://www.fbi.gov/stats-services/publications/serial-murder#director | | | | | |
| 506 | U.S. Secret Service, Mass Attacks in Public Spaces - 2019: 4 (Aug. 2020), available at https://www.secretservice.gov/sites/default/files/reports/2020-09/MAPS2019.pdf | | | | | |
| 507 | FN Announces Release of CA-Compliant Rifles. NF America, Press Release (Aug. 1, 2017) | | | | | |

| No. | Description | Stipulated | Objection(s) | Pre-Admit. *(Court Use Only)* | Ident. *(Court Use Only)* | Admit. *(Court Use Only)* |
|---|---|---|---|---|---|---|
| | **DEFENDANTS' EXHIBITS** | | | | | |
| 508 | Table 1. Mass Shootings in Which Shooter(s) Used Magazines With a Capacity Over 10 Rounds, United States, 1994–2013. Kleck, Gary. Large-Capacity Magazines and the Casualty Counts in Mass Shootings: The Plausibility of Linkages, Justice Research and Police Vol 17(I) 28-47 (2016).DOI: 10.1177/1525107116674926 | | | | | |
| 509 | *U.S. v. Earnest*, United States District Court, Southern District of California, No. 3-19-cr-1850-AJB, Change of Plea Transcript (Sep. 17, 2021) | | | | | |
| 510 | *Eyre* Declaration of Jason Myers | | | | | |
| 511 | Second Declaration of Jason Myers (ECF 77) | | | | | |
| 512 | Oregon State Sheriffs' Association Permit-to-Purchase Tracking Spreadsheet | | | | | |
| 513 | Duncan, et al. v. Bonta, United States District Court, Southern District of California, No. 3:17-cv-01017-BEN-JLB, Declaration of John D. Echeverria re Submission of Surveys in Response to the Court's Order Entered on December 15, 2022 (Jan. 11, 2023) | | | | | |
| 514 | Duncan, et al. v. Bonta, United States District Court, Southern District of California, No. 3:17-cv-01017-BEN-JLB, Plaintiffs' Disagreements re Defendant's Survey of Relevant Statutes (Pre-Founding –1930s), Attached to Declaration of John D. Echeverria re Submission of Surveys in Response to the Court's Order Entered on December 15, 2022 (Jan. 11, 2023) | | | | | |

| No. | Description | Stipulated | Objection(s) | Pre-Admit. *(Court Use Only)* | Ident. *(Court Use Only)* | Admit. *(Court Use Only)* |
|---|---|---|---|---|---|---|
| 515 | Duncan, et al. v. Bonta, United States District Court, Southern District of California, No. 3:17-cv-01017-BEN-JLB, Defendant's Survey of Relevant Statutes, Part 1 (Pre-Founding - 1888), Attached to Declaration of John D. Echeverria re Submission of Surveys in Response to the Court's Order Entered on December 15, 2022 (Jan. 11, 2023) | | | | | |
| 516 | Duncan, et al. v. Bonta, United States District Court, Southern District of California, No. 3:17-cv-01017-BEN-JLB, Defendant's Survey of Relevant Statutes, Part 2 (1889-1930s), Attached to Declaration of John D. Echeverria re Submission of Surveys in Response to the Court's Order Entered on December 15, 2022 (Jan. 11, 2023) | | | | | |
| 517 | ORS Chapter 166 (2021) | | | | | |
| 518 | Union Co Sheriff Online CHL | | | | | |
| 519 | Union County Sheriff's Office Email and Draft M114 Training (Dec. 1, 2022) | | | | | |
| 520 | Union County Sheriff's Office Email and Draft Presentation re Measure 114 and Permit to Purchase (Dec. 2, 2022) | | | | | |
| 521 | Oregon Concealed Handgun Licensing | | | | | |
| 522 | OACP-OSSA - BM 114, Permit to Purchase Process, Updated 3-15-2023 | | | | | |
| 523 | OACP-OSSA - BM 114, Best Practices for Certifying Instructors for BM 114 Training and In-Person Demo, Updated 3-15-2023 | | | | | |
| 524 | OACP-OSSA - BM 114, In-Person Demonstration Certificate, Updated 3-15-2023 | | | | | |

