# Deposition of Massad F. Ayoob

# Oregon Firearms Federation, Inc., et al. v. Brown, et al.

# January 16, 2023



**206.287.9066 | 800.846.6989**

1325 Fourth Avenue, Suite 1840, Seattle, Washington 98101
www.buellrealtime.com
email: info@buellrealtime.com



Case 2:22-cv-01815-IM   Document 175-1   Filed 05/15/23   Page 2 of 9

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                    Massad F. Ayoob

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

_____

| OREGON FIREARMS FEDERATION, | ) | |
| INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) Case Nos. | |
| | ) 2:22-cv-01815-IM | |
| v. | ) 3:22-cv-01859-IM | |
| | ) 3:22-cv-01862-IM | |
| KATE BROWN, et al., | ) 3:22-CV-01869-IM | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| | ) | |
| (Continued) | ) | |

_____

* VIDEOCONFERENCE *

VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION

OF EXPERT

MASSAD F. AYOOB
_____

Witness located in:
Live Oak, Florida


* All participants appeared via videoconference *



DATE TAKEN:    January 16, 2023

REPORTED BY:   Tia B. Reidt, Washington RPR, CCR 2798
               Oregon # 22-0001

BUELL REALTIME REPORTING, LLC
206.287.9066  I  800.846.6989

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                    Massad F. Ayoob

Page 2

```
 1  _____
 2              (Continued)              )
                                         )
 3  MARK FITZ, et al.,                   )
                                         )
 4                  Plaintiffs,          )
         v.                              )
 5                                       )
    ELLEN F. ROSENBLUM, et al.,          )
 6                                       )
                    Defendants.          )
 7  _____ )
    KATERINA B. EYRE, et al.,            )
 8                                       )
                    Plaintiffs,          )
 9       v.                              )
                                         )
10  ELLEN F. ROSENBLUM, et al.,          )
                                         )
11                  Defendants.          )
    _____ )
12  DANIEL AZZOPARDI, et al.,            )
                                         )
13                  Plaintiffs,          )
         v.                              )
14                                       )
    ELLEN F. ROSENBLUM, et al.,          )
15                                       )
                    Defendants.          )
16                                       )
    _____
17
18
19
20
21
22
23
24
25
```

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

Ex. 1 - Wilson Decl.
Page 3 of 9
492877f8-20cf-4df5-986a-2e6907f00627

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                      Massad F. Ayoob

```
                                                              Page 3
 1                          APPEARANCES
 2
     For the Plaintiffs:
 3
                    HANNAH HOFFMAN
 4                  HARRY WILSON
                    MARKOWITZ HERBOLD
 5                  1455 SW Broadway, Suite 1900
                    Portland, OR 97201
 6                  (503) 972-5076
                    Hannahhoffman@markowitzherbold.com
 7
     For Fitz and Azzopardi plaintiffs:
 8
                    JAMES L. BUCHAL
 9                  MURPHY & BUCHAL, LLP
                    P.O. Bos 86620
10                  Portland, OR 97286
                    (503) 227-1011
11                  Jbuchal@mbllp.com
12
     For the Proposed Intervenor-Defendant Oregon Alliance
13   for Gun Safety:
14
                    ZACHARY J. PEKELIS
15                  PACIFICA LAW GROUP
                    1191 Second Avenue, Suite 2000
16                  Seattle, WA 98101
                    (206) 245-1700
17                  Zach.Pekelis@PacificaLawGroup.com
18
     For Oregon Firearms Federation:
19
                    LEONARD WILLIAMSON
20                  VAN NESS WILLIAMSON
                    960 Liberty Street SE, Suite 100
21                  Salem, OR 97302
                    (503) 365-8800
22                  L.williamson@vwllp.com
23
24
25
```

BUELL REALTIME REPORTING, LLC
206.287.9066 I 800.846.6989

Ex. 1 - Wilson Decl.
Page 4 of 9
492877f8-20cf-4df5-986a-2e6907f00627

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                    Massad F. Ayoob

Page 4

1                    APPEARANCES CONTINUED
2   Videographer:
3                    JASON NEUERBURG
                     BUELL REALTIME REPORTING
4                    1325 Fourth Avenue, Suite 1840
                     Seattle, WA 98101
5                    (206) 287-9066
                     Info@buellrealtime.com
6
7   Also present:
8   Mr. Massad Ayoob's wife
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

