# Deposition of Adam Ralph Braatz

# Oregon Firearms Federation, Inc., et al. v. Brown, et al.

# January 17, 2023



**206.287.9066  |  800.846.6989**
1325 Fourth Avenue, Suite 1840, Seattle, Washington 98101
www.buellrealtime.com
email: info@buellrealtime.com



Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                         Adam Ralph Braatz

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

```
OREGON FIREARMS FEDERATION,     )
INC., et al.,                   )
             Plaintiffs,        )
                                )
     v.                         ) Nos. 2:22-cv-01815-IM
                                )      3:22-cv-01859-IM
KATE BROWN, et al.,             )      3:22-cv-01862-IM
             Defendants.        )      3:22-cv-01869-IM
--------------------------------)
MARK FITZ, et al.,              )
             Plaintiffs,        )
                                )
     v.                         )
                                )
ELLEN F. ROSENBLUM, et al.,     )
             Defendants.        )
--------------------------------)
KATERINA B. EYRE, et al.,       )
             Plaintiffs,        )
                                )
     v.                         )
                                )
ELLEN F. ROSENBLUM, et al.,     )
             Defendants.        )
--------------------------------)
DANIEL AZZOPARDI, et al.,       )
             Plaintiffs,        )
                                )
     v.                         )
                                )
ELLEN F. ROSENBLUM, et al.,     )
             Defendants.        )
```

VIDEOTAPED DEPOSITION OF ADAM RALPH BRAATZ

Taken on behalf of Defendants

January 17, 2023

REPORTED BY:  Robin L. Nodland, Oregon CSR No. 90-0056

BUELL REALTIME REPORTING, LLC
206.287.9066 l 800.846.6989

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                    Adam Ralph Braatz

Page 2

1         VIDEO DEPOSITION OF ADAM RALPH BRAATZ
2              Taken on behalf of Defendants
3                         * * *
4         BE IT REMEMBERED THAT, pursuant to the Federal
5    Rules of Civil Procedure, the video-recorded deposition
6    of ADAM RALPH BRAATZ was taken before Robin L. Nodland,
7    an Oregon Certified Shorthand Reporter, a Registered
8    Diplomate Reporter, and a Certified Realtime Reporter,
9    on Tuesday, January 17, 2023, commencing at the hour of
10   2:05 p.m., in the law offices of JURISLAW LLP, Three
11   Centerpointe Drive, Suite 160, Lake Oswego, Oregon.
12                        * * *

BUELL REALTIME REPORTING, LLC
206.287.9066 I 800.846.6989

Ex. 2 - Wilson Decl.
Page 3 of 7
b23198ab-d08a-4972-8b70-4e594e67dca6

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                Adam Ralph Braatz

```
                                                          Page 3
 1                          APPEARANCES:

 2
         JURISLAW LLP
 3            BY MR. SHAWN M. LINDSAY
              Three Centerpointe Drive
 4            Suite 160
              Lake Oswego, OR  97035
 5            503-968-1475
              shawn@jurislawyer.com
 6            Attorney for Eyre Plaintiffs

 7

 8
         MARKOWITZ HERBOLD PC
 9            BY MS. HANNAH K. HOFFMAN
              1455 SW Broadway
10            Suite 1900
              Portland, OR  97201-3412
11            503-295-3085
              HannahHoffman@MarkowitzHerbold.com
12            Attorney for Defendants

13

14

15       Mr. Rick Majewski, Videographer

16

17                              * * *

18

19

20

21

22

23

24

25
```

BUELL REALTIME REPORTING, LLC
206.287.9066 l 800.846.6989

Oregon Firearms Federation, Inc., et al. v. Brown, et al.        Adam Ralph Braatz

Page 4

1                  EXAMINATION INDEX

2                                       Page

3    Examination by Ms. Hoffman              6

4    Examination by Mr. Lindsay             62

5    Further Examination by Ms. Hoffman      73

6                           * * *

10                     EXHIBIT INDEX

11    No.                Item                  Page

12    Exhibit 10   Declaration of Adam Braatz    10

14    (Attached hereto.)

15                         * * *

BUELL REALTIME REPORTING, LLC
206.287.9066 l 800.846.6989

Oregon Firearms Federation, Inc., et al. v. Brown, et al.   Adam Ralph Braatz

Page 43

| | | |
|---|---|---|
| 1 | 02:58:44 | toaster ovens and clothes and stuff like that. |
| 2 | | Q    How much revenue do you typically bring in on a -- |
| 3 | | just a normal Black Friday weekend? |
| 4 | | A    A normal Black Friday weekend, I believe 65,000 was |
| 5 | 02:59:04 | one of our better years. |
| 6 | | Q    How much revenue did you bring in this past 2022 |
| 7 | | Black Friday weekend? |
| 8 | | A    I believe we beat that by several thousand dollars, |
| 9 | | just because of the timing. |
| 10 | 02:59:22 | Q    What do you mean by "the timing"? |
| 11 | | A    With the -- the Measure 114 going into effect, |
| 12 | | people were trying to get the stuff that they wanted to |
| 13 | | buy before the measure took effect on December 8th. |
| 14 | | Q    So demand increased? |
| 15 | 02:59:37 | A    Demand increased because of Measure 114. |
| 16 | | Q    Going back to some of the comments you heard about |
| 17 | | the permit-to-purchase program, many of your customers |
| 18 | | have a concealed carry permit; right? |
| 19 | | A    Right. |
| 20 | 02:59:52 | Q    Do you ever hear similar comments about concealed |
| 21 | | carry permits? |
| 22 | | A    Like what? |
| 23 | | Q    Do you ever hear a customer say that they don't |
| 24 | | think they should be required to have a concealed carry |
| 25 | 03:00:06 | permit? |

BUELL REALTIME REPORTING, LLC
206.287.9066  I  800.846.6989

Ex. 2 - Wilson Decl.
Page 6 of 7
b23198ab-d08a-4972-8b70-4e594e67dca6

```
 1                        CERTIFICATE

 2            I, Robin L. Nodland, an Oregon Certified

 3   Shorthand Reporter, a Washington Certified Court

 4   Reporter, a Registered Diplomate Reporter, and a

 5   Certified Realtime Reporter, hereby certify that said

 6   witness personally appeared before me at the time and

 7   place set forth in the caption hereof; that at said time

 8   and place I reported in stenotype all testimony adduced

 9   and other oral proceedings had in the foregoing matter;

10   that thereafter my notes were transcribed through

11   computer-aided transcription, under my direction; and

12   that the foregoing pages constitute a full, true and

13   accurate record of all such testimony adduced and oral

14   proceedings had, and of the whole thereof.

15            I further certify that review of the

16   transcript was requested.

17            Witness my hand at Portland, Oregon, this 23rd

18   day of January, 2023.

19

20
                              _____
21                                   Robin L. Nodland
22                             Oregon CSR No. 90-0056
                                   Expires 3/31/23
23                            Washington CCR No. 2530
                                   Expires 11/11/23
24

25
```