# Deposition of Mark T. Hanish

# Oregon Firearms Federation, Inc., et al. v. Brown, et al.

# January 13, 2023

**206.287.9066 l 800.846.6989**
**1325 Fourth Avenue, Suite 1840, Seattle, Washington 98101**
**www.buellrealtime.com**
email: info@buellrealtime.com



Oregon Firearms Federation, Inc., et al. v. Brown, et al. Mark T. Hanish

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

OREGON FIREARMS FEDERATION, INC., et al.,

Plaintiffs,

v.

KATE BROWN, et al.,

Defendants.

(Continued)

Case Nos. 2:22-cv-01815-IM, 3:22-cv-01859-IM, 3:22-cv-01862-IM, 3:22-CV-01869-IM,

* VIDEOCONFERENCE *
VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION
OF EXPERT
MARK T. HANISH

Witness located in:

Phoenix, Arizona

* All participants appeared via videoconference *

DATE TAKEN: JANUARY 13, 2023

REPORTED BY: Tia B. Reidt, Washington RPR, CSR #2798
Oregon #22-0001

BUELL REALTIME REPORTING, LLC
206.287.9066 l 800.846.6989

Ex. 5 - Wilson Decl.
Page 2 of 12
3a1315ad-3d63-4af9-ba9b-c58c534eb6ab

Oregon Firearms Federation, Inc., et al. v. Brown, et al. Mark T. Hanish

Page 2

```
          (Continued)              )
                                   )
 MARK FITZ, et al.,                )
                Plaintiffs,        )
       v.                          )
                                   )
 ELLEN F. ROSENBLUM, et al.,       )
                Defendants.        )
 ______________________________    )
 KATERINA B. EYRE, et al.,         )
                Plaintiffs,        )
       v.                          )
                                   )
 ELLEN F. ROSENBLUM, et al.,       )
                Defendants.        )
 ______________________________    )
 DANIEL AZZOPARDI, et al.,         )
                Plaintiffs,        )
       v.                          )
                                   )
 ELLEN F. ROSENBLUM, et al.,       )
                Defendants.        )
```

BUELL REALTIME REPORTING, LLC
206.287.9066 l 800.846.6989

Ex. 5 - Wilson Decl.
Page 3 of 12

3a1315ad-3d63-4af9-ba9b-c58c534eb6ab

Oregon Firearms Federation, Inc., et al. v. Brown, et al. Mark T. Hanish

Page 3

APPEARANCES

For the Eyre Plaintiffs:

SHAWN M. LINDSAY
JURISLAW, LLP
Three Centerpointe Drive, Suite 160
Lake Oswego, OR 97035
(503) 968-1475
Shawn@jurislawyer.com

For Fitz and Azzopardi Plaintiffs:

JAMES L. BUCHAL
MURPHY & BUCHAL, LLP
P.O. Box 86620
Portland, OR 97286
(503) 227-1011
Jbuchal@mbllp.com

For Oregon Firearms Federation:

LEONARD WILLIAMSON
VAN NESS WILLIAMSON
960 Liberty Street SE, Suite 100
Salem, OR 97302
(503) 365-8800
L.williamson@vwllp.com

For the Proposed Intervenor-Defendant Oregon Alliance for Gun Safety:

ZACHARY J. PEKELIS
PACIFICA LAW GROUP
1191 Second Avenue, Suite 2000
Seattle, WA 98101
(206) 245-1700
Zach.Pekelis@PacificaLawGroup.com

BUELL REALTIME REPORTING, LLC
206.287.9066 l 800.846.6989

Ex. 5 - Wilson Decl.
Page 4 of 12
3a1315ad-3d63-4af9-ba9b-c58c534eb6ab

Oregon Firearms Federation, Inc., et al. v. Brown, et al. Mark T. Hanish

Page 4

APPEARANCES CONTINUED

For the non-intervenor defendants, governor, the Attorney General, and the superintendent of the Oregon state police:

BRIAN MARSHALL
OREGON DEPARTMENT OF JUSTICE
SPECIAL LITIGATION UNIT
100 SW Market Street
Portland, OR 97201
(971) 673-1800
Brian.S.Marshall@doj.state.or.us

