# Deposition of Gary D. Kleck

# Oregon Firearms Federation, Inc., et al. v. Brown, et al.

# January 25, 2023



**206.287.9066 | 800.846.6989**
1325 Fourth Avenue, Suite 1840, Seattle, Washington 98101
www.buellrealtime.com
email: info@buellrealtime.com



Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                Gary D. Kleck

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

_____

OREGON FIREARMS FEDERATION,    )
INC., et al.,                  )
                               )
         Plaintiffs,           )
                               ) Case No.
    v.                         ) 2:22-cv-01815-IM
                               ) 3:22-cv-01859-IM
KATE BROWN, et al.,            ) 3:22-cv-01862-IM
                               ) 3:22-cv-01869-IM
         Defendants.           )
_____  )
                               )
                               )
         (Continued)            )
_____

* VIDEOCONFERENCE *
VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION
OF EXPERT
GARY D. KLECK
_____

Witness located in:

Tallahassee, Florida


* All participants appeared via videoconference *



DATE TAKEN:   January 25, 2023

REPORTED BY:  Tia B. Reidt, Washington RPR, CSR #2798
              Oregon #22-0001

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

Oregon Firearms Federation, Inc., et al. v. Brown, et al.   Gary D. Kleck

Page 2

```
                    (Continued)           )
                                          )
   MARK FITZ, et al.,                     )
                                          )
                    Plaintiffs,           )
        v.                                )
                                          )
   ELLEN F. ROSENBLUM, et al.,            )
                                          )
                    Defendants.           )
   _____        )
   KATERINA B. EYRE, et al.,              )
                                          )
                    Plaintiffs,           )
        v.                                )
                                          )
   ELLEN F. ROSENBLUM, et al.,            )
                                          )
                    Defendants.           )
   _____        )
   DANIEL AZZOPARDI, et al.,              )
                                          )
                    Plaintiffs,           )
        v.                                )
                                          )
   ELLEN F. ROSENBLUM, et al.,            )
                                          )
                    Defendants.           )
```

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                          Gary D. Kleck

Page 3

```
 1                      APPEARANCES
 2  For Oregon Firearms Federation:
 3            LEONARD WILLIAMSON
              VAN NESS WILLIAMSON
 4            960 Liberty Street SE, Suite 100
              Salem, OR 97302
 5            (503) 365-8800
              L.williamson@vwllp.com
 6
 7  For the non-intervenor defendants, governor, the
    Attorney General, and the superintendent of the Oregon
 8  state police:
 9            BRIAN MARSHALL
              OREGON DEPARTMENT OF JUSTICE
10            SPECIAL LITIGATION UNIT
              100 SW Market Street
11            Portland, OR 97201
              (971) 673-1800
12            Brian.S.Marshall@doj.state.or.us
13
    For the Proposed Intervenor-Defendant Oregon Alliance
14  For Gun Safety:
15            ZACHARY J. PEKELIS
              W. SCOTT FERRON
16            PACIFICA LAW GROUP
              1191 Second Avenue, Suite 2000
17            Seattle, WA 98101
              (206) 245-1700
18            Zach.Pekelis@PacificaLawGroup.com
19
    Videographer:
20
              BROOK YOUNG
21            Buell Realtime Reporting
              1325 Fourth Avenue, Suite 1840
22            Seattle, WA 98101
              (206) 287-9066
23            Brook@BuellRealtime.com
24                    *   *   *   *   *
25
```

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

Ex. 7 - Wilson Decl.
Page 4 of 14
3fe9a52f-5c47-40f5-80d9-0afed9abd05b

Case 2:22-cv-01815-IM   Document 175-7   Filed 05/15/23   Page 5 of 14

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                    Gary D. Kleck

