Shawn M. Lindsay
shawn@jurislawyer.com
Daniel J. Nichols
dan@jurislawyer.com
JurisLaw LLP
Three Centerpointe Drive, Suite 160
Lake Oswego, OR 97035
Telephone: (503) 968-1475

*Attorneys for Eyre Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., et al.,<br>　　　　　Plaintiffs,<br>　　v.<br>TINA KOTEK, et al.,<br>　　　　　Defendants. | Case No. 2:22-cv-01815-IM *(Lead Case)*<br>Case No. 3:22-cv-01859-IM *(Trailing Case)*<br>Case No. 3:22-cv-01862-IM *(Trailing Case)*<br>Case No. 3:22-cv-01869-IM *(Trailing Case)*<br><br>CONSOLIDATED CASES<br><br>**DECLARATION OF SHAWN M. LINDSAY, IN SUPPORT OF PLAINTIFFS'** ***DAUBERT*** **MOTIONS** |
| MARK FITZ, et al.,<br>　　　　　Plaintiffs,<br>　　v.<br>ELLEN F. ROSENBLUM, et al.,<br>　　　　　Defendants. | |
| KATERINA B. EYRE, et al.,<br>　　　　　Plaintiffs,<br>　　v.<br>ELLEN F. ROSENBLUM, et al.,<br>　　　　　Defendants. | |
| DANIEL AZZOPARDI, et al.,<br>　　　　　Plaintiffs,<br>　　v.<br>ELLEN F. ROSENBLUM, et al.,<br>　　　　　Defendants. | |

DECLARATION OF SHAWN M. LINDSAY, IN SUPPORT OF　　　　　　　　　　　　　1
PLAINTIFFS' *DAUBERT* MOTIONS

I, Shawn M. Lindsay, declare as follows:

1. I am a partner at JurisLaw LLP in the above-captioned matter and am one of the attorneys for the *Eyre Plaintiffs*. The following statements are true and correct and, if called upon, I could competently testify to the facts averred herein.

2. Attached as **Exhibit 1** is a true and accurate excerpt of the transcript of the deposition of Brennan N. Rivas taken on March 21, 2023.

3. Attached as **Exhibit 2** is a true and accurate excerpt of the transcript of the deposition of Robert J. Spitzer taken on April 5, 2023.

4. Attached as **Exhibit 3** is a true and accurate excerpt of the transcript of the deposition of Lucy P. Allen taken on April 4, 2023.

5. Attached as **Exhibit 4** is a true and accurate excerpt of the transcript of the deposition of Kevin M. Sweeney taken on March 29, 2023.

6. Attached as **Exhibit 5** is a true and accurate excerpt of the transcript of the deposition of Dennis E. Baron taken on March 30, 2023.

7. Attached as **Exhibit 6** is a true and accurate excerpt of the transcript of the deposition of Michael Siegel, M.D. taken on March 17, 2023.

8. Attached as **Exhibit 7** is a true and accurate excerpt of the transcript of the deposition of Mackenzie R. Cook taken on April 4, 2023.

9. Attached as **Exhibit 8** is a true and accurate excerpt of Exhibit 29, pages 15, 30-37, of the deposition of Dennis E. Baron taken on March 30, 2023.

10. Attached as **Exhibit 9** is a true and accurate copy of Exhibit 32 of the deposition of Dennis E. Baron taken on March 30, 2023.

11. Attached as **Exhibit 10** is a true and accurate copy of Exhibit 35 of the deposition of Dennis E. Baron taken on March 30, 2023.

12. Attached as **Exhibit 11** is a true and accurate copy of Exhibit 36 of the deposition of Dennis E. Baron taken on March 30, 2023.

13. Attached as **Exhibit 12** is a true and accurate copy of Exhibit 38 of the deposition of Dennis E. Baron taken on March 30, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: May 15, 2023

                                                    JURISLAW LLP

                                                  s/Shawn M. Lindsay
                                                  Shawn M. Lindsay (OSB No.: 020695)
                                                  Three Centerpointe Drive
                                                  Suite 160
                                                  Lake Oswego, OR 97035
                                                  (503) 968-1475
                                                  shawn@jurislawyer.com

                                                  *Counsel for Eyre Plaintiffs*