Shawn M. Lindsay
shawn@jurislawyer.com
Daniel J. Nichols
dan@jurislawyer.com
JurisLaw LLP
Three Centerpointe Drive, Suite 160
Lake Oswego, OR 97035
Telephone: (503) 968-1475

*Attorneys for Eyre Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

|  |  |
|---|---|
| OREGON FIREARMS FEDERATION, INC., et al.,<br><br>               Plaintiffs,<br><br>    v.<br><br>TINA KOTEK, et al.,<br><br>               Defendants. | Case No. 2:22-cv-01815-IM *(Lead Case)*<br>Case No. 3:22-cv-01859-IM *(Trailing Case)*<br>Case No. 3:22-cv-01862-IM *(Trailing Case)*<br>Case No. 3:22-cv-01869-IM *(Trailing Case)*<br><br>CONSOLIDATED CASES<br><br>**DECLARATION OF SHAWN M. LINDSAY, IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' MOTION TO DISMISS** |
| MARK FITZ, et al.,<br><br>               Plaintiffs,<br><br>    v.<br><br>ELLEN F. ROSENBLUM, et al.,<br><br>               Defendants. | |
| KATERINA B. EYRE, et al.,<br><br>               Plaintiffs,<br><br>    v.<br><br>ELLEN F. ROSENBLUM, et al.,<br><br>               Defendants. | |

DECLARATION OF SHAWN M. LINDSAY, IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' MOTION TO DISMISS

1

DANIEL AZZOPARDI, et al.,

                                        Plaintiffs,

        v.

ELLEN F. ROSENBLUM, et al.,

                                        Defendants.

I, Shawn M. Lindsay, declare as follows:

1.      I am a partner at JurisLaw LLP in the above-captioned matter and am one of the attorneys for the *Eyre Plaintiffs*. The following statements are true and correct and, if called upon, I could competently testify to the facts averred herein.

2.      Attached as **Exhibit 1** is a true and accurate excerpt of the Defendants' Response to Plaintiffs' First Set of Requests for Admission dated April 14, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  May 17, 2023

                                        JURISLAW LLP

                                        s/Shawn M. Lindsay
                                        Shawn M. Lindsay (OSB No.: 020695)
                                        Three Centerpointe Drive
                                        Suite 160
                                        Lake Oswego, OR 97035
                                        (503) 968-1475
                                        shawn@jurislawyer.com
                                        *Counsel for Eyre Plaintiffs*

DECLARATION OF SHAWN M. LINDSAY, IN SUPPORT OF                    2
PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT AND DEFENDANTS' MOTION TO
DISMISS