James L. Buchal, OSB No. 921618
E-mail:  jbuchal@mbllp.com
MURPHY & BUCHAL LLP
P.O. Box 86620
Portland, OR  97286
Tel:  503-227-1011

Derek Angus Lee, OSB No. 213139
Email: angus@angusleelaw.com
ANGUS LEE LAW FIRM, PLLC
9105a NE Hwy 99, Ste. 200
Vancouver, WA  98665
Tel:  360-635-6464

Adam Kraut, *Pro Hac Vice*
Email: akraut@saf.org
SECOND AMENDMENT FOUNDATION
12500 NE Tenth Place
Bellevue, WA 98005

William Sack, *Pro Hac Vice*
Email: Wsack@FPClaw.org
FIREARMS POLICY COALITION, INC.
5550 Painted Mirage Road, Suite 320
Las Vegas, NV 89149

*Attorneys for Plaintiffs Azzopardi et al.*

THE HONORABLE KARIN J. IMMERGUT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., *et al.*, | Case No. 2:22-cv-01815-IM (Lead Case) |
| | 3:22-cv-01859-IM (Trailing Case) |
| Plaintiffs, | 3:22-cv-01862-IM (Trailing Case) |
| | 3:22-cv-01869-IM (Trailing Case) |
| v. | |
| | **THE *AZZOPARDI* PLAINTIFFS'** |
| TINA KOTEK, *et al.*, | **NOTICE OF FILING FIRST** |
| | **AMENDED COMPLAINT** |
| Defendants. | |

MARK FITZ, *et al.*,

     Plaintiffs,

     v.

ELLEN F. ROSENBLUM, *et al.,*

     Defendants.

KATERINA B. EYRE, *et al.*,

     Plaintiffs,

     v.

ELLEN F. ROSENBLUM, *et al.,*

     Defendants,

     and

OREGON ALLIANCE FOR GUN SAFETY,

     Intervenor-Defendant.

DANIEL AZZOPARDI, *et al.*,

     Plaintiffs,

     v.

ELLEN F. ROSENBLUM, *et al.*,

     Defendants.

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

  **PLEASE TAKE NOTICE** that on May 8, 2023, the *Azzopardi* plaintiffs in Trailing Case No. 3:22-cv-01869-IM, filed their First Amended Complaint (Doc. 112).  A true copy of the Amended Complaint is submitted herewith.

THE *AZZOPARDI* PLAINTIFFS' NOTICE OF FILING FIRST AMENDED COMPLAINT

Dated:  May 18, 2023.                         Respectfully submitted,


                                              s/  James L. Buchal
                                              James L. Buchal, OSB No. 921618
                                              E-mail:  jbuchal@mbllp.com
                                              MURPHY & BUCHAL LLP
                                              P.O. Box 86620
                                              Portland, OR  97286

                                              Derek Angus Lee, OSB No. 213139
                                              Email: angus@angusleelaw.com
                                              ANGUS LEE LAW FIRM, PLLC
                                              9105a NE Hwy 99, Ste. 200
                                              Vancouver, WA  98665

                                              William Sack, Pro Hac Vice
                                              Email: Wsack@FPClaw.org
                                              FIREARMS POLICY COALITION, INC.
                                              5550 Painted Mirage Road, Suite 320
                                              Las Vegas, NV 89149

                                              Adam Kraut, Pro Hac Vice
                                              Email: akraut@saf.org
                                              SECOND AMENDMENT FOUNDATION
                                              12500 NE Tenth Place
                                              Bellevue, WA 98005

                                              *Attorneys for Plaintiffs Azzopardi et al.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2023, the foregoing **THE *AZZOPARDI* PLAINTIFFS'**

**NOTICE OF FILING FIRST AMENDED COMPLAINT** will be electronically mailed to all

parties enrolled to receive such notice in lead case no. 2:22-cv-01815-IM and in the trailing

consolidated case nos. Case No. 3:22-cv-01859-IM, 3:22-cv-01862-IM, and 3:22-cv-01869-IM.

*s/  James L. Buchal*
James L. Buchal, OSB No. 921618
*Attorney for Plaintiffs Azzopardi et al.*