IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| **PLAINTIFF(S) NAME,** | Case No. |
|---|---|
| Plaintiff(s), | **JOINT EXHIBIT LIST** |
| v. | |
| **DEFENDANT(S) NAME,** | |
| Defendant(s). | |

| **PLAINTIFF'S EXHIBITS** | | | | | | |
|---|---|---|---|---|---|---|
| No. | Description | Stipulated | Objection(s) | Pre-Admit. *(Court Use Only)* | Ident. *(Court Use Only)* | Admit. *(Court Use Only)* |
| 1 | | | *Ex: FRE 403 (unfair prejudice); FRE 801 (hearsay)* | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| **DEFENDANT'S EXHIBITS** | | | | | | |
| No. | Description | Stipulated | Objection(s) | Pre-Admit. *(Court Use Only)* | Ident. *(Court Use Only)* | Admit. *(Court Use Only)* |
| 101 | | | | | | |
| 102 | | | | | | |
| 103 | | | | | | |
| 104 | | | | | | |

PAGE 1 – JOINT EXHIBIT LIST