**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Hannah K. Hoffman, OSB #183641**
HannahHoffman@MarkowitzHerbold.com
**MARKOWITZ HERBOLD PC**
1455 SW Broadway, Suite 1900
Portland, OR  97201-3412
(503) 295-3085

      Special Assistant Attorneys General for Defendants

**Ellen F. Rosenblum, OSB #753239**
Attorney General
**Brian Simmonds Marshall, OSB #196129**
Senior Assistant Attorney General
Brian.S.Marshall@doj.state.or.us
**DEPARTMENT OF JUSTICE**
100 SW Market Street
Portland, OR 97201
(971) 673-1880

      Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., et al., | Case No. 2:22-cv-01815-IM (lead case)<br>3:22-cv-01859-IM (trailing case)<br>3:22-cv-01862-IM (trailing case)<br>3:22-cv-01869-IM (trailing case) |
| Plaintiffs, | |
| v. | **THIRD DECLARATION OF REBECCA DODD** |
| TINA KOTEK, et al., | |
| Defendants, | |
| and | |

**Page 1 -   THIRD DECLARATION OF REBECCA DODD**

OREGON ALLIANCE FOR GUN SAFETY,

                           Intervenor-Defendant.

MARK FITZ, et al.,

                           Plaintiffs,

              v.

ELLEN F. ROSENBLUM, et al.,

                           Defendants.

KATERINA B. EYRE, et al.,

                           Plaintiffs,

              v.

ELLEN F. ROSENBLUM, et al.,

                           Defendants,

DANIEL AZZOPARDI, et al.,

                           Plaintiffs,

              v.

ELLEN F. ROSENBLUM, et al.,

                           Defendants.

     I, Rebecca Dodd, declare:

     1.    I am a paralegal with Markowitz Herbold PC in the above-captioned matter.  I make this declaration of my own personal knowledge.  The following statements are true and correct and, if called upon, I could competently testify to the facts averred herein.

     2.    Attached as Exhibit 1 is a true and accurate excerpt of the transcript of the deposition of Michael Siegel, taken on March 17, 2023.

**Page 2 -   THIRD DECLARATION OF REBECCA DODD**

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

May 22, 2023.


                                                *s/ Rebecca Dodd*
                                                Rebecca Dodd

2000542

**Page 3 -   THIRD DECLARATION OF REBECCA DODD**