Shawn M. Lindsay
shawn@jurislawyer.com
Daniel J. Nichols
dan@jurislawyer.com
JurisLaw LLP
Three Centerpointe Drive, Suite 160
Lake Oswego, OR 97035
Telephone: (503) 968-1475

*Attorneys for Eyre Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., et al.,<br><br>　　　　　Plaintiffs,<br>　v.<br>TINA KOTEK, et al.,<br>　　　　　Defendants. | Case No. 2:22-cv-01815-IM *(Lead Case)*<br>Case No. 3:22-cv-01859-IM *(Trailing Case)*<br>Case No. 3:22-cv-01862-IM *(Trailing Case)*<br>Case No. 3:22-cv-01869-IM *(Trailing Case)*<br><br>CONSOLIDATED CASES<br><br>**DECLARATION OF SHAWN M. LINDSAY, IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, TRIAL BRIEF** |
| MARK FITZ, et al.,<br><br>　　　　　Plaintiffs,<br>　v.<br>ELLEN F. ROSENBLUM, et al.,<br>　　　　　Defendants. | |
| KATERINA B. EYRE, et al.,<br><br>　　　　　Plaintiffs,<br>　v.<br>ELLEN F. ROSENBLUM, et al.,<br>　　　　　Defendants. | |

DANIEL AZZOPARDI, et al.,

                Plaintiffs,

  v.

ELLEN F. ROSENBLUM, et al.,

                Defendants.

      I, Shawn M. Lindsay, declare as follows:

      1.    I am a partner at JurisLaw LLP in the above-captioned matter and am one of the attorneys for the *Eyre Plaintiffs*. The following statements are true and correct and, if called upon, I could competently testify to the facts averred herein.

      2.    Attached as **Exhibit 1** is a true and accurate excerpt of the transcript of the deposition of Kevin L. Campbell – Vol. II taken on May 17, 2023.

      3.    Attached as **Exhibit 2** is a true and accurate excerpt of the transcript of the deposition of Robert J. Spitzer taken on April 5, 2023.

      4.    Attached as **Exhibit 3** is a true and accurate excerpt copy of Exhibit 32 of the deposition of Dennis E. Baron taken on March 30, 2023.

      5.    Attached as **Exhibit 4** is a true and accurate excerpt of the transcript of the deposition of Dennis E. Baron taken on March 30, 2023.

      6.    Attached as **Exhibit 5** is a true and accurate excerpt of the transcript of the deposition of Louis J. Klarevas taken on March 24, 2023.

      7.    Attached as **Exhibit 6** is a true and accurate excerpt of the transcript of the deposition of Brian DeLay taken on March 14, 2023.

DECLARATION OF SHAWN M. LINDSAY, IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, TRIAL BRIEF

2

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  May 22, 2023

                                                          JURISLAW LLP

                                                          s/Shawn M. Lindsay
                                                          Shawn M. Lindsay (OSB No.: 020695)
                                                          Three Centerpointe Drive
                                                          Suite 160
                                                          Lake Oswego, OR 97035
                                                          (503) 968-1475
                                                          shawn@jurislawyer.com

                                                          *Counsel for Eyre Plaintiffs*

DECLARATION OF SHAWN M. LINDSAY, IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, TRIAL BRIEF     3