Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                    Robert J. Spitzer

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PENDLETON DIVISION

_____

| OREGON FIREARMS FEDERATION, | ) | |
|---|---|---|
| INC., et al., | ) | |
| | ) | Civil No. |
| Plaintiffs, | ) | 2:22-cv-01815-IM |
| v. | ) | (Lead Case) |
| | ) | |
| TINA KOTEK, et al., | ) | Civil No. |
| | ) | 3:22-cv-01859-IM |
| Defendants. | ) | (Trailing Case) |
| _____ | ) | |
| | ) | Civil No. |
| (Continued) | ) | 3:22-cv-01862-IM |
| | ) | (Trailing Case) |
| | ) | |
| | ) | Civil No. |
| | ) | 3:22-cv-01869-IM |
| | ) | (Trailing Case) |
| | ) | |

_____

* VIDEOCONFERENCE *

DEPOSITION UPON ORAL EXAMINATION

OF EXPERT

ROBERT J. SPITZER

_____

Witness located in:

Williamsburg, Virginia


   * All participants appeared via videoconference *

DATE TAKEN:    April 5, 2023
REPORTED BY:   Tia B. Reidt, Washington RPR, CCR #2798
                       Oregon #22-0001

BUELL REALTIME REPORTING, LLC
206.287.9066  I  800.846.6989

Exhibit 2 - Lindsay Decl. (Spitzer Depo.)
Page 1 of 5
236489c1-6606-4839-96a8-7868dcb09163

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)   Robert J. Spitzer

Page 2

```
(continued)                           )
                                      )
MARK FITZ, et al.,                    )
                                      )
            Plaintiffs,               )
    v.                                )
                                      )
ELLEN F. ROSENBLUM, et al.,           )
                                      )
            Defendants.               )
_____        )
                                      )
KATERINA B. EYRE, et al.,             )
                                      )
            Plaintiffs,               )
                                      )
    v.                                )
                                      )
ELLEN F. ROSENBLUM, et al.,           )
                                      )
            Defendants.               )
_____        )
DANIEL AZZOPARDI, et al.,             )
                                      )
            Plaintiffs,               )
    v.                                )
                                      )
ELLEN F. ROSENBLUM, et al.,           )
                                      )
            Defendants.               )
                                      )
```

BUELL REALTIME REPORTING, LLC
206.287.9066 I 800.846.6989

Exhibit 2 - Lindsay Decl. (Spitzer Depo.)
Page 2 of 5
236489c1-6606-4839-96a8-7868dcb09163

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)   Robert J. Spitzer

Page 3

```
 1                   APPEARANCES

 2
     For Oregon Firearms Federation:
 3
                 LEONARD WILLIAMSON
 4               VAN NESS WILLIAMSON
                 960 Liberty Street SE, Suite 100
 5               Salem, OR 97302
                 (503) 365-8800
 6               L.williamson@vwllp.com

 7
     For the State of Oregon Defendants:
 8
                 ANIT JINDAL
 9               MARKOWITZ HERBOLD
                 1455 SW Broadway, Suite 1900
10               Portland, OR 97201
                 (503) 972-5076
11               AnitJindal@markowitzherbold.com

12

13

14                  *   *   *   *   *

15

16

17

18

19

20

21

22

23

24

25
```

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)    Robert J. Spitzer

Page 61

1  firearms with a magazine capacity of 10 or more -- or
2  large-capacity magazines, are they in common use in the
3  United States?
4      A.  Well, it all depends on how one defines the
5  term "common use."  They certainly are prolific.
6      Q.  Well, are there more of them than 100,000?
7      A.  Sorry.  You're talking about more
8  large-capacity magazines?
9      Q.  Yeah.  Do you think there are more than
10 100,000 in circulation?
11     A.  Oh, I believe it's more in the tens of
12 millions at this point.
13     Q.  Okay.
14         Do you routinely keep track of and read the
15 United States Supreme Court cases regarding Second
16 Amendment issues?
17     A.  I have read Supreme Court decisions on the
18 Second Amendment, yes.
19     Q.  Like Heller and McDonald and Bruen?
20     A.  Yes.
21     Q.  And do you have an opinion about how the
22 justices used history in those cases?
23     A.  Yes.  The answer is badly.
24     Q.  Can you tell me why they used it badly?
25     A.  Well, history is not a perfect science, but

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

Exhibit 2 - Lindsay Decl. (Spitzer Depo.)
Page 4 of 5
236489c1-6606-4839-96a8-7868dcb09163

Case 2:22-cv-01815-IM    Document 212-2    Filed 05/22/23    Page 5 of 5

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                                    Robert J. Spitzer

Page 71

C E R T I F I C A T E

STATE OF WASHINGTON

COUNTY OF PIERCE

     I, Tia Reidt, a Certified Court Reporter in and for the State of Washington, do hereby certify that the foregoing transcript of the deposition of ROBERT J. SPITZER, having been duly sworn, on April 5, 2023, is true and accurate to the best of my knowledge, skill and ability.  Reading and signing was requested pursuant to FRCP Rule 30(e).

     IN WITNESS WHEREOF, I have hereunto set my hand and seal this 11th day of April, 2023.

_____

/S/ Tia B. Reidt
Tia B. Reidt, RPR, CCR #22-0001
NOTARY PUBLIC, State of Washington.
My commission expires 5/15/2026.

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

Exhibit 2 - Lindsay Decl. (Spitzer Depo.)
Page 5 of 5
236489c1-6606-4839-96a8-7868dcb09163