Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

_____

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., et al., | ) ) ) Civil No. |
| Plaintiffs, | ) 2:22-cv-01815-IM |
| v. | ) (Lead Case) ) |
| TINA KOTEK, et al., | ) Civil No. ) 3:22-cv-01859-IM |
| Defendants. | ) (Trailing Case) ) |
| _____ | ) |
| | ) Civil No. |
| (Continued) | ) 3:22-cv-01862-IM |
| | ) (Trailing Case) ) |
| | ) Civil No. |
| | ) 3:22-cv-01869-IM |
| | ) (Trailing Case) ) |

_____

* VIDEOCONFERENCE *

DEPOSITION UPON ORAL EXAMINATION

OF EXPERT

DENNIS E. BARON

_____

Witness located in:

Champaign, Illinois


* All participants appeared via videoconference *

DATE TAKEN:   March 30, 2023
REPORTED BY:  Tia B. Reidt, Washington RPR, CCR #2798
                            Oregon # 22-0001

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                                      Dennis E. Baron

Page 2

```
 1   _____
 2   (continued)                                      )
                                                      )
 3   MARK FITZ, et al.,                               )
                                                      )
 4                    Plaintiffs,                     )
         v.                                           )
 5                                                    )
     ELLEN F. ROSENBLUM, et al.,                      )
 6                                                    )
                      Defendants.                     )
 7   _____                  )
                                                      )
 8   KATERINA B. EYRE, et al.,                        )
                                                      )
 9                    Plaintiffs,                     )
                                                      )
10       v.                                           )
                                                      )
11   ELLEN F. ROSENBLUM, et al.,                      )
                                                      )
12                    Defendants.                     )
     _____                  )
13   DANIEL AZZOPARDI, et al.,                        )
                                                      )
14                    Plaintiffs,                     )
         v.                                           )
15                                                    )
     ELLEN F. ROSENBLUM, et al.,                      )
16                                                    )
                      Defendants.                     )
17                                                    )
     _____
18
19
20
21
22
23
24
25
```

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                                    Dennis E. Baron

Page 3

1                       APPEARANCES

2    For the Eyre Plaintiffs:

3            NICHOLAS M. GALLAGHER
             CLEMENT & MURPHY, PLLC
4            706 Duke Street
             Alexandria, VA 22314
5            (202) 742-8900
             Nicholas.gallagher@clementmurphy.com
6


7
     For the State of Oregon Defendants:
8
             ERIN DAWSON
9            MARKOWITZ HERBOLD
             1455 SW Broadway, Suite 1900
10           Portland, OR 97201
             (503) 972-5076
11           ErinDawson@markowitzherbold.com

12
     For Intervenor-Defendant Oregon Alliance for Gun Safety:
13
             ZACHARY J. PEKELIS
14           PACIFIC LAW GROUP, LLP
             1191 Second Avenue, Suite 2000
15           Seattle, WA 98101-3404
             (206) 245-1700
16           Zach.pekelis@pacificalawgroup.com;

17

18                    *   *   *   *   *

19

20

21

22

23

24

25

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

Exhibit 4 - Lindsay Decl. (Baron Depo.)
Page 3 of 9
75a91125-7f65-43e9-821a-166ba427247f

Case 2:22-cv-01815-IM    Document 212-4    Filed 05/22/23    Page 4 of 9

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)          Dennis E. Baron

Page 55

1   of the rifle itself?
2       A.   Yes.
3       Q.   It could not be removed without disassembling the
4   rifle?
5       A.   Apparently not.
6       Q.   Would you agree that the dates on -- well, would
7   you agree that the same is true of the Henry and Spencer
8   rifles based on the patents that you just reviewed?
9       A.   It seems to be the case, yes.
10      Q.   Do you know anything about the Henry or Spencer
11  rifles?
12      A.   No.
13      Q.   And you would agree that the dates on all four of
14  these patents were before the ratification of the Fourteenth
15  Amendment; correct?
16      A.   Right.  Which was what, 1868?
17      Q.   Yes.
18      A.   Yeah.
19           MR. GALLAGHER:  I am going to display one more
20  exhibit.  Let me find it here.  Exhibit 32.
21           This is from the third page of the New York Times
22  on Friday, December 23rd, 1864, offered as Exhibit 32.
23           (Exhibit 32 marked for identification.)
24           THE COURT REPORTER:  Exhibit 32 has been marked.
25  ///

BUELL REALTIME REPORTING, LLC
206.287.9066  l  800.846.6989

Exhibit 4 - Lindsay Decl. (Baron Depo.)
Page 4 of 9
75a91125-7f65-43e9-821a-166ba427247f

Case 2:22-cv-01815-IM   Document 212-4   Filed 05/22/23   Page 5 of 9

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)     Dennis E. Baron

Page 56

1  BY MR. GALLAGHER:
2      Q.   Let's get this down to a more manageable size.
3      A.   Yeah.
4      Q.   Does that work for you, Professor?
5      A.   That's better.
6      Q.   Could you read the highlighted portions of this --
7  it's a paragraph, but I think it's also one sentence.
8      A.   Yeah.
9           "An ordnance examining board.  By special order of
10 the War Department, a board of the officers will convene at
11 the Springfield armory on the 4th of January, 1865, for the
12 purpose of examining, testing and recommending for adoption
13 a suitable breech loader for muskets and carbines and
14 repeater or magazine carbine."
15     Q.   Would you agree that the phrase "repeater or
16 magazine carbine" indicates that repeater rifles or carbines
17 were considered synonymous with those that used magazines,
18 at least as is used in this sentence?
19          MR. PEKELIS:  Object to form.
20          THE WITNESS:  They seem to be synonymous.
21 BY MR. GALLAGHER:
22     Q.   So taking --
23     A.   Sorry.  This is one that did not come up in my
24 newspaper searches, which is curious, because they did cover
25 the Times.

