Case 2:22-cv-01815-IM   Document 212-6   Filed 05/22/23   Page 1 of 5

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                    Brian DeLay

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PENDLETON DIVISION

_____

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., et al., | ) ) ) |
| Plaintiffs, v. | )Civil No. )2:22-cv-01815-IM )(Lead Case) ) |
| KATE BROWN, et al., Defendants. _____ (Continued) | )Civil No. )3:22-cv-01859-IM )(Trailing Case) ) )Civil No. )3:22-cv-01862-IM )(Trailing Case) ) )Civil No. )3:22-cv-01869-IM )(Trailing Case) |

_____

* VIDEOCONFERENCE *

VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION OF

EXPERT BRIAN DELAY
_____

Witness located in:
Berkeley, California


* All participants appeared via videoconference *


DATE TAKEN:    March 14, 2023

REPORTED BY:   Tia B. Reidt, Washington RPR, CCR 2798
               Oregon # 22-0001

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

Exhibit 6 - Lindsay Decl. (DeLay Depo.)
Page 1 of 5
61edbad1-e689-4bba-b2dc-771242daf575

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                                          Brian DeLay

Page 2

```
 1  _____
 2   (continued)                          )
                                          )
 3   MARK FITZ, et al.,                   )
                                          )
 4              Plaintiffs,               )
          v.                              )
 5                                        )
     ELLEN F. ROSENBLUM, et al.,          )
 6                                        )
                Defendants.               )
 7   _____        )
                                          )
 8   KATERINA B. EYRE, et al.,            )
                                          )
 9              Plaintiffs,               )
                                          )
10        v.                              )
                                          )
11   ELLEN F. ROSENBLUM, et al.,          )
                                          )
12              Defendants.               )
     _____        )
13   DANIEL AZZOPARDI, et al.,            )
                                          )
14              Plaintiffs,               )
          v.                              )
15                                        )
     ELLEN F. ROSENBLUM, et al.,          )
16                                        )
                Defendants.               )
17  _____
18
19
20
21
22
23
24
25
```

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

Exhibit 6 - Lindsay Decl. (DeLay Depo.)
Page 2 of 5
61edbad1-e689-4bba-b2dc-771242daf575

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                    Brian DeLay

Page 3

```
 1                     APPEARANCES

 2   For Oregon Firearms Federation:

 3            LEONARD WILLIAMSON
              VAN NESS WILLIAMSON
 4            960 Liberty Street SE, Suite 100
              Salem, OR 97302
 5            (503) 365-8800
              L.williamson@vwllp.com
 6

 7   For the State of Oregon Defendants:

 8            HANNAH HOFFMAN
              ERIN DAWSON
 9            MARKOWITZ HERBOLD
              1455 SW Broadway, Suite 1900
10            Portland, OR 97201
              (503) 972-5076
11            HannahHoffman@markowitzherbold.com

12
     Videographer:
13
              MICHAEL TAKOS
14            BUELL REALTIME REPORTING
              1325 Fourth Avenue, Suite 1840
15            Seattle, WA 98101
              (206) 287-9066
16            Info@buellrealtime.com

17

18                  *   *   *   *   *

19

20

21

22

23

24

25
```

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

Exhibit 6 - Lindsay Decl. (DeLay Depo.)
Page 3 of 5
61edbad1-e689-4bba-b2dc-771242daf575

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                    Brian DeLay

Page 46

1    A.   Okay.
2    Q.   There's a -- kind of in the middle of the
3  page, there's a blue box that says "Box Number 3."
4         Do you see that?
5    A.   I do.
6    Q.   And about halfway down the page, they make
7  reference to the National Shooting Sports Foundation.
8    A.   I see that.
9    Q.   And it seems that Mr. Karp is using or relying
10 on data from the National Shooting Sports Foundation.
11   A.   That's what it seems.
12   Q.   Okay.
13        Any reason to distrust that data?
14   A.   Not to my knowledge.
15   Q.   Okay.
16        So if we could switch back to your tweets in
17 Exhibit Number 3, please.
18        And if we could turn to page number 6.
19   A.   Okay.
20   Q.   In about the middle of the page, you're
21 discussing in your tweet how criminals obtain firearms.
22   A.   I --
23   Q.   Okay.
24        And you included a link to an article entitled
25 "How dangerous people get their guns."

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

Exhibit 6 - Lindsay Decl. (DeLay Depo.)
Page 4 of 5
61edbad1-e689-4bba-b2dc-771242daf575

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                                            Brian DeLay

Page 68

1           C E R T I F I C A T E
2
3  STATE OF WASHINGTON
4  COUNTY OF PIERCE
5
6       I, Tia Reidt, a Certified Court Reporter in and
7  for the State of Washington, do hereby certify that the
8  foregoing transcript of the deposition of Brian DeLay,
9  having been duly sworn, on March 14, 2023, is true and
10 accurate to the best of my knowledge, skill and ability.
11      IN WITNESS WHEREOF, I have hereunto set my hand
12 and seal this 17th day of March, 2023.
13
14
15      _____
16      /S/ Tia B. Reidt
        Tia B. Reidt, # 22-0001
17      NOTARY PUBLIC, State of
        Washington.
18      My commission expires
        5/15/2026.
19
20
21
22
23
24
25

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989