# EXHIBIT A

## William J. Taylor, Jr.'s Court Admissions

**State Bar License and Date of Admission**
- New York (#3958956)
    - Admitted Nov. 19, 2001

**Federal Courts and Dates of Admission**
- U.S. Supreme Court
    - Admitted Nov. 12, 2019
- U.S. Court of Appeals for the First Circuit
    - Admitted Feb. 3, 2023
- U.S. Court of Appeals for the Second Circuit
    - Admitted Jan. 17, 2023
- U.S. Court of Appeals for the Fourth Circuit
    - Admitted Dec. 21, 2022
- U.S. Court of Appeals for the Seventh Circuit
    - Admitted Apr. 30, 2021
- U.S. Court of Appeals for the Ninth Circuit
    - Admitted June 2, 2020
- U.S. District Court for the District of Colorado
    - Admitted June 29, 2018
- U.S. District Court for the Eastern District of New York
    - Admitted Dec. 18, 2013
- U.S. District Court for the Western District of New York
    - Admitted Apr. 10, 2013
- U.S. District Court for the Northern District of Florida
    - Admitted Jan. 17, 2012
- U.S. District Court for the Southern District of New York
    - Admitted Feb. 19, 2002