**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Hannah K. Hoffman, OSB #183641**
HannahHoffman@MarkowitzHerbold.com
**MARKOWITZ HERBOLD PC**
1455 SW Broadway, Suite 1900
Portland, OR  97201-3412
(503) 295-3085

      Special Assistant Attorneys General for Defendants

**Ellen F. Rosenblum, OSB #753239**
Attorney General
**Brian Simmonds Marshall, OSB #196129**
Senior Assistant Attorney General
Brian.S.Marshall@doj.state.or.us
**DEPARTMENT OF JUSTICE**
100 SW Market Street
Portland, OR 97201
(971) 673-1880

      Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., et al.,<br><br>              Plaintiffs,<br><br>    v.<br><br>TINA KOTEK, et al.,<br><br>             Defendants,<br><br>    and | Case No. 2:22-cv-01815-IM (lead case)<br>          3:22-cv-01859-IM (trailing case)<br>          3:22-cv-01862-IM (trailing case)<br>          3:22-cv-01869-IM (trailing case)<br><br>**DEFENDANTS' LEGISLATIVE FACTS LIST** |

OREGON ALLIANCE FOR GUN SAFETY,

                              Intervenor-Defendant.

MARK FITZ, et al.,

                              Plaintiffs,

            v.

ELLEN F. ROSENBLUM, et al.,

                              Defendants.

KATERINA B. EYRE, et al.,

                              Plaintiffs,

            v.

ELLEN F. ROSENBLUM, et al.,

                              Defendants,

            and

OREGON ALLIANCE FOR GUN SAFETY,

                              Intervenor-Defendant.

DANIEL AZZOPARDI, et al.,

                              Plaintiffs,

            v.

ELLEN F. ROSENBLUM, et al.,

                              Defendants.

Consistent with this Court's prior order (ECF 236) defining the scope of legislative facts to be considered in this proceeding, the State Defendants submit the following legislative fact material:

| No. | Description | Facts |
|-----|-------------|-------|
| 917 | Measure 114 Arguments, Voters' Pamphlet, Oregon General Election (Nov. 8, 2022) | The people of Oregon enacted Measure 114's LCM restrictions to reduce the lethality of mass shootings.  *See, e.g.*, p. 99 ("High-capacity magazines have been used in all of the deadliest mass shootings in the last decade. … High-capacity magazines make it easy for shooters to inflict maximum damage by allowing more shots to be fired without needing to stop to reload.").<br><br>The people of Oregon enacted Measure 114's permit-to-purchase requirement to reduce firearm accidents, murders, and suicides, including by preventing dangerous individuals from purchasing firearms.  *See, e.g.*, p. 92 ("It won't take all guns off the streets, but it will help keep guns out of the wrong hands. And it won't prevent all firearm injuries, but live-fire training will help gun owners stay safer."); p. 94 ("Evidence shows that permit-to-purchase reduces firearm murders and suicides."). |

DATED: June 9, 2023.

ELLEN ROSENBLUM
ATTORNEY GENERAL
FOR THE STATE OF OREGON

By:     *s/Hannah K. Hoffman*
Harry B. Wilson, OSB #077214
HarryWilson@MarkowitzHerbold.com
Hannah K. Hoffman, OSB #183641
HannahHoffman@MarkowitzHerbold.com
    *Special Assistant Attorneys General for*
    *Defendants*

Brian Simmonds Marshall, OSB #196129
brian.s.marshall@doj.state.or.us
    *Of Attorney for Defendants*

1448569