James L. Buchal, OSB No. 921618
E-mail: jbuchal@mbllp.com
MURPHY & BUCHAL LLP
P.O. Box 86620
Portland, OR 97286
Tel: 503-227-1011

Derek Angus Lee, OSB No. 213139
Email: angus@anguslelaw.com
ANGUS LEE LAW FIRM, PLLC
9105a NE Hwy 99, Ste. 200
Vancouver, WA 98665
Tel: 360-635-6464

Adam Kraut, *Pro Hac Vice*
Email: akraut@saf.org
SECOND AMENDMENT FOUNDATION
12500 NE Tenth Place
Bellevue, WA 98005

William Sack, *Pro Hac Vice*
Email: Wsack@FPClaw.org
FIREARMS POLICY COALITION, INC.
5550 Painted Mirage Road, Suite 320
Las Vegas, NV 89149

*Attorneys for Plaintiffs Azzopardi et al.*

THE HONORABLE KARIN J. IMMERGUT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>TINA KOTEK, *et al.*,<br><br>Defendants. | Case No. 2:22-cv-01815-IM (Lead Case)<br>3:22-cv-01859-IM (Trailing Case)<br>3:22-cv-01862-IM (Trailing Case)<br>3:22-cv-01869-IM (Trailing Case)<br><br>**MOTION TO WITHDRAW** |

1

MOTION TO WITHDRAW

MARK FITZ, *et al.*,

          Plaintiffs,

          v.

ELLEN F. ROSENBLUM, *et al.,*

          Defendants.

KATERINA B. EYRE, *et al.*,

          Plaintiffs,

          v.

ELLEN F. ROSENBLUM, *et al.,*

          Defendants,

          and

OREGON ALLIANCE FOR GUN SAFETY,

          Intervenor-Defendant.

DANIEL AZZOPARDI, *et al.*,

          Plaintiffs,

          v.

ELLEN F. ROSENBLUM, *et al.*,

          Defendants.

Pursuant to LR 83-11, William Sack hereby moves to withdraw as counsel for MARK FITZ, GRAYGUNS, INC.; G4 ARCHERY, LLC; SECOND AMENDMENT FOUNDATION; and FIREARMS POLICY COALITION, INC., DANIEL AZZOPARDI and SPORTSMAN'S WAREHOUSE, INC., and be removed from the Court's service list.

Local counsel is advised of the motion and does not object.  Those defendants will continue to be represented by the other attorneys who have entered an appearance in this case.

MOTION TO WITHDRAW

Dated:  July 25, 2023.                          Respectfully submitted,


                                                */s/ William Sack*
                                                William Sack
                                                Email: Wsack@FPClaw.org
                                                FIREARMS POLICY COALITION, INC.
                                                5550 Painted Mirage Road, Suite 320
                                                Las Vegas, NV 89149


                                                *Attorneys for Plaintiffs Azzopardi et al.*

MOTION TO WITHDRAW

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2023, the foregoing MOTION TO WITHDRAW will be

electronically mailed to all parties enrolled to receive such notice in lead case no. 2:22-cv-01815-

IM and in the trailing consolidated case nos. Case No. 3:22-cv-01859-IM, 3:22-cv-01862-IM,

and 3:22-cv-01869-IM.

*s/  James L. Buchal*
James L. Buchal, OSB No. 921618
*Attorney for Plaintiffs*

MOTION TO WITHDRAW