IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **OREGON FIREARMS FEDERATION, INC.,** an Oregon public benefit corporation, **BRAD LOHREY, SHERMAN COUNTY SHERIFF,** and **ADAM JOHNSON**, an individual**,**<br><br>    Plaintiffs,<br><br>v.<br><br>**KATE BROWN, GOVERNOR OF THE STATE OF OREGON,** in her official capacity, and **ELLEN ROSENBLUM, ATTORNEY GENERAL OF THE STATE OF OREGON,** in her official capacity<br><br>    Defendants,<br><br>   and<br><br>**OREGON ALLIANCE FOR GUN SAFETY**, | Case No. 2:22-cv-01815-IM<br><br><br>**JUDGMENT** |

1 – JUDGMENT

Intervenor-Defendant.

---

**IMMERGUT, U.S. District Judge**

This matter having come before the Court for trial on May 30 and June 5–9, 2023, and for the reasons set out in the Court's Findings of Fact and Conclusions of Law, ECF 252, it is hereby ORDERED and ADJUDGED that:

Judgment is entered in favor of Defendants and Intervenor-Defendant and against Plaintiffs on all claims.

**IT IS SO ORDERED.**

DATED this 31st day of July, 2023.

/s/ Karin J. Immergut  
Karin J. Immergut  
United States District Judge

2 – JUDGMENT