**Exhibit 1 – Summary of Costs**

| Category | Cost |
|---|---:|
| Service | $1,506.98 |
| Transcripts | $45,692.97 |
| Printing | $8,446.65 |
| Other – Deposition Videos | $12,121.88 |
| **TOTAL** | **$67,768.48** |