# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**OREGON FIREARMS FEDERATION, INC.**, et al.,

               Plaintiffs,

    v.

**TINA KOTEK**, et al.,

               Defendants,

    and

**OREGON ALLIANCE FOR GUN SAFETY**,

               Intervenor-
Defendant.

---

**MARK FITZ**, et al.,

               Plaintiffs,

    v.

**ELLEN F. ROSENBLUM**, et al.,

               Defendants.

---

**KATERINA B. EYRE**, et al.,

               Plaintiffs,

    v.

**ELLEN F. ROSENBLUM**, et al.,

Case No. 2:22-cv-01815-IM *(Lead Case)*
Case No. 3:22-cv-01859-IM *(Trailing Case)*
Case No. 3:22-cv-01862-IM *(Trailing Case)*
Case No. 3:22-cv-01869-IM *(Trailing Case)*

**ORDER GRANTING DEFENDANTS' BILL OF COSTS**

|  | Defendants, |
|---|---|
| and | |
| **OREGON ALLIANCE FOR GUN SAFETY**, | |
| Intervenor-Defendant. | |
| **DANIEL AZZOPARDI**, et al., | |
| Plaintiffs, | |
| v. | |
| **ELLEN F. ROSENBLUM**, et al., | |
| Defendants. | |

Before this Court is a Bill of Costs filed by Defendants Governor Tina Kotek, Attorney General Ellen Rosenblum, and Superintendent of the Oregon State Police Casey Codding. ECF 264. Plaintiffs have not filed any opposition to the Bill of Costs. Accordingly, this Court concludes that Defendants should be awarded taxable costs under 28 U.S.C. § 1920 and hereby ORDERS as follows:

1. Plaintiffs shall pay costs to Defendants in the amount of $67,768.48, with interest to accrue from this date.

2. Enforcement of this Order shall be stayed pending resolution of all appeals.

**IT IS SO ORDERED.**

DATED this 29th day of August, 2023.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge