FILED

DEC 19 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARK FITZ; et al.,<br><br>        Plaintiffs-Appellants,<br><br> v.<br><br>ELLEN ROSENBLUM, In her official capacity as Attorney General of the State of Oregon; TERRI DAVIE, In her official capacity as Superintendent of the Oregon State Police,<br><br>        Defendants-Appellees. | No.   23-35478<br><br>D.C. Nos.   3:22-cv-01859-IM<br>                    2:22-cv-01815-IM<br><br>District of Oregon, Portland<br><br>ORDER |
| DANIEL AZZOPARDI; SPORTSMAN'S WAREHOUSE INC.,<br><br>        Plaintiffs-Appellants,<br><br> v.<br><br>ELLEN ROSENBLUM, In her official capacity as Attorney General of the State of Oregon; TERRI DAVIE, In her official capacity as Superintendent of the Oregon State Police,<br><br>        Defendants-Appellees. | No.   23-35479<br><br>D.C. No. 3:22-cv-01869-IM |
| KATERINA B. EYRE; et al.,<br><br>        Plaintiffs-Appellants, | No.   23-35539<br><br>D.C. Nos.   3:22-cv-01862-IM<br>                    2:22-cv-01815-IM |

v.

ELLEN ROSENBLUM, In her official capacity as Attorney General of the State of Oregon; TERRI DAVIE, In her official capacity as Superintendent of the Oregon State Police,

    Defendants-Appellees,

and

OREGON ALLIANCE FOR GUN SAFETY,

    Intervenor-Defendant-Appellee.

---

OREGON FIREARMS FEDERATION, INC., an Oregon public benefit corporation; et al.,

    Plaintiffs-Appellants,

v.

KATE BROWN, Governor of the State of Oregon; et al.,

    Defendants-Appellees,

and

OREGON ALLIANCE FOR GUN SAFETY,

    Intervenor-Defendant-Appellee.

No. 23-35540

D.C. No. 2:22-cv-01815-IM

Before:  RAWLINSON, BYBEE, and HURWITZ, Circuit Judges.

The motion to stay appellate proceedings (Docket Entry No. 10) is granted. Proceedings are stayed pending resolution of *Duncan, et al. v. Bonta*, appeal No. 23-55805.