Table title: **DEFENDANTS' EXHIBITS**

| No. | Description | Stipulated | Objection(s) | Pre-Admit. *(Court Use Only)* | Ident. *(Court Use Only)* | Admit. *(Court Use Only)* |
|---|---|---|---|---|---|---|
| | **DEFENDANTS' EXHIBITS** | | | | | |
| 525 | OACP-OSSA - BM 114, In-Person Demonstration Procedures and FAQ, Updated 3-15-2023 | | | | | |
| 526 | Sherman County Concealed Handgun License Procedure | | | | | |
| 527 | Oregon State Sheriffs' Association Concealed Handgun Licensing Website, https://oregonchl.org/, visited May 14, 2023. | | | | | |
| 528 | Oregon State Sheriffs' Association CHL & Purchase Permit Course, https://oregonsheriffs.org/chl/, visited May 14, 2023. | | | | | |
| 529 | OSSA Civil Manual 2021 Edition | | | | | |
| 530 | Oregon Permit to Purchase Application | | | | | |
| 531 | Oregon Permit to Purchase Application (Dec. 2022), available at https://www.oregon.gov/osp/Docs/Oregon%20Permit%20to%20Purchase%20Application-v5-%20December%2012,%202022.pdf | | | | | |
| 532 | Process Map: Fingerprinting, Nov. 21, 2022 | | | | | |
| 533 | Process Map: Permit to Purchase, Nov. 29, 2022 | | | | | |
| 534 | Process Map: Permitting Agents, Dec. 1, 2022 | | | | | |
| 535 | Curriculum Vitae of Lucy Allen | | | | | |
| 536 | Allen Declaration Table (p. 8). Number of Shots Fired in Self-Defense Based on NRA Armed Citizen Incidents in the United States, January 2011 - May 2017 | | | | | |
| 537 | Allen Declaration Table (p. 13). Number of Shots Fired in Self-Defense in the Home Based on Random Selection of Articles from Factiva, January 2011 - May 2017 | | | | | |

| No. | Description | Stipulated | Objection(s) | Pre-Admit. *(Court Use Only)* | Ident. *(Court Use Only)* | Admit. *(Court Use Only)* |
|---|---|---|---|---|---|---|
| | **DEFENDANTS' EXHIBITS** | | | | | |
| 538 | Allen Declaration Table (p. 18). Numbers of Fatalities and Injuries in Public Mass Shootings, 1982 - October 2022 | | | | | |
| 539 | Allen Declaration Table (p.22). Number of Guns Involved per Mass Shooting | | | | | |
| 540 | Allen Declaration Ex. B. Public Mass Shootings Data, 1982 - October 2022 | | | | | |
| 541 | Allen Declaration Table (p. 12). Average Number of News Stories by Number of Shots Fired in Factiva Stories on Incidents of Self-Defense with a Firearm, January 2011 | | | | | |
| 542 | Allen Declaration Table (p. 20). Comparison of Studies on the Use of Large-Capacity Magazines in Mass Shootings | | | | | |
| 543 | Allen Declaration Table (p. 30). Number of News Stories Covering Mass Shootings | | | | | |
| 544 | Curriculum Vitae of Brian DeLay | | | | | |
| 545 | April 18, 1806, entry by Meriwether Lewis, Journals of the Lewis & Clark Expedition, available at https://lewisandclarkjournals.unl.edu/item/lc.jrn.1806-04-18#lc.jrn.1806-04-18.01 | | | | | |
| 546 | August 30, 1803, entry by Meriwether Lewis, Journals of the Lewis & Clark Expedition, available at https://lewisandclarkjournals.unl.edu/item/lc.mult.1803-08-30kloefkorn | | | | | |

| | DEFENDANTS' EXHIBITS | | | | | |
|---|---|---|---|---|---|---|
| No. | Description | Stipulated | Objection(s) | Pre-Admit. (Court Use Only) | Ident. (Court Use Only) | Admit. (Court Use Only) |
| 547 | Mauser Model 712 "Schnellfeuer" Machine Pistol image on the NRA Museums Website, available at https://www.nramuseum.org/guns/the-galleries/world-war-i-and-firearms-innovation/case-34-world-war-i-the-central-powers/dwm-model-1914-artillery-luger-snail-drum-magazine.aspx | | | | | |
| 548 | DMW Model 1914 Artillery Luger Snail Drum Magazine image on the NRA Museums Website, available at https://www.nramuseum.org/umbraco/ImageGen.ashx?image=/media/37959/11078_r.jpg&class=mainImage | | | | | |
| 549 | Henry Rifle 1860 Instruction Manual, available at http://www.ubertireplicas.com/wp-content/uploads/2018/08/Manuale-Istruzioni-1860-HENRY.pdf | | | | | |
| 550 | Henry Rifle Patent Drawing, 1860, available at https://en.wikipedia.org/wiki/Henry_rifle#/media/File:Patent_drawing_Henry_Rifle.jpg | | | | | |
| 551 | Puckle Gun Images, Institute of Military Technology, available at https://www.instmiltech.com/the-puckle-gun/ | | | | | |
| 552 | Puckle Gun Patent, 1718, Institute of Military Technology, available at https://www.instmiltech.com/the-puckle-gun/ | | | | | |
| 553 | Lorenzoni Repeating Flintlock images, Met Museum, available at https://www.metmuseum.org/art/collection/search/788263 | | | | | |