BUELL REALTIME REPORTING, LLC
206.287.9066 I 800.846.6989

Ex. 1 - Wilson Decl.
Page 5 of 9
492877f8-20cf-4df5-986a-2e6907f00627

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                    Massad F. Ayoob

Page 5

```
 1                    EXAMINATION INDEX
 2   EXAMINATION BY:                        PAGE
 3   Ms. Hoffman                              7
 4   Mr. Pekelis                             85
 5   Mr. Williamson                         135
 6
 7                      EXHIBIT INDEX
 8
 9   EXHIBIT      DESCRIPTION                PAGE
10   EXHIBIT 5    Declaration of Massad Ayoob.  17
```

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                  Massad F. Ayoob

Page 60

1  BY MS. HOFFMAN:
2      Q.  Mr. Honeycutt is the next paragraph.  I was
3  asking about the South Carolina gun store owner.
4      A.  Okay.
5          That one is also -- he's not one that I
6  interviewed, and that was from a WIS TV dated
7  August 9th, 2012.
8      Q.  So the citations you gave me are also in your
9  declaration, and they're news stories.  How did you
10 find those news stories?
11     A.  Wow.  I don't know -- I don't recall whether I
12 got those from attorneys or, you know, when you're in
13 my business, people are always sending you links to
14 this, that, and the other news story that either
15 supports or opposes your position.
16         So I honestly don't recall.  It may have come
17 simply from a Google search.
18     Q.  Did you ever interview either the Baltimore
19 man or the South Carolina gun store owner?
20     A.  Not those two, no.
21     Q.  Do you know their names?
22     A.  I do not.  Not off the top of my head.  I'm
23 sure we could look -- (inaudible Zoom audio.)
24             (Reporter clarification.)
25             THE WITNESS:  I said I do not know them

BUELL REALTIME REPORTING, LLC
206.287.9066 I 800.846.6989

Ex. 1 - Wilson Decl.
Page 7 of 9
492877f8-20cf-4df5-986a-2e6907f00627

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                    Massad F. Ayoob

Page 73

1  of larger revolvers with six rounds and semiautomatic
2  pistols with higher capacity.
3       Q.   Thanks.
4            Stepping back to the bigger picture a little
5  bit, when you were putting your declaration together,
6  how did you select the examples that you reference in
7  here?
8       A.   Just as they came to me, really.
9       Q.   What do you mean as they came to you?
10      A.   Well, the question is where are situations --
11 what situations can you think of where someone needed
12 more than 10 rounds, and as they occurred to me, they
13 point out --
14      Q.   So as they came to mind?  As -- as they came
15 to your mind?
16      A.   Correct.  Correct.  There was some that I had
17 written about before, so they were the ones that --
18           (inaudible Zoom audio.)
19                (Reporter clarification.)
20           THE WITNESS:  They were the ones I had
21 written about in the past, so they were the ones that
22 occurred to me.
23 BY MS. HOFFMAN:
24      Q.   And in total, how many incidents do you cite
25 in this declaration?

BUELL REALTIME REPORTING, LLC
206.287.9066 I 800.846.6989

Case 2:22-cv-01815-IM   Document 175-1   Filed 05/15/23   Page 9 of 9

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                    Massad F. Ayoob

Page 140

```
 1                C E R T I F I C A T E
 2
 3   STATE OF WASHINGTON
 4   COUNTY OF PIERCE
 5
 6         I, Tia Reidt, a Certified Court Reporter in and
 7   for the State of Washington, do hereby certify that the
 8   foregoing transcript of the deposition of MASSAD F.
 9   AYOOB, having been duly sworn, on January 16, 2023, is
10   true and accurate to the best of my knowledge, skill and
11   ability.
12         IN WITNESS WHEREOF, I have hereunto set my hand
13   and seal this 23rd day of January, 2023.
14
15
16   _____
17                           /S/ Tia B. Reidt
                             Tia B. Reidt, RPR, CCR 22-0001
18                           NOTARY PUBLIC, State of
                             Washington.
19                           My commission expires
                             5/15/2026.
20
21
22
23
24
25
```

BUELL REALTIME REPORTING, LLC
206.287.9066 l 800.846.6989

Ex. 1 - Wilson Decl.
Page 9 of 9
492877f8-20cf-4df5-986a-2e6907f00627