Videographer:

BROOK YOUNG
BUELL REALTIME REPORTING
1325 Fourth Avenue, Suite 1840
Seattle, WA 98101
(206) 287-9066
Brook@BuellRealtime.com

* * * * *

BUELL REALTIME REPORTING, LLC
206.287.9066 l 800.846.6989

Ex. 5 - Wilson Decl.
Page 5 of 12
3a1315ad-3d63-4af9-ba9b-c58c534eb6ab

Oregon Firearms Federation, Inc., et al. v. Brown, et al. Mark T. Hanish

Page 5

EXAMINATION INDEX

| EXAMINATION BY: | PAGE |
|---|---|
| Mr. Marshall | 8, 124 |
| Mr. Pekelis | 80 |
| Mr. Williamson | 118 |

EXHIBIT INDEX

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| EXHIBIT 1 | Declaration of Mark Hanish. | 10 |
| EXHIBIT 2 | LinkedIn profile of Mark Hanish. | 10 |
| EXHIBIT 3 | Press release titled "FN Announces Release of California-Compliant Rifles." | 67 |
| EXHIBIT 4 | Article titled "Following private equity's gun money." | 72 |

BUELL REALTIME REPORTING, LLC
206.287.9066 l 800.846.6989

Ex. 5 - Wilson Decl.
Page 6 of 12

3a1315ad-3d63-4af9-ba9b-c58c534eb6ab

Oregon Firearms Federation, Inc., et al. v. Brown, et al. Mark T. Hanish

Page 55

you know, searching for information through the NSSF and online.

Q. Are you familiar with other sources of estimates of the number of firearms owned in the United States?

A. Not a particular one that I can point to other than just being in the industry and hearing the estimates year over year for total number of firearms.

Q. Why did you choose this report versus others that exist?

A. In this one, finding it seemed to be -- and conferring, again, with reaching out through the NSSF and speaking with them, it was one that they had also said was a good report.

Q. Who at NSSF did you talk to?

A. I would have to -- I can look. I mean, I know I spoke with -- I think I conferred with Larry Keane.

Q. Do you know what Larry Keane's role was?

A. He's on the -- I don't know his specific role. I know he's on the legal side of NSSF.

Q. And NSSF is paying you for this testimony?

A. Yes.

Q. What other reports did you consider when you were deciding to -- what your testimony would be today?

A. The other one that I included in there, the

BUELL REALTIME REPORTING, LLC
206.287.9066 l 800.846.6989

Ex. 5 - Wilson Decl.
Page 7 of 12
3a1315ad-3d63-4af9-ba9b-c58c534eb6ab

Oregon Firearms Federation, Inc., et al. v. Brown, et al. Mark T. Hanish

Page 56

2004 Chris Koper report, the variety of the annual firearms and manufacturing reports that are available.

Q. Okay.

And the -- so the 2004 report that you're referring to is the study of the assault weapons ban?

A. Yes, sir.

Q. It's a federal report?

A. Yes.

Q. Okay.

The manufacturing report is that 2020 page -- cover page you're talking about?

A. Yes, sir.

Q. Were there any reports that you considered that are not attached to your declaration?

A. I mean, I looked through -- I looked through other reports. I attached these because there was information in there that I specifically referenced.

Q. What other reports did you review?

A. More of the AFMRs, the Annual Firearms Manufacturing Reports. I looked through some import reports, just general aggregated data to confirm, you know, opinions.

Q. So you didn't encounter the 2021 National Firearms Survey in your -- in your day-to-day work?

A. No, I did not.

BUELL REALTIME REPORTING, LLC
206.287.9066 l 800.846.6989

Ex. 5 - Wilson Decl.
Page 8 of 12
3a1315ad-3d63-4af9-ba9b-c58c534eb6ab

Oregon Firearms Federation, Inc., et al. v. Brown, et al. Mark T. Hanish

Page 57

Q. And did you encounter the 2004 study in your day-to-day work?

A. It had been quite some time since I had seen that, but I revisited it with -- with these cases.

Q. And did Mr. Keane from NSSF also suggest the 2004 report?

A. No.

Q. How did you come across that?

A. Just researching.

Q. And by researching, you mean searching in Google or did you use something else?

A. No, Google.

Q. Did you compare the estimates in the 2021 National Firearms Survey to any other sources?

A. Not directly.

Q. Do you have any source of information about the 2021 National Firearms Survey other than the information that is in the report itself?