Page 4

```
 1              EXAMINATION INDEX
 2   EXAMINATION BY:                    PAGE
 3   Mr. Marshall                        7
 4   Mr. Pekelis                        87
 5
                 EXHIBIT INDEX
 6
 7   EXHIBIT     DESCRIPTION                     PAGE
 8   EXHIBIT 33  Declaration of Gary Kleck.       8
 9   EXHIBIT 34  Email re: Zoom Deposition link   8
                 and deposition rule(s) reminder.
10
     EXHIBIT 35  Deposition transcript of Gary    9
11               Kleck dated 9/29/22.
12   EXHIBIT 36  Supplemental Declaration of     14
                 Lucy P. Allen.
13
     EXHIBIT 37  Supplemental Declaration of     69
14               Louis Klarevas.
15   EXHIBIT 38  Article "Mass Shootings in the  38
                 United States Involving Large
16               Capacity Ammunition Magazines."
17   EXHIBIT 39  Article "As gunman sprayed      45
                 school with bullets, quick
18               action prevented mass
                 bloodshed."
19
     EXHIBIT 40  Article "Colorado at Colorado   47
20               Springs shooter who killed 6
                 at party control party had
21               'displayed power and control
                 issues,' say issues," police say.
22
     EXHIBIT 41  Article "Large-Capacity         57
23               Magazines and the Casualty
                 Counts in Mass Shootings: The
24               Plausibility of Linkages."
25
```

BUELL REALTIME REPORTING, LLC
206.287.9066  I  800.846.6989

Ex. 7 - Wilson Decl.
Page 5 of 14
3fe9a52f-5c47-40f5-80d9-0afed9abd05b

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                   Gary D. Kleck

Page 5

1                    EXHIBIT INDEX CONTINUED
2
3   EXHIBIT      DESCRIPTION                                    PAGE
4   EXHIBIT 42   Court transcript.                              82
5   EXHIBIT 43   Article "Large-Capacity Magazines              87
                 and the Casualty Counts in Mass
6                Shootings: The Plausibility of
                 Linkages."
7
    EXHIBIT 44   Article "Before Attack, Parents                94
8                of Gunman Tried to Address Son's
                 Strange Behavior.
9
    EXHIBIT 45   Article "Man who tackled shooter               98
10               in Gabrielle Giffords attack dies.
11  EXHIBIT 46   Article "Graphic Testimony at                  105
                 Colorado Gun-Control Trial.
12
    EXHIBIT 47   A Study of Active Shooter                      113
13               Incidents in the United States
                 Between 2000 and 2013 dated
14               9/16/2013.
15  EXHIBIT 48   Article "Professor John Donohue:               123
                 Facts Do Not Support Claim That
16               Guns Make Us Safer."
17  EXHIBIT 49   Article "Mom: My son shouted for               136
                 kids to flee Newtown gunman.
18
    EXHIBIT 50   Report of the State's Attorney                 140
19               for the Judicial District of
                 Danbury on the Shootings at
20               Sandy Hook Elementary School
                 and 36 Yogananda Street,
21               Newtown, Connecticut on
                 December 14, 2012.
22
23
24
25

BUELL REALTIME REPORTING, LLC
206.287.9066  I  800.846.6989

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                    Gary D. Kleck

Page 33

1  the left column of Table 1?
2      A.   I just went through their listing year by year
3  of mass shootings.
4          And by the way, when -- I first did this quite
5  a few years back.  So at one point they had 2013 data,
6  which is why my Table 1 has data for 2013.  But if you
7  consult recent versions of that database, for some
8  reason or another, they don't have 2013 anymore.  I
9  don't know if it's because they thought, you know,
10 their compilation was suddenly unreliable or whatever,
11 but...
12         So, you know, and this is a -- this is a table
13 I've been working with for years, not just in recent
14 legal cases.  And so each of those numbers in the mass
15 shootings column could change, and it's not -- it's not
16 necessarily what I compiled in, I don't know, like,
17 January of 2022.  That's not necessarily what's
18 reflected in the table because I worked on it in
19 earlier years as well.
20     Q.   Take me through the process of how you
21 consulted the data.
22     A.   Just going through the Gun Violence Archive
23 listing of individual mass shootings.  And, you know,
24 the vast majority of what they classify as mass
25 shootings, they don't involve four or more dead.  That

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

Ex. 7 - Wilson Decl.
Page 7 of 14
3fe9a52f-5c47-40f5-80d9-0afed9abd05b

Case 2:22-cv-01815-IM   Document 175-7   Filed 05/15/23   Page 8 of 14

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                    Gary D. Kleck