BUELL REALTIME REPORTING, LLC
206.287.9066  I  800.846.6989

Exhibit 4 - Lindsay Decl. (Baron Depo.)
Page 5 of 9
75a91125-7f65-43e9-821a-166ba427247f

Case 2:22-cv-01815-IM   Document 212-4   Filed 05/22/23   Page 6 of 9

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                    Dennis E. Baron

Page 57

1  Q.  Did you run the phrase "magazine" through the New
2  York Times Times Machine archive?
3  A.  No.  I used newspapers.com, which also covers the
4  Times.  It's a little easier to use.
5  Q.  So stepping back from this specific document to
6  consider the four patents and the article as a whole, what
7  would this tell you about the use of the word "magazine" by
8  this period?
9  A.  That -- what it would tell me is that people
10 involved in the manufacture of military firearms were
11 familiar with the term "magazine" in relation to what we
12 would loosely call the part that holds the bullets.
13 Q.  Earlier, you said that when a term isn't explained
14 in a source, it often indicates familiarity with that term.
15 Is that correct?
16 A.  Yes.
17 Q.  And in the New York Times article we just looked
18 at, is the phrase "magazine" explained?
19 A.  Only -- in my view, only insofar as it's listed as
20 a synonym for "repeater."
21 Q.  And does that indicate --
22 A.  Repeater --
23     (Speaking simultaneously.  Unreportable
24 crosstalk.)
25     THE WITNESS:  Sorry.

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

Exhibit 4 - Lindsay Decl. (Baron Depo.)
Page 6 of 9
75a91125-7f65-43e9-821a-166ba427247f

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                                                    Dennis E. Baron

Page 58

1              (Reporter clarification.)
2      BY MR. GALLAGHER:
3          Q.   No.  Professor, if you had anything else --
4          A.   No.  No.  Ask your question.
5          Q.   So it's only explained insofar as it indicates
6      that it's a synonym for "repeater."  Does that indicate that
7      the term "repeater" and/or "magazine" would be understood by
8      the readership of the New York Times because there's not a,
9      as you said, an explanation given of those two terms beyond
10     one another?
11         A.   It would suggest that, yeah.
12         Q.   And the readership of the New York Times is the
13     general public, more or less?
14         A.   More or less.
15         Q.   Finally, whether or not they knew of the term --
16         A.   Can I -- can I modify that statement?
17         Q.   Sure.
18         A.   In -- what is the date of this article?
19         Q.   1864.
20         A.   Okay.
21              So the Times starts publishing in, what, 1858?
22         Q.   '52, I think, but that's --
23         A.   '52.  '52.  Okay.  I knew -- I knew it was around
24     there.
25              The readership of the Times early on was -- I'm

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

Exhibit 4 - Lindsay Decl. (Baron Depo.)
Page 7 of 9
75a91125-7f65-43e9-821a-166ba427247f

Case 2:22-cv-01815-IM  Document 212-4  Filed 05/22/23  Page 8 of 9

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                Dennis E. Baron

Page 59

1   not sure it would be fair to characterize it as a national
2   newspaper at the time.  We would think of it that way today,
3   but I think certainly, readers of the Times would be
4   expected to understand.
5          Q.   Can you think of why this ordnance examining board
6   might have been page 3 news in the New York Times in 1864?
7          A.   I can't say that, no.
8          Q.   Would examining the rest of this article -- and
9   I'm happy to give you a second -- indicate why?  It's not a
10  trick question.
11         A.   It might help.
12         Q.   Okay.
13              Take a second and --
14         A.   (Speaking simultaneously.)
15              (Reporter asks parties to speak one at a time.)
16  BY MR. GALLAGHER:
17         Q.   -- feel free to look the article over.
18         A.   News from Washington.
19         Q.   Maybe I can put it another way.
20              Was there anything going on in 1864 that would
21  cause the general public to be interested in developments in
22  military technology more so than usual?
23         A.   Well, it was the Civil War period.
24         Q.   Putting aside the linguistic term "magazine" for a
25  second, I assume you would agree that the users of the

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

Exhibit 4 - Lindsay Decl. (Baron Depo.)
Page 8 of 9
75a91125-7f65-43e9-821a-166ba427247f

Case 2:22-cv-01815-IM Document 212-4 Filed 05/22/23 Page 9 of 9

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)  Dennis E. Baron

Page 112

1  C E R T I F I C A T E
2
3  STATE OF WASHINGTON
4  COUNTY OF PIERCE
5
6       I, Tia Reidt, a Certified Court Reporter in and
7  for the State of Washington, do hereby certify that the
8  foregoing transcript of the deposition of DENNIS E.
9  BARON, having been duly sworn, on March 30, 2023, is
10 true and accurate to the best of my knowledge, skill and
11 ability.  Reading and signing was requested pursuant to
12 FRCP Rule 30(e).
13      IN WITNESS WHEREOF, I have hereunto set my hand
14 and seal this 4th day of April, 2023.
15
16
17
18                     _____
19                     /S/ Tia B. Reidt
                       Tia B. Reidt, RPR, CCR # 22-0001
20                     NOTARY PUBLIC, State of
                       Washington.
21                     My commission expires
                       5/15/2026.
22
23
24
25

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

Exhibit 4 - Lindsay Decl. (Baron Depo.)
Page 9 of 9
75a91125-7f65-43e9-821a-166ba427247f