| No. | Description | Stipulated | Objection(s) | Pre-Admit. *(Court Use Only)* | Ident. *(Court Use Only)* | Admit. *(Court Use Only)* |
|---|---|---|---|---|---|---|
| | **DEFENDANTS' EXHIBITS** | | | | | |
| 554 | Vanderlinden, Anthony, Winchester Lever-Actions Go To War, NRA American Rifleman (June 11, 2015). https://www.americanrifleman.org/content/winchester-lever-actions-go-to-war/ | | | | | |
| 555 | Curriculum Vitae of Louis Klarevas  [Klarevas Decl. Ex. A] | | | | | |
| 556 | Dataset maintained by Louis Klarevas  [Klarevas Decl. Ex. C] | | | | | |
| 557 | Louis Klarevas, "Rampage Nation: Securing America from Mass Shootings" (Prometheus Books): page 239-243. [Klarevas Decl. Ex. I] | | | | | |
| 558 | Louis Klarevas, et al., "The Effect of Large-Capacity Magazine Bans on High-Fatality Mass Shootings," 109 American Journal of Public Health 1754 (2019)  [Klarevas Decl. Ex. J] | | | | | |
| 559 | Charles DiMaggio, et al., "Changes in US Mass Shooting Deaths Associated with the 1994-2004 Federal Assault Weapons Ban: Analysis of Open-Source Data," 86 Journal of Trauma and Acute Care Surgery 11 (2019)  [Klarevas Decl. Ex. K] | | | | | |
| 560 | Lori Post, et al., "Impact of Firearm Surveillance on Gun Control Policy: Regression Discontinuity Analysis," 7 JMIR Public Health and Surveillance (2021)  [Klarevas Decl. Ex. L] | | | | | |
| 561 | Philip J. Cook and John J. Donohue, "Regulating Assault Weapons and Large-Capacity Magazines for Ammunition," 328 JAMA, September 27, 2022 [Klarevas Decl. Ex. M] | | | | | |
| 562 | Klarevas Declaration Table 2. The Use of LCMs in the Deadliest Acts of Intentional Criminal Violence in the U.S. since 9/11 | | | | | |

| No. | Description | Stipulated | Objection(s) | Pre-Admit. (Court Use Only) | Ident. (Court Use Only) | Admit. (Court Use Only) |
|---|---|---|---|---|---|---|
| **DEFENDANTS' EXHIBITS** |
| 563 | Klarevas Declaration Table 3. The Average Death Tolls Associated with the Use of LCMs in High-Fatality Mass Shootings in the U.S., 1990-2022 | | | | | |
| 564 | Klarevas Declaration Table 4. Mass Shootings Resulting in Double-Digit Fatalities in U.S. History, 1776-2022 | | | | | |
| 565 | Klarevas Declaration Table 5. Firearm Models Sold with Factory-Issue LCMs in U.S., 1955-1995 | | | | | |
| 566 | Klarevas Declaration Table 6. Incidence and Fatality Rates for High-Fatality Mass Shootings, by Whether or Not Bans on LCMs Were in Effect, 1990-2022 | | | | | |
| 567 | Klarevas Declaration Figure 1. Annual Trends in High-Fatality Mass Shooting Incidents, 1990-2022 | | | | | |
| 568 | Klarevas Declaration Figure 2. Annual Trends in High-Fatality Mass Shooting Fatalities, 1990-2022 | | | | | |
| 569 | Klarevas Declaration Figure 3. Share of High-Fatality Mass Shooting Incidents Involving LCMs, 1990-2022 | | | | | |
| 570 | Klarevas Declaration Figure 4. Share of High-Fatality Mass Shooting Deaths Resulting from Incidents Involving LCMs, 1990-2022 | | | | | |
| 571 | Klarevas Declaration Figure 5. Percentage of High-Fatality Mass Shootings Involving LCMs by Fatality Threshold, 1990-2022 | | | | | |
| 572 | Klarevas Declaration Figure 6. Mass Shootings Resulting in Double-Digit Fatalities in U.S. History, 1776-2022 | | | | | |