A. Could you say that one more time? Do I have --

Q. Do you know anything about the 2021 National Firearms Survey that is not in the report itself?

A. No, other than looking at some of the extensions on there and then, you know, having personal knowledge of some of the things, you know, that all,

BUELL REALTIME REPORTING, LLC
206.287.9066 l 800.846.6989

Ex. 5 - Wilson Decl.
Page 9 of 12
3a1315ad-3d63-4af9-ba9b-c58c534eb6ab

Oregon Firearms Federation, Inc., et al. v. Brown, et al. Mark T. Hanish

Page 58

you know, check out through, you know, just my personal knowledge of it.

Q. And by extensions, do you mean the appendices that you included in your report?

A. Yes.

Q. And those are part of the original SSRN download?

A. Yes.

Q. Have you spoken to Dr. English before?

A. No, I have not spoken to Dr. English.

Q. Did you try to speak with Dr. English about this report?

A. I did not.

Q. Why not?

A. The one or two pieces of information out of it that, you know, supported my opinion on it is what I referenced out of it, and that was it.

Q. Has the 2021 National Firearms Survey been published in a peer-reviewed journal?

A. I do not know.

Q. How were the participants for this survey recruited?

A. That I remember -- that is in the -- in the document, and I don't know that you want me to read that and regurgitate it. Or is that what you would

BUELL REALTIME REPORTING, LLC
206.287.9066 l 800.846.6989

Ex. 5 - Wilson Decl.
Page 10 of 12
3a1315ad-3d63-4af9-ba9b-c58c534eb6ab

Oregon Firearms Federation, Inc., et al. v. Brown, et al. Mark T. Hanish

Page 59

like?

Q. Well -- well, can you correct me if I'm wrong about this? The document doesn't say the number of people who were given the initial screening instrument that did not indicate what pieces of outdoor equipment they used; is that right?

A. That, I can't -- I would have to find the page on here because I remember there was a significant number that they screened, and then there was some discrimination or some discriminator questions to get down to the folks that own firearms to be relevant to the survey.

Q. Are you familiar --

A. (Speaking simultaneously.)

Q. Sorry.

Are you familiar with the term "nonresponse bias"?

A. No.

Q. Are you an expert in survey methodology?

A. No.

Q. Are you familiar with -- with firearms ownership on kind of a nationwide basis, or are you more familiar with particular geographies?

A. I think that would depend upon the particular question as far as -- I mean, I'm familiar in this

BUELL REALTIME REPORTING, LLC
206.287.9066 l 800.846.6989

Ex. 5 - Wilson Decl.
Page 11 of 12
3a1315ad-3d63-4af9-ba9b-c58c534eb6ab

Oregon Firearms Federation, Inc., et al. v. Brown, et al. Mark T. Hanish

Page 127

C E R T I F I C A T E

STATE OF WASHINGTON
COUNTY OF PIERCE

I, Tia Reidt, a Certified Court Reporter in and for the State of Washington, do hereby certify that the foregoing transcript of the deposition of MARK T. HANISH, having been duly sworn, on January 13, 2023, is true and accurate to the best of my knowledge, skill and ability.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 20th day of January, 2023.

NDTCA · Signed Electronic Transcript

/S/ Tia B. Reidt
Tia B. Reidt, RPR, CSR #22-0001
NOTARY PUBLIC, State of Washington.
My commission expires 5/15/2026.

BUELL REALTIME REPORTING, LLC
206.287.9066 l 800.846.6989

Ex. 5 - Wilson Decl.
Page 12 of 12
3a1315ad-3d63-4af9-ba9b-c58c534eb6ab