Page 34

1  is, they're not limited to cases that -- that I would
2  have -- that met my criterion.  And so it's a matter of
3  wading through them, looking for the ones where four or
4  more were killed.
5         And then among the ones where it was exactly
6  four, you've also got to check to see whether or not
7  the -- that count includes killings of people other
8  than the victims.  It's not just a victim count.
9  Sometimes it includes suspects.  Something I didn't
10 realize in the early years, by the way.  And then later
11 on, it became evident, oh, they're also counting deaths
12 of suspects, I think in response to criticism as to
13 what their death count totals are.
14        So where it's borderline and it barely meets
15 the criterion of four, then I would have to look at the
16 details of the incident and confirm that it involved
17 four or more victims.  But that was a real problem for
18 the early years.
19     Q.  In the current dataset, are victims coded --
20 sorry.  Are -- I withdraw that.
21        In the current Gun Violence Archive data, are
22 shooters categorized in number killed?
23     A.  Yes.  In -- in the sort of brief summary of
24 each mass shooting, number of fatalities would include
25 any suspects killed.  But then you can -- you can click

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

Ex. 7 - Wilson Decl.
Page 8 of 14
3fe9a52f-5c47-40f5-80d9-0afed9abd05b

Oregon Firearms Federation, Inc., et al. v. Brown, et al.    Gary D. Kleck

Page 35

1  on details of the incident and get further information.
2  And usually it's possible, at least in recent years, to
3  get which -- which victims were suspects and which were
4  victims.
5      Q.  So there are some instances where the Gun
6  Violence Archive lists four killings, but they are not
7  reflected in Table 1?
8      A.  They would be in Table 1.  But the problem is
9  that some of those numbers would include counts of
10 suspects as well as victims.
11     Q.  Did you download the data when you produced
12 Table 1?
13     A.  I wouldn't call it "downloading."  It simply
14 reading it off of a computer screen and making tick
15 marks, tally marks, to count up the number of
16 incidents.
17     Q.  You didn't download a .csv file?
18     A.  No.
19     Q.  And your best recollection is you did this in
20 January of 2022?
21     A.  That's probably the most recent one I've done
22 for recent years, but I did it -- earlier parts of that
23 table for the earlier years prior to that going --
24     Q.  Is -- is your typical professional practice
25 not to keep the data that you rely on in your scholarly

BUELL REALTIME REPORTING, LLC
206.287.9066 I 800.846.6989

Ex. 7 - Wilson Decl.
Page 9 of 14
3fe9a52f-5c47-40f5-80d9-0afed9abd05b

Case 2:22-cv-01815-IM   Document 175-7   Filed 05/15/23   Page 10 of 14

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                    Gary D. Kleck

Page 36

1   work?
2       A.  Not at all.
3       Q.  Maybe I asked a bad question there.
4           Do you typically keep the data that you rely
5   on for your scholarly work?
6       A.  Yes.
7       Q.  Did you keep the data in this instance?
8       A.  Yes.
9       Q.  How so?
10      A.  Well, I mean, you can see it in Table 1.  I
11  mean, those are -- those are simply the numbers that I
12  counted up.  So that is the original data.
13      Q.  But the -- those numbers can't be reproduced
14  by looking at the Gun Violence Archive today, can they?
15      A.  Yeah, you could -- you could certainly test
16  them.  In other words, if the violence policy
17  archive -- I'm sorry, the Gun Violence Archive people
18  hadn't revised anything, then the numbers should pretty
19  much jibe -- what you would get going through their
20  current database would jibe with what's in Table 1.
21  But as I say, unfortunately, they're always revising,
22  and so there can be a little bit of deviation from
23  what's shown in Table 1 and what's in the Gun Violence
24  Archive database at any one moment in time.
25      Q.  Wouldn't that be a good reason to preserve the

BUELL REALTIME REPORTING, LLC
206.287.9066  I  800.846.6989

Ex. 7 - Wilson Decl.
Page 10 of 14
3fe9a52f-5c47-40f5-80d9-0afed9abd05b

Case 2:22-cv-01815-IM   Document 175-7   Filed 05/15/23   Page 11 of 14

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                    Gary D. Kleck

Page 37

1  actual observations that you were relying on when you
2  were producing Table 1?
3       A.  Sure.
4       Q.  But you chose not to?
5       A.  No, I did.
6           And again, what you see in Table 1 is it.
7       Q.  You have no record of what 21 mass shootings
8  you're counting for year 2020 in this data; right?
9       A.  I don't think so.  I don't -- in other words,
10 places and dates and so on, that kind of detail?
11      Q.  Right.
12      A.  No.  No, it was just a tabulation.
13      Q.  So if it shows 23 now, the likely explanation
14 is that Gun Violence Archive updated its database to
15 add two additional shootings?
16      A.  Yeah, or there were -- there are changes in
17 details as to what they were counting, victims versus
18 suspects.  That's -- that can change.  I think what
19 sometimes happens, I've seen some indications that
20 they'll get additional media reports submitted to them
21 where it provides more detail, and it becomes apparent,
22 oh, yeah, that guy was a suspect -- that victim was a
23 suspect, not a victim in the ordinary sense.
24      Q.  Can you infer from Table 1 of your declaration
25 how many mass shootings did not use a large-capacity