| No. | Description | Stipulated | Objection(s) | Pre-Admit. *(Court Use Only)* | Ident. *(Court Use Only)* | Admit. *(Court Use Only)* |
|---|---|---|---|---|---|---|
| | **DEFENDANTS' EXHIBITS** | | | | | |
| 573 | Klarevas Declaration Figure 7. Mass Shootings Resulting in Double-Digit Fatalities in U.S. History, 1949-2022 | | | | | |
| 574 | Curriculum Vitae of David McDowall, Ph.D. [McDowall Decl. Ex. A] | | | | | |
| 575 | Cook, P. & Ludwig, J., "Defensive Gun Uses: New Evidence from a National Survey," Journal of Quantitative Criminology, Vol. 14, No. 2, 1998, pp. 111-131. | | | | | |
| 576 | Cook, P, Ludwig, J, & Hemenway, D. "The Gun Debate's New Mythical Number: How Many Defensive Uses Per Year?" Journal of Policy Analysis and Management, Volume 16, 1997, pp. 463-469 | | | | | |
| 577 | Hemenway, D., "Survey Research and Self-Defense Gun Use: An Explanation of Extreme Overestimates," Journal of Criminal Law and Criminology, Vol. 87, Issue 4, 1997, pp. 1430-1445 | | | | | |
| 578 | Wellford, C., Pepper, J., and Petrie, C., "Firearms and Violence: A Critical Review," National Research Council of the National Academies, Ch. 52005, pp.102-119 | | | | | |
| 579 | McDowall, D., and Wiersema, B., "The Incidence of Defensive Firearm Use by US Crime Victims, 1987 through 1990." American Journal of Public Health, Volume 84, Number 12, 1994, pp. 1982-1984 | | | | | |
| 580 | Rand, M., Guns and Crime (NCJ-147003), Washington, DC, U.S. Bureau of Justice Statistics, 1994 | | | | | |

| No. | Description | Stipulated | Objection(s) | Pre-Admit. *(Court Use Only)* | Ident. *(Court Use Only)* | Admit. *(Court Use Only)* |
|---|---|---|---|---|---|---|
| | **DEFENDANTS' EXHIBITS** | | | | | |
| 581 | Smith, T., "A Call for a Truce in the DGU War," Journal of Criminal Law & Criminology, Vol. 87, No. 4, 1997, pp. 1462-1469 | | | | | |
| 582 | Curriculum Vitae of Roger Pauly | | | | | |
| 583 | 17th century Musket Manual, available at https://commons.wikimedia.org/wiki/File:Manual_of_the_Musketeer,_17th_Century.jpg | | | | | |
| 584 | Photograph: Early Matchlock Design, available at https://commons.wikimedia.org/wiki/File:PS8004046.jpg | | | | | |
| 585 | Photograph Wheel Lock in the Firing Position, available at https://commons.wikimedia.org/wiki/File:Wheellock_mechanism_01.png | | | | | |
| 586 | Photograph: Flintlock Mechanism, available at https://commons.wikimedia.org/wiki/File:Flintlock_Blunderbuss_MET_DP165769.jpg | | | | | |
| 587 | Photograph: Brown Bess Musket, available at https://commons.wikimedia.org/wiki/File:Richard_Wilson_Brown_Bess_Musket_tranparent.png | | | | | |
| 588 | Photograph: 1808 American Rifle, available at https://commons.wikimedia.org/wiki/File:Virginia_Manufactory_1808_Contract_Flintlock_Rifle-NMAH-AHB2015q037944.jpg | | | | | |
| 589 | Photograph: Two Minie Balls, available at https://commons.wikimedia.org/wiki/File:Minie_Balls.jpg | | | | | |
| 590 | Photograph: Percussion Lock, available at https://commons.wikimedia.org/wiki/File:Perkussionsschloss-Le_Page-in-Laderast.jpg | | | | | |