BUELL REALTIME REPORTING, LLC
206.287.9066 I 800.846.6989

Ex. 7 - Wilson Decl.
Page 11 of 14
3fe9a52f-5c47-40f5-80d9-0afed9abd05b

Case 2:22-cv-01815-IM   Document 175-7   Filed 05/15/23   Page 12 of 14

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                Gary D. Kleck

Page 76

1  the criticisms, which is not a scholarly practice.  You
2  know, scholars will respond to criticism with some kind
3  of a rebuttal, but those who are big fans of the notion
4  that defensive gun use is rare simply don't respond.
5       Q.   Are you familiar with William English of
6  Georgetown University?
7       A.   Yeah.  Yeah.
8       Q.   Are you familiar with the 2021 National
9  Firearms Survey he's posted on SSRN?
10      A.   Yeah.
11      Q.   What do you think of that survey?
12      A.   I don't think you can rely on it.
13      Q.   Why not?
14      A.   He's vague about exactly how he developed his
15 sample.  And there's nothing in his report to
16 contradict the assumption that what he had was a
17 self-selected sample, where people were in effect --
18 who arrived at, let's say, a website were invited to
19 participate.  And that's not a valid sample technique
20 to generate a sample that's representative of the
21 larger US population.
22      Q.   Why does that matter?
23      A.   Well, because you can't then generalize the
24 results from your sample to the population as a whole.
25 You only know, well, this was what was true in my

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

Ex. 7 - Wilson Decl.
Page 12 of 14
3fe9a52f-5c47-40f5-80d9-0afed9abd05b

Case 2:22-cv-01815-IM   Document 175-7   Filed 05/15/23   Page 13 of 14

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                Gary D. Kleck

Page 77

1  sample, which was to some extent self-selected, but you
2  can't know that it applies in any way, shape, or form,
3  to the US population as a whole.
4       Q.  Do you have other concerns with - with the
5  2021 National Firearms Survey that Dr. English posted
6  on SSRN?
7       A.  No.  That's sufficient.
8       Q.  Without -- without that information that is
9  missing, you would not rely on that survey for any
10 purpose?
11      A.  That is correct.  I would not rely.
12      Q.  Your thesis is that -- about the NRA defensive
13 use data, that NRA staff intentionally omit stories of
14 defensive gun use that have greater than ten rounds
15 fired?
16      A.  I think they omit any kind of an incident that
17 would make defensive gun use look less reputable, less
18 responsible.  If there's an excessive number of rounds
19 fired, they would be very reluctant to include that
20 among the incidents they publicize by putting it into
21 the armed citizen column.
22      Q.  Why do you think that firing more than ten
23 rounds is excessive?
24      A.  Well, it's unusual, for starters.  And many
25 people would interpret it as indiscriminate fire.  They

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

Ex. 7 - Wilson Decl.
Page 13 of 14
3fe9a52f-5c47-40f5-80d9-0afed9abd05b

Case 2:22-cv-01815-IM   Document 175-7   Filed 05/15/23   Page 14 of 14

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                    Gary D. Kleck

Page 151

1          C E R T I F I C A T E

3  STATE OF WASHINGTON
4  COUNTY OF PIERCE

6       I, Tia Reidt, a Certified Court Reporter in and
7  for the State of Washington, do hereby certify that the
8  foregoing transcript of the deposition of GARY D. KLECK,
9  having been duly sworn, on January 25, 2023, is true and
10 accurate to the best of my knowledge, skill and ability.
11      Reading and signing was requested pursuant to
12 FRCP Rule 30(e).
13      IN WITNESS WHEREOF, I have hereunto set my hand
14 and seal this 1st day of February, 2023.

19  /S/ Tia B. Reidt
    Tia B. Reidt, RPR, CSR #22-0001
20  NOTARY PUBLIC, State of
    Washington.
21  My commission expires
    5/15/2026.

BUELL REALTIME REPORTING, LLC
206.287.9066 I 800.846.6989

Ex. 7 - Wilson Decl.
Page 14 of 14
3fe9a52f-5c47-40f5-80d9-0afed9abd05b