| No. | Description | Stipulated | Objection(s) | Pre-Admit. (Court Use Only) | Ident. (Court Use Only) | Admit. (Court Use Only) |
|---|---|---|---|---|---|---|
| | **DEFENDANTS' EXHIBITS** | | | | | |
| 591 | Photograph: 1851 Model Colt Pistol, available at https://commons.wikimedia.org/wiki/File:Colt_Model_1851_Navy_Percussion_Revolver,_serial_no._2_MET_LC-68_157_2-015.jpg | | | | | |
| 592 | Photograph Sharps Breechloader in closed position, available at https://commons.wikimedia.org/wiki/File:Sharps_Carbine_close-up.jpg | | | | | |
| 593 | Photograph Sharps Breechloader in open position, available at https://commons.wikimedia.org/wiki/File:Sharps_Rifle_Action.JPG | | | | | |
| 594 | Photograph: Late Nineteenth Century Metal Cartridges, available at https://commons.wikimedia.org/wiki/File:Cal_45_LongColt.JPG | | | | | |
| 595 | Photograph: Henry Rifle, available at https://commons.wikimedia.org/wiki/File:NMAH-2004-26295-12.jpg | | | | | |
| 596 | Photograph: Reloading the Henry Rifle, available at https://commons.wikimedia.org/wiki/File:Henry_rifle_operation_03_loading_up_the_cartridges.jpg | | | | | |
| 597 | Photograph: Lee-Metford Rifle, available at https://commons.wikimedia.org/wiki/File:Lee-Metford_Mk_II_-_AM.032034.jpg | | | | | |
| 598 | Photograph: Gatling Gun, available at https://commons.wikimedia.org/wiki/File:Gatling_gun,_British_1865_(16837609147).jpg | | | | | |
| 599 | Photograph: Maxim Gun, available at https://commons.wikimedia.org/wiki/File:Metralhadora_1884.jpg | | | | | |

| DEFENDANTS' EXHIBITS | | | | | | |
|---|---|---|---|---|---|---|
| No. | Description | Stipulated | Objection(s) | Pre-Admit. *(Court Use Only)* | Ident. *(Court Use Only)* | Admit. *(Court Use Only)* |
| 600 | Photograph: Colt M1911, available at https://commons.wikimedia.org/wiki/File:M1911A1.png | | | | | |
| 601 | Photograph: Artillery Luger, available at https://commons.wikimedia.org/wiki/File:Arty08.jpg | | | | | |
| 602 | Photograph: Bergmann Machine Pistol 18, available at https://commons.wikimedia.org/wiki/File:Bergmann_MP18.1_noBG.png | | | | | |
| 603 | Photograph: Thompson Submachine Gun, available at https://commons.wikimedia.org/wiki/File:Thompson_submachine_gun_noBG.png | | | | | |
| 604 | Photograph: StG44 Sturmgewahr, available at https://commons.wikimedia.org/wiki/File:Sturmgewehr_44.jpg | | | | | |
| 605 | Photograph: Comparison M-16A2 and AK-47, available at https://commons.w0ikimedia.org/wiki/File:M16_and_AK-47_comparison.png | | | | | |
| 606 | Curriculum Vitae of Brennan Rivas | | | | | |
| 607 | Confederate Bowie Knife and Scabbard, National Museum of American History, https://americanhistory.si.edu/collections/search/object/nmah_438749 | | | | | |
| 608 | Curriculum Vitae of Dr. Michael Siegel, MD | | | | | |
| 609 | Siegel M, Goder-Reiser M, Duwe G, Rocque M, Fox JA, Fridel EE. The Relation Between State Gun Laws and the Incidence and Severity of Mass Public Shootings in the United States, 1976–2018. Law and Human Behavior 2020; 44(5):347-36 | | | | | |

| | DEFENDANTS' EXHIBITS | | | | | |
|---|---|---|---|---|---|---|
| No. | Description | Stipulated | Objection(s) | Pre-Admit. *(Court Use Only)* | Ident. *(Court Use Only)* | Admit. *(Court Use Only)* |
| 610 | Siegel M, Solomon B, Knopov A, Rothman EF, Cronin SW, Xuan Z, Hemenway D. The impact of state firearm laws on homicide rates in suburban and rural areas compared to large cities in the United States, 1991-2016. Journal of Rural Health 2020; 36(2):255-265 | | | | | |
| 611 | Klarevas, L., Conner, A., & Hemenway, D. (2019). The effect of large capacity magazine bans on high-fatality mass shootings, 1990–2017. American Journal of Public Health, 109, 1754–1761 | | | | | |
| 612 | Koper, C. S. (2020). Assessing the potential to reduce deaths and injuries from mass shootings through restrictions on assault weapons and other high-capacity semiautomatic firearms. Criminology & Public Policy, 19, 147–170 | | | | | |
| 613 | Koper, C. S., Johnson, W. D., Nichols, J. L., Ayers, A., & Mullins, N. (2018). Criminal use of assault weapons and high capacity semiautomatic firearms: An updated examination of local and national sources. Journal of Urban Health, 95, 313–321 | | | | | |
| 614 | Webster, D. W., McCourt, A. D., Crifasi, C. K., Booty, M. D., & Stuart, E. A. (2020). "Evidence concerning the regulation of firearms design, sale, and carrying on fatal mass shootings in the United States." Criminology & Public Policy, 19, 171–212 | | | | | |
| 615 | Cannon, A. Mayhem multiplied: Mass shooters and assault weapons. New York: Citizens Crime Commission of New York City (2018) | | | | | |

| No. | Description | Stipulated | Objection(s) | Pre-Admit. *(Court Use Only)* | Ident. *(Court Use Only)* | Admit. *(Court Use Only)* |
|---|---|---|---|---|---|---|
| | **DEFENDANTS' EXHIBITS** | | | | | |
| 616 | Dillon, L. Mass shootings in the United States: An exploratory study of the trends from 1982–2012 (2013, Master's thesis). Fairfax: Department of Criminology, Law and Society, George Mason University | | | | | |
| 617 | Gius, M. (2015). The impact of state and federal assault weapons bans on public mass shootings. Applied Economics Letters, 22, 281–284. http://dx.doi.org/10.1080/13504851.2014.939367 | | | | | |
| 618 | Liu Y, Siegel M, Sen B. Association of state-level firearm-related deaths with firearm laws in neighboring states. JAMA Network Open 2022; 5(11):e2240750 | | | | | |
| 619 | McCourt, Crifasi CK, Stuart EA, et al. Purchaser licensing, point-of-sale background check laws, and firearm homicide and suicide in 4 US states, 1985-2017. American Journal of Public Health 2020; 110(10):1546-1552 | | | | | |
| 620 | Crifasi CK, Merrill-Francis M, McCourt A, Vernick JS, Wintemute GH, Webster DW. Association between firearm laws and homicide in urban counties. J Urban Health 2018; 95:383-390. https://link.springer.com/article/10.1007/s11524-018-0273-3 | | | | | |
| 621 | Crifasi CK, Merrill-Francis M, McCourt A, Vernick JS, Wintemute GH, Webster DW. Correction to: Association between firearm laws and homicide in urban counties. J Urban Health 2018; 95(5):773-776 | | | | | |

| No. | Description | Stipulated | Objection(s) | Pre-Admit. *(Court Use Only)* | Ident. *(Court Use Only)* | Admit. *(Court Use Only)* |
|---|---|---|---|---|---|---|
| | **DEFENDANTS' EXHIBITS** | | | | | |
| 622 | Rudolph KE, Stuart EA, Vernick JS, Webster DW. Association between Connecticut's permit-to-purchase handgun law and homicides. American Journal of Public Health 2015; 105(8):e49-e54 | | | | | |
| 623 | Webster DW, Crifasi DK, Vernick JS. Effects of repeal of Missouri's handgun purchaser licensing law on homicides. J Urban Health 2014; 91(2):293-302. https://link.springer.com/article/10.1007/s11524-014-9865-8 | | | | | |
| 624 | Lester D, Murrell ME. The preventive effect of strict gun control laws on suicide and homicide. Suicide and Life-Threatening Behavior 1982; 12:131–140. https://onlinelibrary.wiley.com/doi/abs/10.1111/j.1943-278X.1982.tb00935 | | | | | |
| 625 | Crifasi CK, McCourt AD, Webster DW. The Impact of Handgun Purchaser Licensing on Gun Violence. Baltimore, MD: Johns Hopkins Bloomberg School of Public Health, Center for Gun Policy and Research; 2019 | | | | | |
| 626 | Sumner SA, Layde PM, Guse CE. Firearm death rates and association with level of firearm purchase: An explanatory study. American Journal of Preventive Medicine 2012; 55:346-350 | | | | | |
| 627 | U.S. General Accounting Office. Gun Control: Implementation of the National Instant Criminal Background Check System 13 (Feb. 2000) | | | | | |

| No. | Description | Stipulated | Objection(s) | Pre-Admit. *(Court Use Only)* | Ident. *(Court Use Only)* | Admit. *(Court Use Only)* |
|---|---|---|---|---|---|---|
| | **DEFENDANTS' EXHIBITS** | | | | | |
| 628 | Siegel Declaration Table A: Studies Examining the Effectiveness of State-Level Large Capacity Ammunition Magazine Bans on the Incidence and Severity of Mass Public Shootings | | | | | |
| 629 | Siegel Declaration Table B: Studies Examining the Effectiveness of State Gun Permit Requirements in Reducing Firearm Homicide Rates | | | | | |
| 630 | Koper, C.S. (2004). An updated assessment of the Federal Assault Weapons Ban: Impacts on gun markets and gun violence, 1994-2003 (Report to the National Institute of Justice). Philadelphia: Jerry Lee Center of Criminology, University of Pennsylvania | | | | | |
| 631 | Criminal Justice Information Services Division of the Federal Bureau of Investigation, U.S. Department of Justice. National Instant Criminal Background Check System (NICS) Operations 2019. https://www.fbi.gov/file-repository/2019-nics-operations-report.pdf | | | | | |
| 632 | Curriculum Vitae of Robert Spitzer  [Spitzer Decl. Ex. A] | | | | | |
| 633 | Firearm Hardware Restrictions Table (Years of Enactment) [Spitzer Decl. Ex. B] | | | | | |
| 634 | Dangerous Weapons Restrictions (Years of Enactment)  [Spitzer Decl. Ex. C] | | | | | |
| 635 | Machine Gun and Semi-Automatic Firearms Laws [Spitzer Decl. Ex. D] | | | | | |
| 636 | Dangerous Weapons Laws [Spitzer Decl. Ex. E] | | | | | |
| 637 | Trap Gun Restrictions  [Spitzer Decl. Ex. F] | | | | | |

| No. | Description | Stipulated | Objection(s) | Pre-Admit. (Court Use Only) | Ident. (Court Use Only) | Admit. (Court Use Only) |
|---|---|---|---|---|---|---|
| | **DEFENDANTS' EXHIBITS** | | | | | |
| 638 | "The Man Trap," Newspapers by Ancestry.com 1870  [Spitzer Decl. Ex. G] | | | | | |
| 639 | Bowie Knife Laws by Type [Spitzer Decl. Ex. H] | | | | | |
| 640 | Gunpowder Gun Laws  [Spitzer Decl. Ex. I] | | | | | |
| 641 | Gunpowder Storage/Use Laws [Spitzer Decl. Ex. J] | | | | | |
| 642 | Report of Firearms Committee, 38th Conference Handbook of the National Conference on Uniform State Laws and Proceedings of the Annual Meeting 422–23 (1928) | | | | | |
| 643 | "Uniform Machine Gun Act," National Conference of Commissioners on Uniform State Laws, Forty-Second Annual Conference, Washington, D.C., October 4-10, 1932, https://www.titleii.com/bardwell/1932_uniform_machine_gun_act.txt | | | | | |
| 644 | Robert J. Spitzer, "Gun Law History in the United States and Second Amendment Rights," Law and Contemporary Problems 80 (2017): 68–71 | | | | | |
| 645 | Curriculum Vitae of Kevin Sweeney | | | | | |
| 646 | Sweeney Declaration Ex. B. Drawing of Repeating Gun | | | | | |
| 647 | De Witt Bailey, "The Wilson Gunmakers to Empire, 1730-1832" American Society of Arms Collectors Bulletin No. 85, 1935 | | | | | |
| 648 | Correspondence between John [sic.] Belton and the Continental Congress, available at https://en.wikisource.org/wiki/Correspondence_between_John_Belton_and_the_Continental_Congress, exported May 2, 2023 | | | | | |

| No. | Description | Stipulated | Objection(s) | Pre-Admit. *(Court Use Only)* | Ident. *(Court Use Only)* | Admit. *(Court Use Only)* |
|---|---|---|---|---|---|---|
| DEFENDANTS' EXHIBITS | | | | | | |
| 649 | Benjamin Franklin to Silas Deane, August 27, 1775 in Papers of Benjamin Franklin, Vol. 22, 183-185 | | | | | |
| 650 | Declaration Table 1. Firearms in Probate Inventories of Male Decedents Filed between 1740-1800 | | | | | |
| 651 | Declaration Table 2. Partial Virginia Militia Returns Indicating Types of Arms in Use, 1781-1784 | | | | | |
| 652 | Curriculum Vitae of James Yurgealitis | | | | | |
| 653 | Glock 2022 Buyer's Guide, available at https://us.glock.com, last accessed Dec. 11, 2022 | | | | | |
| 654 | Glock 2023 Buyer's Guide, downloaded from https://us.glock.com/en/downloadable-materials, last accessed May 13, 2023 | | | | | |
| 655 | Magpul PMAG 10 AK/AKM MOE, available at https://magpul.com/firearm-accessories/pmags/ak-akm/pmag-10-ak-akm-moe.html | | | | | |
| 656 | Magpul PMAG 10 GL9, 9x19 – GLOCK G17, available at https://magpul.com/firearm-accessories/pmags/pmag-10-gl9-glock-g17.html | | | | | |
| 657 | Magpul PMAG 10 AR/M4 GEN M3 – GLOCK G17, available at https://magpul.com/firearm-accessories/pmags/pmag-10-ar-m4-gen-m3.html | | | | | |
| 658 | Ruger Pistols Available in Massachusetts, https://ruger.com/search/state_ma/pistol | | | | | |
| 659 | Sentry Tactical AR-15, available at https://sentrytactical.com/sentry-hexmag-ar-15-m4-m16-magazine-series-2-10-rds/ | | | | | |

| No. | Description | Stipulated | Objection(s) | Pre-Admit. *(Court Use Only)* | Ident. *(Court Use Only)* | Admit. *(Court Use Only)* |
|---|---|---|---|---|---|---|
| | **DEFENDANTS' EXHIBITS** | | | | | |
| 660 | Sig Sauer P226 MK25 Pistol, available at https://www.sigsauer.com/p226-mk25-full-size.html | | | | | |
| 661 | Sig Sauer P365-380 Pistol, available at https://www.sigsauer.com/p365-380.html | | | | | |
| 662 | Smith & Wesson - State Compliance (Massachusetts), last accessed Dec. 11, 2022 | | | | | |
| 663 | Image of Colt AR-15, from Colt's 1964 Dealer Catalog, https://thecoltar15resource.com/1964-catalog/ | | | | | |
| 664 | Image of 10-round magazine for Browning 9mm "Hi Power" semiautomatic pistol, https://www.brownells.com/gun-parts/magazines/handgun-magazines-parts/magazine-10-round-browning-high-power/ | | | | | |
| 665 | Page from Smith & Wesson's online catalog, rifle with 10-round capacity, https://www.smith-wesson.com/product/m-p-15-sport-ii-compliant | | | | | |
| 666 | Page from Sportsman's Warehouse online catalog, California Compliant Glock Pistols, https://www.sportsmans.com/shooting-gear-gun-supplies/handguns/glock-19-9mm-luger402in-black-nitrite-pistol-101-rounds-california-compliant/p/1155366 | | | | | |
| 667 | Page from Mec-Gar 10-online catalog, 10-round magazines for use in firearms that come with high capacity magazines, https://mec-gar.com/shop/magazines/sig-sauer/sig-sauer-p229-1-9mm-10-round/ | | | | | |

| \_ | \_ | \_ | \_ | \_ | \_ | \_ |
|-----|-----|-----|-----|-----|-----|-----|
| **DEFENDANTS' EXHIBITS** | | | | | | |
| No. | Description | Stipulated | Objection(s) | Pre-Admit. *(Court Use Only)* | Ident. *(Court Use Only)* | Admit. *(Court Use Only)* |
| 668 | Page from ProMag online catalog, 10-round magazines for use in firearms that come with high capacity magazines, https://promagindustries.com/fits-the-glock-model-17-19-26-9mm-10-rd-black-polymer/ | | | | | |
| 669 | Email from Danny Michael, Curator, Cody Museum to Sweeney re Lukens air gun (Nov. 2, 2022) | | | | | |
| 670 | Letter from Benjamin Franklin to George Washington re Belton submarine (July 22, 1776), available at https://founders.archives.gov/documents/Washington/03-05-02-0311 | | | | | |
| 671 | Spitzer Declaration Table 1. Ammunition Magazine Restrictions in 23 States, 1917-1934 | | | | | |

DATED: May 15, 2023.

ELLEN ROSENBLUM
ATTORNEY GENERAL
FOR THE STATE OF OREGON

By:    *s/Hannah K. Hoffman*

Harry B. Wilson, OSB #077214
HarryWilson@MarkowitzHerbold.com
Hannah K. Hoffman, OSB #183641
HannahHoffman@MarkowitzHerbold.com
*Special Assistant Attorneys General for Defendants*

Brian Simmonds Marshall, OSB #196129
brian.s.marshall@doj.state.or.us
*Of Attorney for Defendants*

1448569